IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 70.121.72.191

**ISP:** Spectrum
**Physical Location:** Cedar Park, TX

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 05/05/2019 07:59:08 | 1B2CFE6B8C36391FC2B1F53792A5D35DD87AF510 | Kaisa Slippery and Wet |
| 12/30/2018 14:34:28 | 7B75F1D13DEA537ABF60DA52AABD5912921142AD | XXX Threeway Games |
| 12/25/2018 18:28:33 | E0F5AE588A3EB396863483FB8FD6AF8B15C29723 | Cum In For An Orgy |
| 07/29/2018 10:33:31 | 98227DC95A345136FB9445BE90BBB26249126C99 | Threeway Strip Poker |
| 07/24/2018 03:28:17 | 643BB7988E08D4713FEEF47A46F77D4A315A9F6A | Moving Day Sex |
| 07/07/2018 14:13:48 | 0294BB72CCDC51CD5DCE35057907DAA15DA461A6 | Supermodel Sex |
| 07/06/2018 20:56:58 | 418612CDA063819CF12372355DCD2C2573FD0337 | Truth or Dare |
| 07/26/2017 23:07:35 | E3B203419FB0600C8FEDA0E9A4EECBB9E77576D8 | Want To Fuck My Wife |
| 07/26/2017 14:23:53 | 29F22087D08778A5F07FA7D88C9F1B70E27DA387 | A Fucking Hot Threesome |

**Total Statutory Claims Against Defendant: 9**

EXHIBIT A

WTX40