**Copyrights-In-Suit for IP Address 70.121.72.191**

**ISP:** Spectrum
**Location:** Cedar Park, TX

| Title | Registration Number | Date of First Publication | Effective Date of Registration | Most Recent Hit UTC |
|---|---|---|---|---|
| Kaisa Slippery and Wet | PA0002173482 | 05/03/2019 | 05/13/2019 | 05/05/2019 |
| XXX Threeway Games | PA0002078584 | 06/30/2017 | 08/30/2017 | 12/30/2018 |
| Cum In For An Orgy | PA0002139295 | 08/11/2018 | 08/27/2018 | 12/25/2018 |
| Threeway Strip Poker | PA0002133715 | 07/27/2018 | 08/02/2018 | 07/29/2018 |
| Moving Day Sex | PA0002133713 | 07/21/2018 | 08/02/2018 | 07/24/2018 |
| Supermodel Sex | PA0001967075 | 09/02/2015 | 09/07/2015 | 07/07/2018 |
| Truth or Dare | PA0001846099 | 05/16/2013 | 06/30/2013 | 07/06/2018 |
| Want To Fuck My Wife | PA0002042072 | 02/10/2017 | 03/25/2017 | 07/26/2017 |
| A Fucking Hot Threesome | PA0001957700 | 08/07/2015 | 08/17/2015 | 07/26/2017 |

**Total Malibu Media, LLC Copyrights Infringed:  9**

EXHIBIT B

WTX40