# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
|     Plaintiff, | ) Civil Case No. 5:19-cv-00834-DAE |
| v. | ) |
| JOHN DOE infringer using IP address 70.121.72.191, | ) |
|     Defendant. | ) |

## PLAINTIFF'S NOTICE OF RELATED CASES

PLAINTIFF GIVES NOTICE that this is a BitTorrent Copyright Infringement case related to the cases listed below, which were filed by Plaintiff.

Plaintiff respectfully suggests that the following cases are related because they each involve the same Plaintiff, Malibu Media, LLC, and near identical allegations against a John Doe Defendant. In each case, Plaintiff alleges that a John Doe Defendant, presently known to Plaintiff only by his or her IP address, directly infringed its copyrights through the BitTorrent protocol. Because each Defendant is known only by an IP address, in each case Plaintiff intends to seek leave to subpoena Defendant's Internet Service Provider prior to a Rule 26(f) conference in order to learn Defendant's identity so that Plaintiff may proceed with its case. While Plaintiff believes the above common factors may make the following cases related, it does note that each case involves a different Defendant and the cases involve the infringement of different copyrights.

The following cases are pending before this Court:

1. Malibu Media, LLC v. John Doe; Case No. 5:19-cv-00599-XR; The Honorable Xavier Rodriguez;
2. Malibu Media, LLC v. John Doe; Case No. 5:19-cv-00600-FB; The Honorable Fred Biery;
3. Malibu Media, LLC v. John Doe; Case No. 5:19-cv-00601-DAE; The Honorable David A. Ezra;
4. Malibu Media, LLC v. John Doe; Case No. 5:19-cv-00602-FB; The Honorable Fred Biery;

5. Malibu Media, LLC v. John Doe; Case No. 5:19-cv-00603-XR;  The Honorable Xavier Rodriguez;
6. Malibu Media, LLC v. John Doe; Case No. 5:19-cv-00605-DAE;  The Honorable David A. Ezra;
7. Malibu Media, LLC v. John Doe; Case No. 5:19-cv-00606-XR;  The Honorable Xavier Rodriguez;
8. Malibu Media, LLC v. John Doe; Case No. 5:19-cv-00621-DAE;  The Honorable David A. Ezra;
9. Malibu Media, LLC v. John Doe; Case No.  5:19-cv-00622-XR;  The Honorable Xavier Rodriguez;
10. Malibu Media, LLC v. John Doe; Case No. 5:19-cv-00623-DAE;  The Honorable David A. Ezra;
11. Malibu Media, LLC v. John Doe; Case No. 5:19-cv-00624-DAE;  The Honorable David A. Ezra;
12. Malibu Media, LLC v. John Doe; Case No. 5:19-cv-00630-FB; The Honorable Fred Biery;
13. Malibu Media, LLC v. John Doe; Case No. 5:19-cv-00631-XR;  The Honorable Xavier Rodriguez;
14. Malibu Media, LLC v. John Doe; Case No. 5:19-cv-00632-OLG; The Honorable Orlando L. Garcia;
15. Malibu Media, LLC v. John Doe; Case No. 5:19-cv-00633-XR;  The Honorable Xavier Rodriguez;
16. Malibu Media, LLC v. John Doe; Case No. 5:19-cv-00634-OLG; The Honorable Orlando L. Garcia;
17. Malibu Media, LLC v. John Doe; Case No. 5:19-cv-00648-FB; The Honorable Fred Biery;
18. Malibu Media, LLC v. John Doe; Case No.  5:19-cv-00649-OLG; The Honorable Orlando L. Garcia;
19. Malibu Media, LLC v. John Doe; Case No. 5:19-cv-00650-XR;  The Honorable Xavier Rodriguez;
20. Malibu Media, LLC v. John Doe; Case No. 5:19-cv-00651-XR;  The Honorable Xavier Rodriguez;
21. Malibu Media, LLC v. John Doe; Case No.  5:19-cv-00652-XR; The Honorable Xavier Rodriguez;

22. Malibu Media, LLC v. John Doe; Case No. 5:19-cv-00656-OLG; The Honorable Orlando L. Garcia;
23. Malibu Media, LLC v. John Doe; Case No. 5:19-cv-00657-XR; The Honorable Xavier Rodriguez;
24. Malibu Media, LLC v. John Doe; Case No. 5:19-cv-00658-FB; The Honorable Fred Biery;
25. Malibu Media, LLC v. John Doe; Case No. 5:19-cv-00659-FB; The Honorable Fred Biery;
26. Malibu Media, LLC v. John Doe; Case No. 5:19-cv-00669-XR; The Honorable Xavier Rodriguez;
27. Malibu Media, LLC v. John Doe; Case No. 5:19-cv-00670-DAE; The Honorable David A. Ezra;
28. Malibu Media, LLC v. John Doe; Case No. 5:19-cv-00671-FB; The Honorable Fred Biery;
29. Malibu Media, LLC v. John Doe; Case No. 5:19-cv-00672-XR; The Honorable Xavier Rodriguez;
30. Malibu Media, LLC v. John Doe; Case No. 5:19-cv-00673-XR; The Honorable Xavier Rodriguez;
31. Malibu Media, LLC v. John Doe; Case No. 5:19-cv-00811-DAE; The Honorable David A. Ezra;
32. Malibu Media, LLC v. John Doe; Case No. 5:19-cv-00812-DAE; The Honorable David A. Ezra;
33. Malibu Media, LLC v. John Doe; Case No. 5:19-cv-00813-OLG; The Honorable Orlando L. Garcia;
34. Malibu Media, LLC v. John Doe; Case No. 5:19-cv-00819-FB; The Honorable Fred Biery;
35. Malibu Media, LLC v. John Doe; Case No. 5:19-cv-00820-XR; The Honorable Xavier Rodriguez;
36. Malibu Media, LLC v. John Doe; Case No. 5:19-cv-00821-FB; The Honorable Fred Biery;
37. Malibu Media, LLC v. John Doe; Case No. 5:19-cv-00822-XR; The Honorable Xavier Rodriguez;
38. Malibu Media, LLC v. John Doe; Case No. 5:19-cv-00823-OLG; The Honorable Orlando L. Garcia;

39. Malibu Media, LLC v. John Doe; Case No.  5:19-cv-00824-OLG; The Honorable Orlando L. Garcia;
40. Malibu Media, LLC v. John Doe; Case No.  5:19-cv-00834-DAE; The Honorable David A. Ezra;
41. Malibu Media, LLC v. John Doe; Case No. 5:19-cv-00835-DAE; The Honorable David A. Ezra;
42. Malibu Media, LLC v. John Doe; Case No. 5:19-cv-00836-DAE; The Honorable David A. Ezra;
43. Malibu Media, LLC v. John Doe; Case No. 5:19-cv-00837-OLG; The Honorable Orlando L. Garcia;
44. Malibu Media, LLC v. John Doe; Case No. 5:19-cv-00838-OLG; The Honorable Orlando L. Garcia;
45. Malibu Media, LLC v. John Doe; Case No.  5:19-cv-00839-FB; The Honorable Fred Biery;
46. Malibu Media, LLC v. John Doe; Case No.  5:19-cv-00840-FB; The Honorable Fred Biery; and
47. Malibu Media, LLC v. John Doe; Case No.  5:19-cv-00841-DAE; The Honorable David A. Ezra.

Respectfully submitted,

By: /s/ Paul S. Beik
Paul S. Beik
Texas Bar No. 24054444
BEIK LAW FIRM, PLLC
8100 Washington Ave., Suite 1000
Houston, TX 77007
T: 713-869-6975
F: 713-868-2262
E-mail: paul@beiklaw.com
**ATTORNEY FOR PLAINTIFF**