AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| Malibu Media, LLC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 5:19-cv-00834-DAE |
| John Doe | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant John Doe                                                                          .

Date:   10/09/2019                                  /s/ JT Morris
                                                    *Attorney's signature*

                                                    JT Morris, TX 24094444
                                                    *Printed name and bar number*
                                                    1105 Nueces Street
                                                    Austin, Texas 78701

                                                    *Address*

                                                    jt@jtmorrislaw.com
                                                    *E-mail address*

                                                    (512) 717-5275
                                                    *Telephone number*

                                                    (512) 582-2948
                                                    *FAX number*