UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

MALIBU MEDIA, LLC,

    Plaintiff,

vs.

JOHN DOE,

    Defendant.

Civil Action No. 5-19-CV-00834-DAE

## STIPULATED PROTECTIVE ORDER

Plaintiff, Malibu Media, LLC, and Defendant, JOHN DOE subscriber alleged to have been assigned IP address 70.121.72.191, hereby:

**AGREE AND STIPULATE** to the following protective order:

1. The parties are prohibited from publicly disclosing any information relating to Defendant's identity that Malibu Media, LLC, receives in response to its Rule 45 subpoena issued to defendant's Internet Service Provider, or any other information related to Defendant's name, address, phone number, e-mail address, and any other identifying information. ("Personal Identifying Information"), until the Court orders otherwise.

2. The parties are prohibited from publicly disclosing Defendant's Personal Identifying Information in any court filing until the Court orders otherwise.

3. At any time after the final day of the discovery period set forth in the Court's scheduling order, either party may move to dissolve or modify this protective order.

3. Either party may move for enforcement of this Order, and the Court may enforce this order through compelling a party to comply with its terms or to take remedial action to correct any violations of this Order. The Court at its discretion may also impose sanctions for a violation of this Order, including those set forth in Fed. R. Civ. P. 37.

Dated: October 9, 2019

Respectfully Submitted,

| | |
|---|---|
| Beik Law Firm, PLLC | JT Morris Law, PLLC |
| By: /s/ Paul S. Beik | By: /s/ JT Morris |
| Paul S. Beik | JT Morris |
| Texas State Bar No. 24054444 | Texas State Bar No. 24094444 |
| paul@beiklaw.com | jt@jtmorrislaw.com |
| Beik Law Firm, PLLC | Ramzi Khazen |
| 8100 Washington Ave., Suite 1000 | Texas State Bar No. 24040855 |
| Houston, TX 77007 | ramzi@jtmorrislaw.com |
| Tel: 713-869-6975 | JT Morris Law, PLLC |
| Fax: 713-868-2262 | 1105 Nueces Street, Suite B |
| Counsel for Plaintiff, Malibu Media, LLC | Austin, Texas 78701 |
| | Tel: 512-717-5275 |
| | Fax: 512-582-2948 |
| | Counsel for Defendant, John Doe |

**IT IS SO ORDERED:**

Signed this day of  October 10 , 2019:

_____
HON. DAVID A. EZRA
UNITED STATES DISTRICT JUDGE