**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 5:19-cv-00834-DAE |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE infringer using | ) | |
| IP address 70.121.72.191, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER ON PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT

THIS CAUSE came before the Court upon Plaintiff's First Motion for Extension of Time Within Which It Has to Serve John Doe Defendant with a Summons and Amended Complaint the ("Motion"), and the Court being duly advised in the premises does hereby:

ORDERED and ADJUDGED: Plaintiff's Motion is **GRANTED**. Plaintiff shall have until February 20, 2020, to effectuate service of a summons and Amended Complaint upon John Doe Defendant.

**DONE AND ORDERED** this ___ day of _____, 2019.

By: _____
     **UNITED STATES DISTRICT JUDGE**