UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | § | SA-19-CV-00834-DAE |
| Plaintiff, | § | |
| v. | § | |
| JOHN DOE infringer using, IP Address 70.121.72.191, | § | |
| Defendant. | § | |

ORDER INSTRUCTING THE CLERK'S OFFICE TO REOPEN THIS CASE

Before the Court is the status of this case. On October 15, 2019, this Court ordered the Clerk's Office to administratively close the case. (Dkt. # 12.) On December 19, 2019, Defendant filed an Answer. (Dkt. # 14.)

In light of Defendant's Answer, the Court finds that reopening the case is appropriate at this time and **DIRECTS** the Clerk's office to **REOPEN** this case. It is further **ORDERED** that the parties shall submit a proposed scheduling order to the Court within thirty (30) days from the date of this order.

**IT IS SO ORDERED**.

DATED: San Antonio, Texas, December 20, 2019.

_____
David Alan Ezra
Senior United States District Judge