# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Action Case No.5:19-CV000834-DAE |
| ) | |
| v. ) | |
| ) | |
| JOHN DOE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER ON PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S AFFIRMATIVE DEFENSES

**THIS CAUSE** came before the Court upon Plaintiff's Motion to Strike Defendant's Affirmative Defenses (the "Motion")**,** and the Court being duly advised in the premises does hereby:

**FIND, ORDER AND ADJUDGE:**

1. Plaintiff's Motion to Strike Defendant's Affirmative Defenses is GRANTED.

2. Defendant's First through Fourteenth Affirmative Defenses are hereby stricken.

**DONE AND ORDERED** this ___ day of _____, 2020.

By: _____
**UNITED STATES DISTRICT JUDGE**