UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Action Case No. 5:19-CV-00834-DAE |
| v. | ) |
| JOHN DOE, | ) |
| Defendant. | ) |

**ORDER ON PLAINTIFF'S MOTION TO DISMISS DEFENDANT'S COUNTERCLAIMS**

THIS CAUSE came before the Court upon Plaintiff's Motion to Dismiss Defendant's Counterclaims (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. The Defendant's Counterclaims are dismissed with prejudice.

SO ORDERED this ___ day of _____, 2020.

By: _____
**UNITED STATES DISTRICT JUDGE**