UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
San Antonio Division

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOE,<br><br>Defendant. | CIVIL ACTION NO.  5-19-CV-00834-DAE |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO STRIKE**

Defendant John Doe respectfully requests that the Court enter an order granting a 7-day extension for Defendant to respond to Plaintiff Malibu Media, LLC's Motion to Strike Defendant's Affirmative Defenses [Dkt. 16]. In support of this motion, Defendant states as follows:

1.  On January 7, 2020, Plaintiff filed a motion to strike Defendant's affirmative defenses [Dkt. 16].

2.  The current deadline for Defendant's response to Plaintiff's motion to strike is January 14, 2020. L.R. CV-7(c), 7(e)(2).

3.  Defendant requests that the Court extend the deadline to respond to Plaintiff's motion to strike be extended to January 21, 2020.

4.  Good cause exists to grant this motion. Counsel for Defendant currently have a significant caseload, including a proposed scheduling order deadline and deadline to respond to Plaintiff's motion to dismiss in this case.

5.  The requested 7-day extension is not being sought for the purpose of delay, but rather so Plaintiff can fully investigate the legal arguments made in Plaintiff's motion and provide a well-reasoned and succinct response to the Court.

6.     The extension of time will not prejudice Plaintiff as this case is still in its initial stages.

7.     Counsel for Defendant conferred by e-mail with counsel for Plaintiff on January 7-8, 2020. Counsel for Plaintiff indicated that Plaintiff is not opposed to the extension sought.

## PRAYER FOR RELIEF

For the reasons stated and good cause shown, Defendant respectfully requests the Court extend the deadline to respond to Plaintiff's motion to strike to January 21, 2020. A proposed order is attached.

Dated: January 8, 2020

Respectfully submitted,

/s/ JT Morris

JT Morris
Texas State Bar No. 24094444
jt@jtmorrislaw.com
Ramzi Khazen
Texas State Bar No. 24040855
ramzi@jtmorrislaw.com
JT MORRIS LAW, PLLC
1105 Nueces Street, Suite B
Austin, Texas 78701
Telephone: (512) 717-5275
Fax: (512) 582-2948

**Attorneys for Defendant John Doe**

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2020, I electronically filed the foregoing with the Court using CM/ECF, and served on the same day all counsel of record via the CM/ECF notification system.

<u>/s/JT Morris</u>
JT Morris