UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
San Antonio Division

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOE,<br><br>Defendant. | CIVIL ACTION NO.  5-19-CV-00834-DAE |

## ORDER

Having fully considered Defendant John Doe's Unopposed Motion for an Extension of Time to Respond to Plaintiff's Motion to Strike, the Court finds good cause exists to grant Defendant's motion.

Accordingly, it is hereby ORDERED that Defendant shall file a response to Plaintiff's Motion to Strike Defendant's Affirmative Defenses [Dkt. 16] no later than **January 21, 2020.**


Dated: _____