AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| Malibu Media, LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 5-19-CV-00834-DAE |
| John Doe | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

John Doe.

Date: 01/14/2020

/s/ Ramzi Khazen
*Attorney's signature*

Ramzi Khazen TX 24040855
*Printed name and bar number*

JT Morris Law, PLLC
1105 Nueces Street, Suite B
Austin, Texas 78701
*Address*

ramzi@jtmorrislaw.com
*E-mail address*

(512) 717-5275
*Telephone number*

(512) 582-2948
*FAX number*