**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**San Antonio Division**

MALIBU MEDIA, LLC,

          Plaintiff,

vs.

JOHN DOE,

          Defendant.

CIVIL ACTION NO.  5-19-CV-00834-DAE

**<u>ORDER</u>**

     The Court has fully considered Plaintiff Malibu Media, LLC's Motion Dismiss Defendant's Counterclaims [Dkt. 17] and the arguments of both parties. The Court finds that good cause does not exist to grant Plaintiff's motion.

     Thus, is it ORDERED that Plaintiff's motion is DENIED.

Dated:                           _____