UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
San Antonio Division

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN DOE,<br><br>    Defendant. | CIVIL ACTION NO. 5-19-CV-00834-DAE |

## ORDER

The Court has fully considered Plaintiff Malibu Media, LLC's Motion to Strike Defendant's Affirmative Defenses [Dkt. 16] and the arguments of both parties. The Court finds that good cause does not exist to grant Plaintiff's motion.

Thus, is it ORDERED that Plaintiff's motion is DENIED.

Dated: _____