UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Case No. 5:19-cv-00834-DAE |
| v. | ) |
| JOHN DOE infringer using IP address 70.121.72.191, | ) |
| Defendant. | ) |

## STATUS REPORT

Pursuant to this Court's Order dated October 15, 2019, Plaintiff is required to provide this Court with a status on of case. At this time, Plaintiff reports it received the ISP's response on or about October 23, 2019. Upon receipt of the subscriber's identifying information, Plaintiff conducted a thorough investigation and determined that a good faith basis exists to name the subscriber as the defendant infringer. By agreement of the parties, though counsel, Defendant accepted service of the Summons and Complaint and the parties agreed to a deadline for Defendant to file the Answer. On December 19, 2019, Defendant filed his Answer and Counterclaims [CM/ECF 14].  On January 7, 2020, Plaintiff filed a motion to strike Defendant's affirmative defenses [CM/ECF 16]. On January 7, 2020, Plaintiff also filed a motion to dismiss Defendant's counterclaims [CM/ECF 17]. Defendant filed his response to Plaintiff's motion to dismiss on January 21, 2020 [CM/ECF 23].  Defendant also filed his response to Plaintiff's motion to strike his affirmative defenses on January 21, 2020 [CM/ECF 24].  Pursuant to the Court's Scheduling Order [CM/ECF 25], on February 10, 2020, Plaintiff sent a written offer of settlement to Defendant.  At this time, the Plaintiff and Defendant are moving forward with the litigation.

Dated: February 20, 2020

                                      Respectfully submitted,

                                      By: /s/ Paul S. Beik
                                      Paul S. Beik
                                      W.D. Tex. ID No.
                                      Texas Bar No. 24054444
                                      BEIK LAW FIRM, PLLC
                                      8100 Washington Ave., Suite 1000
                                      Houston, TX 77007
                                      T: 713-869-6975
                                      F: 713-868-2262
                                      E-mail: paul@beiklaw.com
                                      **ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

       I hereby certify that, on February 20, 2020 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                        By: /s/ Paul S. Beik
                                        PAUL S. BEIK