**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 5:19-cv-00834-DAE |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE infringer using | ) | |
| IP address 70.121.72.191, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT ADR REPORT**

Pursuant to Local Rule CV-88 and the Court's Scheduling Order, Plaintiff Malibu Media, LLC ("Plaintiff") and Defendant John Doe infringer using IP address 70.121.72.191 ("Defendant") file this Joint Alternative Dispute Resolution Report:

1.     Status of settlement negotiations. Plaintiff's counsel has submitted a written settlement demand to Defendant's counsel, and Defendant's counsel has submitted a written response and counter-offer to Plaintiff's counsel. The parties are currently attempting to reach resolution through discussions between counsel.

2.     Identity of persons responsible for settlement negotiations for each party. Plaintiff's counsel, Paul S. Beik, is responsible for settlement negotiations for Plaintiff, and Defendant's counsel, JT Morris, is responsible for settlement negotiations for Defendant.

3.     Evaluation of whether alternative dispute resolution is appropriate in this case. At this time, the parties do not believe that this case is ready for mediation but will reevaluate their positions following discovery and/or the Court's ruling on any dispositive motions. At the appropriate time, the parties agree that mediation would be the preferred method of ADR. At this

time, the parties and their counsel believe that they will be able to mutually agree upon a specific

mediator and date for any mediation in this case.

Dated: March 9, 2020                       Respectfully submitted,

/s/ Paul S. Beik                           /s/ JT Morris
Paul S. Beik                               JT Morris, Esq.
Texas Bar No. 24054444                     1105 Nueces Street
**BEIK LAW FIRM, PLLC**                    Austin, TX 78701
8100 Washington Ave., Suite 1000           Telephone: (512) 717-5275
Houston, TX 77007                          Email: jt@jtmorrislaw.com
T: 713-869-6975                            **ATTORNEY FOR DEFENDANT**
F: 713-868-2262
E-mail: paul@beiklaw.com
**ATTORNEY FOR PLAINTIFF**