UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
|     Plaintiff, | ) Civil Action Case No. 5:19-CV-00834-DAE |
| v. | ) |
| JOHN DOE, | ) |
|     Defendant. | ) |

## ORDER

The Court has fully considered the parties' Joint Motion to Modify the Scheduling Order. The Court finds good cause exists to grant the motion and ORDERS the Scheduling Order [Dkt. 25] is modified as follows:

1. All parties asserting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(b) by July 1, 2020; and

2. Parties resisting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(b) by September 2, 2020.

This order does not modify any other deadline in the Scheduling Order.

SO ORDERED.

Dated: April 14, 2020

_____
David Alan Ezra
Senior United States District Judge