UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

MALIBU MEDIA, LLC,

    Plaintiff,

vs.

JOHN DOE,

    Defendant.

CIVIL ACTION NO. 5-19-CV-00834-DAE

# ORDER

Before this Court is Defendant John Doe's Motion to Compel Discovery and Motion for Sanctions. The Court has fully considered the motion and the arguments and evidence from both parties. The Court finds good cause to GRANT the Motion to Compel, and thus ORDERS as follows:

1. Plaintiff is ORDERED to produce documents responsive to Defendant's Requests for Production Nos. 2, 5-9, 11-14, 15, 17-19, 21-23, 25-28, 31-34, 36, 39-40, 46-47, and 54 that are in its possession, custody, or control, including communications with IPP International UG and documents relating to: ownership, licensing, or assignment of the asserted copyrights; Plaintiff's and IPP's infringement investigation and decision to sue Doe; damages, revenues, and market value of the asserted copyrights.

2. Plaintiff's work product objections to Defendant's Requests for Production Nos. 15, 17-19, 21-23, 28, 31-34, 36, 39-40, 46-47, and 54 are OVERRULED.

3. Plaintiff is further ORDERED to produce full responses to Interrogatory Nos. 2, 3, 4-6, 8, and 11-15, including information relating to ownership, assignment, or licensing of the asserted copyrights; information relating to or communicated with IPP and its

analysis as well as Plaintiff's and IPP's infringement investigation and decision to sue Doe; damages, revenues, and market value of the asserted copyrights; and willfulness contentions.

Having also considered Doe's Motion for Sanctions, the Court GRANTS the motion, and AWARDS costs and attorney's fees associated with the Motion to Compel and Motion for Sanctions to Doe, and ORDERS Plaintiff to pay the same. Doe is ordered to submit evidence of fees and costs no later than seven days from entry of this order.

                                      IT IS SO ORDERED,

Dated: _____      _____
                                                                                 David Alan Ezra
                                                                                 Senior United States District Judge

3

Dated: July 17, 2020					Respectfully,

/s/ JT Morris  
JT Morris  
Texas State Bar No. 24094444  
Ramzi Khazen  
Texas State Bar No. 24040855  
JT Morris Law, PLLC  
1105 Nueces Street, Suite B  
Austin, Texas 78701  
ramzi@jtmorris.law.com  
jt@jtmorrislaw.com  
Tel: 512-717-5275  
Fax: 512-582-2948  

Counsel for Defendant John Doe

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2020, I electronically filed the foregoing documents with the Court using CM/ECF, and served on the same day all counsel of record via the CM/ECF notification system.

/s/ JT Morris
JT Morris