IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | § § | |
| *Plaintiff*, | § § § | 5-19-CV-00834-DAE |
| vs. | § § § | |
| JOHN DOE, INFRINGER USING IP ADDRESS 70.121.72.191; | § § § § | |
| *Defendant*. | § § | |

**ORDER SETTING HEARING**

Pending before the Court is the Motion to Compel filed by Defendant John Doe. S*ee* Dkt. No. 31. The District Court referred the motion for disposition pursuant to Rules CV-72 and 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas.

**IT IS ORDERED THAT** the Motion to Compel, Dkt No. 31, is set for a telephonic hearing on **August 11, 2020 at 10:00 a.m.** Counsel is required to use the following call-in information for the hearing:

>Toll free number:  877-402-9753
>Access code: 8309798
>Participant Security Code:  93075

The parties must call-in at least 5 minutes before the start of the hearing and check in with the Courtroom Deputy, Ms. Jackson. The use of speaker phones is prohibited during a telephonic hearing. The parties should be prepared to discuss at the hearing the Motion and their efforts to resolve the discovery dispute that gave rise to it.

**IT IS FURTHER ORDERED THAT** the parties shall **meaningfully confer** by phone about the issues raised in the Motion, and they shall then **jointly file an advisory by noon on**

**August 7, 2020**. The advisory should discuss the parties' conference, identify remaining disputed issues that require resolution by the Court at the hearing, and set forth briefly the parties' respective positions on each remaining issue. If the parties resolve their dispute prior to the hearing, they should so inform the Court in their joint advisory and the hearing will be cancelled.

\*\**The parties are advised and hereby placed on notice that the Court may award expenses against any party that is uncooperative in discovery. See Fed. R. Civ. P. 37(a)(5).*\*\*

**IT IS SO ORDERED**.

SIGNED this 29th day of July, 2020.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE