UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Action Case No. 5:19-CV-00834-DAE |
| v. | ) |
| JOHN DOE, | ) |
| Defendant. | ) |

**ORDER GRANTING MOTION FOR LEAVE TO**
**FILE ANSWER OUT OF TIME**

THIS CAUSE came before the Court upon the Plaintiff's Motion for Leave to File Answer Out of Time (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: The Plaintiff's Motion is GRANTED.

IT IS FURTHER ORDERED that Malibu Media, LLC file its Answer to Defendant's Counterclaims.

SO ORDERED this ___ day of _____, 2020.


By: _____
**UNITED STATES DISTRICT JUDGE**