Exhibit A -
Docket Report for *Malibu Media v. Doe*, 5:19-cv-00599-XR (W.D. Tex.)

COPYRIGHT

# U.S. District Court [LIVE]
## Western District of Texas (San Antonio)
### CIVIL DOCKET FOR CASE #: 5:19-cv-00599-XR

Malibu Media, LLC v. Doe
Assigned to: Judge Xavier Rodriguez
Demand: $150,000
Cause: 17:101 Copyright Infringement

Date Filed: 06/04/2019
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**Malibu Media, LLC**     represented by **Paul Stephen Beik**
Beik Law Firm, P.L.L.C.
8100 Washington Avenue, Suite 1000
Houston, TX 77007
(713) 869-6975
Fax: (713) 868-2262
Email: paul@beiklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**John Doe**
*Infringer Using IP address 104.59.203.56*

**Defendant**

**JOSHUA SCHMIDT**     represented by **David K. Sergi**
David K. Sergi & Associates, P.C.
329 S. Guadalupe
San Marcos, TX 78666
(512) 392-5010
Fax: (512) 392-5042
Email: david@sergilaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas M. Just**
Sergi & Associates, P.C.
329 S. Guadalupe Street
San Marcos, TX 78666
512-392-5010
Fax: 512-392-5042
Email: thomas@sergilaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Katherine Frank**
Sergi & Associates, P.C.

329 S. Guadalupe Street
San Marcos, TX 78666
512-392-5010
Fax: 512-392-5042
Email: katie@sergilaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/04/2019 | 1 | COMPLAINT ( Filing fee $ 400 receipt number 0542-12185550). No Summons requested at this time, filed by Malibu Media, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Civil Cover Sheet)(Beik, Paul) (Entered: 06/04/2019) |
| 06/04/2019 | 2 | Certificate of Interested Parties by Malibu Media, LLC. (Beik, Paul) (Entered: 06/04/2019) |
| 06/04/2019 | 3 | RULE 7 DISCLOSURE STATEMENT filed by Malibu Media, LLC. (Beik, Paul) (Entered: 06/04/2019) |
| 06/04/2019 | | Case assigned to Judge Xavier Rodriguez. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (bc) (Entered: 06/04/2019) |
| 06/04/2019 | | If ordered by the court, all referrals will be assigned to Magistrate Judge Bemporad (bc) (Entered: 06/04/2019) |
| 06/04/2019 | 4 | Report on Copyright sent to Register of Copyrights. (bc) (Entered: 06/04/2019) |
| 07/08/2019 | 5 | MOTION for Discovery by Malibu Media, LLC. (Attachments: # 1 Appendix Appendix - Exhibits A-C, # 2 Proposed Order)(Beik, Paul) (Entered: 07/08/2019) |
| 07/08/2019 | 6 | NOTICE *of Related Cases* by Malibu Media, LLC (Beik, Paul) (Entered: 07/08/2019) |
| 07/23/2019 | 7 | ORDER GRANTING 5 Motion for Discovery. Signed by Judge Xavier Rodriguez. (aej) (Entered: 07/23/2019) |
| 09/03/2019 | 8 | MOTION *for Extension of Time to Serve the Summons and Complaint* by Malibu Media, LLC. (Attachments: # 1 Proposed Order)(Beik, Paul) (Entered: 09/03/2019) |
| 09/05/2019 | 9 | ORDER, Plaintiffs motion (docket no. 8) is GRANTED. The Clerks office is therefore DIRECTED to administratively close this case pending further order of the Court. Signed by Judge Xavier Rodriguez. (aej) (Entered: 09/05/2019) |
| 09/06/2019 | 10 | Report on Copyright sent to Register of Copyrights. (aej) (Entered: 09/06/2019) |
| 01/03/2020 | 11 | AMENDED COMPLAINT against JOSHUA SCHMIDT amending, filed by Malibu Media, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Beik, Paul) (Entered: 01/03/2020) |
| 01/03/2020 | 12 | REQUEST FOR ISSUANCE OF SUMMONS by Malibu Media, LLC. (Beik, Paul) (Entered: 01/03/2020) |
| 01/06/2020 | 13 | Summons Issued as to JOSHUA SCHMIDT. (bc) (Entered: 01/06/2020) |
| 01/17/2020 | 14 | MOTION *for Extension of Time to Serve the Summons and Complaint* by Malibu Media, LLC. (Attachments: # 1 Proposed Order)(Beik, Paul) (Entered: 01/17/2020) |
| 01/21/2020 | 15 | ORDER GRANTING 14 Motion Plaintiff's Second Motion for Extension of Time to Serve Defendant. Plaintiff is given until February 20, 2020 to serve Defendant or to show cause |

| | | |
|---|---|---|
| | | why additional time is needed. Signed by Judge Xavier Rodriguez. (bc) (Entered: 01/21/2020) |
| 02/10/2020 | 16 | SUMMONS Returned Executed by Malibu Media, LLC. JOSHUA SCHMIDT served on 2/8/2020, answer due 3/2/2020. (Beik, Paul) (Entered: 02/10/2020) |
| 02/11/2020 | 17 | ORDER REOPENING CASE. Signed by Judge Xavier Rodriguez. (bc) (Entered: 02/11/2020) |
| 02/12/2020 | 18 | AMENDED ORDER RE-OPENING CASE re 17 Order Reopening Case. Signed by Judge Xavier Rodriguez. (bc) (Entered: 02/12/2020) |
| 04/14/2020 | 19 | PRO-SE PLAINTIFF'S ANSWER to 11 Amended Complaint filed by JOSHUA SCHMIDT.(wg) (Entered: 04/14/2020) |
| 04/14/2020 | 20 | Order for Scheduling Recommendations/Proposed Scheduling Order. ( Scheduling Recommendations/Proposed Scheduling Order due by 5/15/2020,), Notice of right to consent to disposition of a civil case by a U.S. Magistrate Judge within (30) days of the filing of this Order. Signed by Judge Xavier Rodriguez. (wg) (Entered: 04/15/2020) |
| 05/04/2020 | 21 | MOTION to Strike *Defendant's Affirmative Defenses* by Malibu Media, LLC. (Attachments: # 1 Proposed Order)(Beik, Paul) (Entered: 05/04/2020) |
| 05/15/2020 | 22 | Rule 26(f) Discovery Report/Case Management Plan by Malibu Media, LLC. (Attachments: # 1 Proposed Order)(Beik, Paul) (Entered: 05/15/2020) |
| 05/18/2020 | 23 | SCHEDULING ORDER: Pretrial Conference set for 12/2/2021 10:30 AM before Judge Xavier Rodriguez, Jury Selection and Trial set for 12/13/2021 10:30AM before Judge Xavier Rodriguez, ADR Report Deadline due by 6/25/2021, Amended Pleadings due by 7/15/2020, Discovery due by 11/9/2020, Motions due by 9/11/2021,. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 05/18/2020) |
| 05/18/2020 | 24 | ORDER SETTING STATUS CONFERENCE AND HEARING ON ALL PENDING MOTIONS ( Status Conference set for 6/10/2020 10:30 AM before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (mgr) (Entered: 05/18/2020) |
| 05/29/2020 | 25 | NON-CONSENT to Trial by US Magistrate Judge by Malibu Media, LLC. (Beik, Paul) (Entered: 05/29/2020) |
| 06/05/2020 | 26 | NOTICE of Attorney Appearance by David K. Sergi on behalf of JOSHUA SCHMIDT. Attorney David K. Sergi added to party JOSHUA SCHMIDT(pty:dft) (Sergi, David) (Entered: 06/05/2020) |
| 06/08/2020 | 27 | MOTION to Continue *Status Conference* by JOSHUA SCHMIDT. (Frank, Katherine) (Entered: 06/08/2020) |
| 06/08/2020 | 28 | MOTION to Continue *(Amended)* by JOSHUA SCHMIDT. (Frank, Katherine) (Entered: 06/08/2020) |
| 06/08/2020 | | Text Order TERMINATING 27 Motion to Continue entered by Judge Xavier Rodriguez. This motion is terminated in light of Defendant's re-filing the same motion (docket no. 28). (This is a text-only entry generated by the court. There is no document associated with this entry.) (arb) (Entered: 06/08/2020) |
| 06/08/2020 | 29 | NOTICE of Attorney Appearance by Katherine Frank on behalf of JOSHUA SCHMIDT. Attorney Katherine Frank added to party JOSHUA SCHMIDT(pty:dft) (Frank, Katherine) (Entered: 06/08/2020) |
| 06/08/2020 | 30 | NOTICE of Attorney Appearance by David K. Sergi on behalf of JOSHUA SCHMIDT (Sergi, David) (Entered: 06/08/2020) |

| | | |
|---|---|---|
| 06/08/2020 | 31 | ORDER GRANTING 28 Motion to Continue Status Conference set for 6/18/2020 10:30 AM before Judge Xavier Rodriguez, Signed by Judge Xavier Rodriguez. (mgr) (Entered: 06/08/2020) |
| 06/10/2020 | 32 | ***DOCUMENT DEFICIENT-MISSING PROPOSED ORDER*** MOTION for Leave to File Defendant's First Amended Answer by JOSHUA SCHMIDT. (Attachments: # 1 Exhibit First Amended Answer)(Frank, Katherine) Modified on 6/11/2020 (mgr). (Entered: 06/10/2020) |
| 06/11/2020 | 33 | DEFICIENCY NOTICE: MISSING PROPOSED ORDER. Please do not re-file the entire document, please only file the proposedorder using the "Attachment" event and link to the motion re 32 MOTION for Leave to File Defendant's First Amended Answer (mgr) (Entered: 06/11/2020) |
| 06/12/2020 | 34 | SUPPLEMENT to 32 MOTION for Leave to File Defendant's First Amended Answer *Proposed Order Granting Motion* by JOSHUA SCHMIDT. (Frank, Katherine) (Entered: 06/12/2020) |
| 06/18/2020 | | Text Order DENYING 21 Motion to Strike entered by Judge Xavier Rodriguez. As stated in open court, this motion is denied without prejudice to refiling. (This is a text-only entry generated by the court. There is no document associated with this entry.) (arb) (Entered: 06/18/2020) |
| 06/18/2020 | | Text Order DENYING 32 Motion for Leave to File entered by Judge Xavier Rodriguez. As stated in open court, this motion is denied without prejudice to refiling. Defendant is ordered to file a new amended answer within fifteen (15) days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (arb) (Entered: 06/18/2020) |
| 06/18/2020 | 35 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 6/18/2020 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(mgr) (Entered: 06/18/2020) |
| 07/03/2020 | 36 | *Defendant's First Amended* ANSWER to 11 Amended Complaint by JOSHUA SCHMIDT.(Frank, Katherine) (Entered: 07/03/2020) |
| 07/23/2020 | 37 | Opposed MOTION to Strike *Defendant's Affirmative Defenses Alleged in Defendant's Amended Answer* by Malibu Media, LLC. (Attachments: # 1 Proposed Order)(Beik, Paul) (Entered: 07/23/2020) |
| 07/30/2020 | 38 | Response in Opposition to Motion, filed by JOSHUA SCHMIDT, re 37 Opposed MOTION to Strike *Defendant's Affirmative Defenses Alleged in Defendant's Amended Answer* filed by Plaintiff Malibu Media, LLC (Attachments: # 1 Proposed Order)(Sergi, David) (Entered: 07/30/2020) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/01/2020 09:34:58 | | | |
| **PACER Login:** | jtmorr3405:4914451:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:19-cv-00599-XR |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |

Exhibit B -
Docket Report for *Malibu Media v. Doe*, 5:19-cv-00601-DAE (W.D. Tex.)

# U.S. District Court [LIVE]
## Western District of Texas (San Antonio)
### CIVIL DOCKET FOR CASE #: 5:19-cv-00601-DAE

| | |
|---|---|
| Malibu Media, LLC v. Doe | Date Filed: 06/04/2019 |
| Assigned to: Judge David A. Ezra | Jury Demand: Plaintiff |
| Demand: $150,000 | Nature of Suit: 820 Copyright |
| Cause: 17:101 Copyright Infringement | Jurisdiction: Federal Question |

**Plaintiff**

**Malibu Media, LLC**　　　　　　　　　represented by　**Paul Stephen Beik**
Beik Law Firm, P.L.L.C.
8100 Washington Avenue, Suite 1000
Houston, TX 77007
(713) 869-6975
Fax: (713) 868-2262
Email: paul@beiklaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**John Doe**
*infringer using IP address 24.206100.47*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/04/2019 | 1 | COMPLAINT ( Filing fee $ 400 receipt number 0542-12185633). No Summons requested at this time, filed by Malibu Media, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Civil Cover Sheet)(Beik, Paul) (Entered: 06/04/2019) |
| 06/04/2019 | 2 | Certificate of Interested Parties by Malibu Media, LLC. (Beik, Paul) (Entered: 06/04/2019) |
| 06/04/2019 | 3 | RULE 7 DISCLOSURE STATEMENT filed by Malibu Media, LLC. (Beik, Paul) (Entered: 06/04/2019) |
| 06/04/2019 | | Case assigned to Judge David A. Ezra. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (mgr) (Entered: 06/05/2019) |
| 06/04/2019 | | If ordered by the court, all referrals will be assigned to Magistrate Judge Chestney (mgr) (Entered: 06/05/2019) |
| 06/04/2019 | 4 | Report on Copyright sent to Register of Copyrights. (mgr) (Entered: 06/05/2019) |
| 07/08/2019 | 5 | MOTION for Discovery by Malibu Media, LLC. (Attachments: # 1 Appendix Appendix - Exhibits A-C, # 2 Proposed Order)(Beik, Paul) (Entered: 07/08/2019) |
| 07/08/2019 | 6 | NOTICE *of Related Cases* by Malibu Media, LLC (Beik, Paul) (Entered: 07/08/2019) |
| 07/09/2019 | | Text Order REFERRING 5 Motion for Discovery to Judge Elizabeth Chestney entered by |

| | | |
|---|---|---|
| | | Judge David A. Ezra. (This is a text-only entry generated by the court. There is no document associated with this entry.) (sj) (Entered: 07/09/2019) |
| 07/09/2019 | | MOTION REFERRED: referred 5 MOTION for Discovery . Referral Judge: Elizabeth S. Chestney. (mgr) (Entered: 07/09/2019) |
| 08/16/2019 | 7 | ORDER GRANTING 5 Motion for Discovery Signed by Judge Elizabeth S. Chestney. (mgr) (Entered: 08/16/2019) |
| 08/16/2019 | | Motions No Longer Referred: 5 MOTION for Discovery (mgr) (Entered: 08/20/2019) |
| 09/03/2019 | 8 | MOTION *for Extension of Time to Serve the Summons and Complaint* by Malibu Media, LLC. (Attachments: # 1 Proposed Order)(Beik, Paul) (Entered: 09/03/2019) |
| 09/04/2019 | | Text Order REFERRING 8 Motion to Magistrate Judge Elizabeth Chestney. Entered by Judge David A. Ezra. (This is a text-only entry generated by the court. There is no document associated with this entry.) (lc) (Entered: 09/04/2019) |
| 09/04/2019 | | CASE REFERRED to Magistrate Judge Elizabeth S. Chestney.. Referral Judge: Elizabeth S. Chestney. (mgr) (Entered: 09/05/2019) |
| 09/05/2019 | | CASE NO LONGER REFERRED to Magistrate Judge Elizabeth S. Chestney. (Case referred in error) (rf) (Entered: 09/05/2019) |
| 09/05/2019 | | MOTION REFERRED: referred 8 MOTION *for Extension of Time to Serve the Summons and Complaint*. Referral Judge: Elizabeth S. Chestney. (rf) (Entered: 09/05/2019) |
| 09/09/2019 | 9 | ORDER GRANTING 8 Motion for Extension of Time to Serve Defendant with a Summons Signed by Judge David A. Ezra. (mgr) (Entered: 09/09/2019) |
| 09/09/2019 | | Motions No Longer Referred: 8 MOTION *for Extension of Time to Serve the Summons and Complaint* (mgr) (Entered: 09/09/2019) |
| 01/27/2020 | 10 | Sealed Document filed (Attachments: # 1 Sealed Document, # 2 Sealed Document) (mgr) (Entered: 01/28/2020) |
| 01/29/2020 | 11 | ORDER INSTRUCTING THE CLERKS OFFICE TO REOPEN THIS CASE. Signed by Judge David A. Ezra. (mgr) (Entered: 01/29/2020) |
| 02/13/2020 | 12 | MOTION *for Extension of Time to Serve the Summons and Complaint* by Malibu Media, LLC. (Attachments: # 1 Proposed Order)(Beik, Paul) (Entered: 02/13/2020) |
| 02/13/2020 | 13 | STATUS REPORT by Malibu Media, LLC. (Beik, Paul) (Entered: 02/13/2020) |
| 02/13/2020 | | Text Order GRANTING 12 Motion. Plaintiff shall have until March 30, 2020, to effectuate service of a summons and Amended Complaint upon Defendant. Entered by Judge David A. Ezra. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ar) (Entered: 02/13/2020) |
| 03/30/2020 | 14 | MOTION *for Extension of Time to Serve the Summons and Complaint* by Malibu Media, LLC. (Attachments: # 1 Proposed Order)(Beik, Paul) (Entered: 03/30/2020) |
| 03/30/2020 | 15 | ORDER GRANTING 14 Motion for Extension of time within which it has to effectuate service on John Doe Defendant. Plaintiff shall have untilMay 15, 2020, to effectuate service of a summons and Amended Complaint upon John DoeDefendant. Signed by Judge David A. Ezra. (mgr) (Entered: 03/31/2020) |
| 05/15/2020 | 16 | MOTION *for Extension of Time to Serve the Summons and Complaint* by Malibu Media, LLC. (Attachments: # 1 Proposed Order)(Beik, Paul) (Entered: 05/15/2020) |
| 05/18/2020 | 17 | ORDER GRANTING 16 Motion for Extension of Time to Serve Summons and Complaint |

| | | |
|---|---|---|
| | | Signed by Judge David A. Ezra. (mgr) (Entered: 05/18/2020) |
| 05/18/2020 | 18 | Summons Issued . (mgr) (Main Document 18 replaced on 5/19/2020) (mgr). Modified on 5/27/2020, to edit text (mgr). (Entered: 05/18/2020) |
| 06/26/2020 | 19 | SEALED MOTION Modified on 6/26/2020, to edit text(mgr). (Entered: 06/26/2020) |
| 06/30/2020 | 20 | ORDER GRANTING 19 Motion for Alternate Service Signed by Judge David A. Ezra. (mgr) (Entered: 06/30/2020) |
| 07/20/2020 | 21 | NOTICE *of Service of Summons and Complaint* by Malibu Media, LLC (Beik, Paul) (Entered: 07/20/2020) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/01/2020 09:33:43 | | | |
| **PACER Login:** | jtmorr3405:4914451:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:19-cv-00601-DAE |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

Exhibit C -
Docket Report for *Malibu Media v. Doe*, 5:19-cv-00649-OLG (W.D. Tex.)

CLOSED,COPYRIGHT

# U.S. District Court [LIVE]
# Western District of Texas (San Antonio)
# CIVIL DOCKET FOR CASE #: 5:19-cv-00649-OLG

Malibu Media, LLC v. Doe  
Assigned to: Chief Judge Orlando L. Garcia  
Cause: 17:101 Copyright Infringement  

Date Filed: 06/11/2019  
Date Terminated: 07/13/2020  
Jury Demand: Plaintiff  
Nature of Suit: 820 Copyright  
Jurisdiction: Federal Question  

**Plaintiff**

**Malibu Media, LLC**   represented by   **Paul Stephen Beik**  
Beik Law Firm, P.L.L.C.  
8100 Washington Avenue, Suite 1000  
Houston, TX 77007  
(713) 869-6975  
Fax: (713) 868-2262  
Email: paul@beiklaw.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**John Doe**  
*infringer using IP address 162.233.170.40*  
*TERMINATED: 01/13/2020*

**Defendant**

**Karen Klopotoski**   represented by   **Samira M. Lineberger**  
Lineberger Law Firm PLLC  
1919 San Pedro Avenue  
San Antonio, TX 78261  
(210) 735-9911  
Fax: (866) 748-3788  
Email: sml@linebergerlawfirm.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/11/2019 | 1 | COMPLAINT ( Filing fee $ 400 receipt number 0542-12214783). No Summons requested at this time, filed by Malibu Media, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Civil Cover Sheet)(Beik, Paul) (Entered: 06/11/2019) |
| 06/11/2019 | 2 | Certificate of Interested Parties by Malibu Media, LLC. (Beik, Paul) (Entered: 06/11/2019) |
| 06/11/2019 | 3 | RULE 7 DISCLOSURE STATEMENT filed by Malibu Media, LLC. (Beik, Paul) (Entered: 06/11/2019) |

| | | |
|---|---|---|
| 06/11/2019 | | Case assigned to Chief Judge Orlando L. Garcia. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (aej) (Entered: 06/11/2019) |
| 06/11/2019 | | If ordered by the court, all referrals will be assigned to Magistrate Judge Chestney (aej) (Entered: 06/11/2019) |
| 06/11/2019 | 4 | Report on Copyright sent to Register of Copyrights. (aej) (Entered: 06/11/2019) |
| 07/25/2019 | 5 | MOTION for Discovery by Malibu Media, LLC. (Attachments: # 1 Appendix, # 2 Proposed Order)(Beik, Paul) (Entered: 07/25/2019) |
| 07/25/2019 | 6 | NOTICE *of Related Cases* by Malibu Media, LLC (Beik, Paul) (Entered: 07/25/2019) |
| 08/05/2019 | 7 | ORDER GRANTING 5 Motion for Discovery. Signed by Chief Judge Orlando L. Garcia. (aej) (Entered: 08/05/2019) |
| 09/09/2019 | 8 | MOTION *for Extension of Time to Serve the Summons and Complaint* by Malibu Media, LLC. (Attachments: # 1 Proposed Order)(Beik, Paul) (Entered: 09/09/2019) |
| 09/10/2019 | | Text Order GRANTING 8 Motion for Extension of Time to Serve the Summons and Complaint. IT IS THEREFORE ORDERED that Plaintiff shall have until February 3, 2020, to effectuate service of a summons and Amended Complaint upon John Doe Defendant entered by Chief Judge Orlando L. Garcia. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ju) (Entered: 09/10/2019) |
| 01/13/2020 | 9 | AMENDED COMPLAINT against KAREN KLOPOTOSKI amending, filed by Malibu Media, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Beik, Paul) (Entered: 01/13/2020) |
| 01/13/2020 | 10 | REQUEST FOR ISSUANCE OF SUMMONS by Malibu Media, LLC. (Beik, Paul) (Entered: 01/13/2020) |
| 01/14/2020 | 11 | Summons Issued as to Karen Klopotoski. (bc) (Entered: 01/14/2020) |
| 01/29/2020 | 12 | SUMMONS Returned Executed by Malibu Media, LLC. Karen Klopotoski served on 1/23/2020, answer due 2/13/2020. (Beik, Paul) (Entered: 01/29/2020) |
| 02/12/2020 | 13 | *Original* ANSWER to 9 Amended Complaint *by Plaintiff, Malibu Media LLC*. Attorney Samira M. Lineberger added to party Karen Klopotoski(pty:dft) by Karen Klopotoski. (Lineberger, Samira) (Entered: 02/12/2020) |
| 02/13/2020 | 14 | Order for Scheduling Recommendations/Proposed Scheduling Order. It is ORDERED that the Plaintiff(s) confer with the Defendant(s) as required by Fed.R.Civ.P 26(f) and Local Court Rule CV-16(c) to submit a proposed scheduling order for the Court's consideration within forty-five (45) days of the filing of this Order. Notice of right to consent to disposition of a civil case by a U.S. Magistrate Judge. Signed by Chief Judge Orlando L. Garcia. (bc) (Entered: 02/13/2020) |
| 03/16/2020 | 15 | NON-CONSENT to Trial by US Magistrate Judge by Karen Klopotoski. (Lineberger, Samira) (Entered: 03/16/2020) |
| 03/17/2020 | 16 | NON-CONSENT to Trial by US Magistrate Judge by Malibu Media, LLC. (Beik, Paul) (Entered: 03/17/2020) |
| 03/17/2020 | 17 | ***DOCUMENT DEFICIENT- MISSING A SIGNATURE BLOCK. PLEASE FILE A CORRECTION SCHEDULING ORDER INCLUDING THE ATTORNEY SIGNATURE.*** Scheduling Recommendations/Proposed Scheduling Order by Malibu Media, LLC. (Beik, Paul) Modified on 3/18/2020 To edit text (bc). (Entered: 03/17/2020) |

| | | |
|---|---|---|
| 03/18/2020 | 18 | DEFICIENCY NOTICE: ***DOCUMENT DEFICIENT-MISSING A SIGNATURE BLOCK. PLEASE FILE A CORRECTED SCHEDULING ORDER WITH THE SIGNATURE OF THE ATTORNEY*** re 17 Scheduling Recommendations/Proposed Scheduling Order. (bc) (Entered: 03/18/2020) |
| 03/18/2020 | 19 | Scheduling Recommendations/Proposed Scheduling Order by Malibu Media, LLC. and Karen Klopotoski(Beik, Paul) Modified on 3/18/2020 To edit text (bc). (Entered: 03/18/2020) |
| 03/18/2020 | | Notice of Correction: ***NOTIFIED ALL PARTIES THAT THE ENTRY WAS MODIFIED TO ADD THE JOINT FILER*** re 19 Scheduling Recommendations/Proposed Scheduling Order. (bc) (Entered: 03/18/2020) |
| 04/03/2020 | 20 | SCHEDULING ORDER, ( ADR Mediation Completed by 4/5/2021,, ADR Report Deadline due by 4/6/2020,, Amended Pleadings due by 4/30/2020,, Discovery due by 1/29/2021,, Joinder of Parties due by 4/30/2020,, Dispositive Motions due by 3/8/2021,, Jury Selection set for 8/16/2021 09:30AM before Chief Judge Orlando L. Garcia,, Jury Trial set for 8/16/2021 09:30 AM before Chief Judge Orlando L. Garcia,, Pretrial Conference set for 8/11/2021 09:30 AM before Chief Judge Orlando L. Garcia,). Signed by Chief Judge Orlando L. Garcia. (wg) (Entered: 04/03/2020) |
| 04/06/2020 | 21 | ADR Report Filed - *JOINT ADR REPORT* by Malibu Media, LLC(Beik, Paul) (Entered: 04/06/2020) |
| 06/12/2020 | 22 | ORDER FOR DISMISSAL PAPERS, The parties shall submit a stipulation of dismissal or agreed judgment and any appropriate supporting documents on or before Monday, July 13, 2020.. Signed by Chief Judge Orlando L. Garcia. (cd) (Entered: 06/15/2020) |
| 07/13/2020 | 23 | STIPULATION of Dismissal *with Prejudice* by Malibu Media LLC. and Karen Klopotoski (Attachments: # 1 Proposed Order)(Beik, Paul) Modified on 7/14/2020 To edit text (bc). (Entered: 07/13/2020) |
| 07/14/2020 | | Notice of Correction: ***NOTIFIED ALL PARTIES THAT THE ENTRY WAS MODIFIED TO ADD THE JOINT FILER*** re 23 Stipulation of Dismissal. (bc) (Entered: 07/14/2020) |
| 07/14/2020 | 24 | ORDER ON STIPULATION OF DISMISSAL re 23 Stipulation of Dismissal filed by Karen Klopotoski and Malibu Media, LLC. Signed by Chief Judge Orlando L. Garcia. (bc) (Entered: 07/14/2020) |
| 07/14/2020 | 25 | Report on Copyright sent to Register of Copyrights along with a copy of 24 Order Dismissing (bc) (Entered: 07/14/2020) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 08/01/2020 09:37:34 | | |
| **PACER Login:** | jtmorr3405:4914451:0 | **Client Code:** |
| **Description:** | Docket Report | **Search Criteria:** | 5:19-cv-00649-OLG |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |

Exhibit D -
Docket Report for *Malibu Media v. Doe*, 5:19-cv-00929-DAE (W.D. Tex.)

CLOSED,COPYRIGHT

# U.S. District Court [LIVE]
## Western District of Texas (San Antonio)
### CIVIL DOCKET FOR CASE #: 5:19-cv-00929-DAE

| | |
|---|---|
| Malibu Media, LLC v. Doe | Date Filed: 08/02/2019 |
| Assigned to: Judge David A. Ezra | Date Terminated: 04/14/2020 |
| Demand: $150,000 | Jury Demand: Plaintiff |
| Cause: 17:101 Copyright Infringement | Nature of Suit: 820 Copyright |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Malibu Media, LLC** represented by **Paul Stephen Beik**
Beik Law Firm, P.L.L.C.
8100 Washington Avenue, Suite 1000
Houston, TX 77007
(713) 869-6975
Fax: (713) 868-2262
Email: paul@beiklaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**John Doe**
*Infringer Using IP Address 24.55.22.80*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/02/2019 | 1 | COMPLAINT ( Filing fee $ 400 receipt number 0542-12429300). No Summons requested at this time, filed by Malibu Media, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Civil Cover Sheet)(Beik, Paul) (Entered: 08/02/2019) |
| 08/02/2019 | 2 | Certificate of Interested Parties by Malibu Media, LLC. (Beik, Paul) (Entered: 08/02/2019) |
| 08/02/2019 | 3 | RULE 7 DISCLOSURE STATEMENT filed by Malibu Media, LLC. (Beik, Paul) (Entered: 08/02/2019) |
| 08/02/2019 | | Case assigned to Judge David A. Ezra. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (bc) (Entered: 08/02/2019) |
| 08/02/2019 | | If ordered by the court, all referrals will be assigned to Magistrate Judge Bemporad (bc) (Entered: 08/02/2019) |
| 08/02/2019 | 4 | Report on Copyright sent to Register of Copyrights. (bc) (Entered: 08/02/2019) |
| 08/13/2019 | 5 | MOTION for Discovery by Malibu Media, LLC. (Attachments: # 1 Appendix Appendix - Exhibits A-C, # 2 Proposed Order)(Beik, Paul) (Entered: 08/13/2019) |
| 08/13/2019 | 6 | NOTICE *of Related Cases* by Malibu Media, LLC (Beik, Paul) (Entered: 08/13/2019) |

| | | |
|---|---|---|
| 08/15/2019 | | Text Order REFERRING 5 Motion for Discovery to Judge Henry J. Bemporad entered by Judge David A. Ezra. (This is a text-only entry generated by the court. There is no document associated with this entry.) (sj) (Entered: 08/15/2019) |
| 08/15/2019 | | MOTION REFERRED: referred 5 MOTION for Discovery . Referral Judge: Henry J. Bemporad. (aej) (Entered: 08/15/2019) |
| 08/15/2019 | 7 | ORDER GRANTING 5 MOTION for Discovery filed by Malibu Media, LLC, Motions No Longer Referred: 5 MOTION for Discovery . Signed by Judge Henry J. Bemporad. (aej) (Entered: 08/15/2019) |
| 10/28/2019 | 10 | MOTION for Reconsideration re 7 Order Granting Plaintiff's Motion for Leave to Serve a Third Party Subpoena Prior to a Rule 26(f) Conference (bc) Modified on 11/5/2019 To edit text (bc). (Entered: 11/05/2019) |
| 10/31/2019 | 8 | MOTION *for Extension of Time to Serve the Summons and Complaint* by Malibu Media, LLC. (Attachments: # 1 Proposed Order)(Beik, Paul) (Entered: 10/31/2019) |
| 11/01/2019 | 9 | ORDER REFERRING MATTER TO MAGISTRATE JUDGE. Signed by Judge David A. Ezra. (mgr) (Entered: 11/01/2019) |
| 11/05/2019 | | Notice of Correction:***NOTIFIED ALL PARTIES THAT THE ENTRY WAS MODIFIED TO CHANGE THE WORDING PER CHAMBERS*** re 10 MOTION for Reconsideration re 7 Order. (bc) (Entered: 11/05/2019) |
| 11/05/2019 | 11 | ORDER GRANTING 8 Motion First Motion for Extension of Time to Serve Defendant. The deadline for plaintiff to serve defendant with a summons and amended complaint is extended to February 13, 2020. Signed by Judge Henry J. Bemporad. (bc) (Entered: 11/06/2019) |
| 11/06/2019 | 12 | ORDER DENYING 10 Motion for Reconsideration. Signed by Judge Henry J. Bemporad. (rf) (Entered: 11/06/2019) |
| 02/13/2020 | 13 | MOTION *for Extension of Time to Serve the Summons and Complaint* by Malibu Media, LLC. (Attachments: # 1 Proposed Order)(Beik, Paul) (Entered: 02/13/2020) |
| 02/14/2020 | | Text Order GRANTING 13 Motion. Plaintiff shall have untilMarch 30, 2020, to effectuate service of a summons and Amended Complaint upon Defendant. Entered by Judge David A. Ezra. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ar) (Entered: 02/14/2020) |
| 03/30/2020 | 14 | PLAINTIFF'S THIRD MOTION *for Extension of Time to Serve the Summons and Complaint* by Malibu Media, LLC. (Attachments: # 1 Proposed Order)(Beik, Paul) (Entered: 03/30/2020) |
| 04/02/2020 | 15 | Sealed Document filed by Malibu Media, LLC (wg) (Entered: 04/03/2020) |
| 04/02/2020 | 16 | Request to Issue Summons (wg) (Entered: 04/03/2020) |
| 04/03/2020 | 17 | REPORT AND RECOMMENDATIONS re 14 Motion for Miscellaneous Relief filed by Malibu Media, LLC., The United States Clerk shall serve a Copy of this R&R on all parties Via Electronic Transmittal, or be Certified Mail, return receipt requested on all non-registered users. Signed by Judge Henry J. Bemporad. (wg) (Entered: 04/03/2020) |
| 04/03/2020 | 18 | ORDER RETURNING CASE BACK TO THE DISTRICT COURT, CASE NO LONGER REFERRED to Mag. Judge Bemporad. Signed by Judge Henry J. Bemporad. (wg) (Entered: 04/03/2020) |
| 04/14/2020 | 19 | NOTICE of Voluntary Dismissal by Malibu Media, LLC (Beik, Paul) (Entered: 04/14/2020) |

| 04/14/2020 | 20 | Report on Copyright sent to Register of Copyrights. (wg) (Entered: 04/16/2020) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/01/2020 09:40:10 | | | |
| **PACER Login:** | jtmorr3405:4914451:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:19-cv-00929-DAE |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |