IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | § § § | |
| *Plaintiff*, | § § | 5-19-CV-00834-DAE |
| vs. | § § § | |
| JOHN DOE, INFRINGER USING IP ADDRESS 70.121.72.191; | § § § § | |
| *Defendant*. | § § § | |

**ORDER**

Before the Court is the Motion to Compel filed by Defendant John Doe, Dkt. No. 31, which was referred for resolution pursuant to Rules CV-72 and 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. On August 11, 2020, the Court held a hearing on the motion at which all parties appeared through counsel of record. For the reasons stated on the record at the August 11 hearing and pursuant to the representations in the parties' joint advisory, Dkt. No. 42, **IT IS ORDERED THAT** the Motion to Compel, Dkt. No. 31, is **GRANTED IN PART, DENIED IN PART, and DISMISSED IN PART AS MOOT** as set forth herein.

Within **twenty-one (21) days** from the date of this Order, Plaintiff Malibu Media shall provide Defendant Doe with the total number of settlement agreements it has entered into with respect to the copyrights at issue in this litigation. Plaintiff Malibu Media shall also provide Defendant Doe the aggregate amount paid in connection with those settlements. Defendant Doe's request for production of each settlement agreement is **DENIED**, as stated on the record.

Doe's request for sanctions is **DENIED**.

1

The remaining requests to compel raised by Doe's motion are **DISMISSED AS MOOT**.

All other relief not expressly granted herein is **DENIED**.

**IT IS SO ORDERED**.

SIGNED this 17th day of August, 2020.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE