UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOE,<br><br>Defendant. | CIVIL ACTION NO.  5-19-CV-00834-DAE |

## ORDER

Having fully considered Defendant John Doe's Motion to Modify the Scheduling Order and Leave to File First Amendment Counterclaims and the parties' arguments on the same, the Court finds good cause exists to grant Defendant's motion.

Accordingly, it is hereby ORDERED that

1. The Answer and Amended Counterclaims attached as Exhibit A to Defendant's motion is deemed filed as of the date on this Order;

2. Plaintiff has 14 days from the date on this Order to file a responsive pleading.

SO ORDERED.

SIGNED this _____ day of _____ 2020.

_____