UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Action Case No. 5:19-CV-00834-DAE |
| v. | ) |
| JOHN DOE, | ) |
| Defendant. | ) |

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF DISCOVERY AND EXPERT DEADLINES**

THIS CAUSE came before the Court upon Plaintiff's Motion to Extend Discovery and Expert Deadlines (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:

(A)     Plaintiff's Motion is hereby GRANTED.

(B)     Discovery and expert deadlines are hereby extended by one hundred twenty (120) days and sixty (60) days respectively from the date of entry of an order on this Motion.

SO ORDERED this ___ day of _____, 2020.

By: _____
     **UNITED STATES DISTRICT JUDGE**