UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | No. 5:19-CV-834-DAE |
| | § | |
| JOHN DOE, | § | |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |

## ORDER REFERRING MATTER TO MAGISTRATE JUDGE

The matter before the Court is Plaintiff's Opposed Motion for Extension of Discovery and Expert Deadlines. (Dkt. # 49). Upon review of the motion and in accordance with the authority vested in the United States Magistrate Judge pursuant to 28 U.S.C. § 636, the motion is hereby **REFERRED** to United States Magistrate Judge Richard Farrer for consideration. If the pending motion is granted, United States Magistrate Judge Richard Farrer shall enter an amended scheduling order. Upon completion, the undersigned retains full jurisdiction over all other matters.

**IT IS SO ORDERED.**

**DATED:** San Antonio, Texas, October 13, 2020.

_____

DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE