### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

MALIBU MEDIA, LLC,

          Plaintiff,

          vs.

JOHN DOE,

          Defendant.

CIVIL ACTION NO.  5-19-CV-00834-DAE

### <u>DECLARATION OF JT MORRIS</u>

I, JT Morris, declare pursuant to 28 U.S.C. § 1746 that the following statements are true and correct based on my personal knowledge:

1. I am over the age of 18, I have never been convicted of a felony, and I am of sound mind.

2. I am lead counsel for Defendant John Doe. The sole purpose of this affidavit is to submit documentary evidence in support of Doe's opposition to Plaintiff Malibu Media's Motion for Extension of Discovery and Expert Deadlines.

3. Attached as Exhibit A is a true and correct copy of May 15, 2020 Agreed Scheduling Recommendations in *Malibu Media v. Schmidt*, 5:19-cv-00599-XR (W.D. Tex.).

4. Attached as Exhibit B is a true and correct copy of the PACER docket for *Malibu Media v. Schmidt*, 5:19-cv-00599-XR (W.D. Tex.).

5. Attached as Exhibit C is a true and correct copy of Malibu Media's August 17, 2020 Motion to Extend Deadlines in *Malibu Media v. Ardoin*, 3:19- cv-01112-M (N.D. Tex.).

6. Attached as Exhibit D is a true and correct copy of Malibu Media's April 23, 2020 Unilateral Case Management Plan in *Malibu Media v. Pass*, 4:18-cv-04393 (S.D. Tex.)

7. Attached as Exhibit E is a true and correct copy of Malibu Media's May 15, 2020 Motion

to Extend Time for Service, *Malibu Media v. Doe*, 5:19-cv-00601-DAE (W.D. Tex.)

8.  Attached as Exhibit F is a true and correct copy of the PACER docket for *Malibu Media v. Reyes*, 2:20-cv-00153 (S.D. Tex.)

9.  Attached as Exhibit G is a true and correct copy of the PACER docket for *Malibu Media v. Johnston*, 4:19- cv-01720 (S.D. Tex.)

10. Attached as Exhibit H is a true and correct copy of the PACER docket for *Malibu Media v. Doe*, 1:19-cv-04631 (N.D. Ill.)

11. Attached as Exhibit I is a true and correct copy of the PACER docket for *Malibu Media v. Doe*, 2:19-cv-03806 (E.D.N.Y.)

12. Attached as Exhibit J is a true and correct copy of the PACER docket for *Malibu Media v. Doe*, 3:19-cv-00999 (D. Conn.)

13. Attached as Exhibit K is a true and correct copy of the PACER docket for *The Lomnitzer Law Firm v. Malibu Media*, 9:20-cv-80027(S.D. Fla.)

14. Attached as Exhibit L is a true and correct copy of an excerpt of Collette Pelissier's Twitter feed captured on September 21, 2020. It has been reduced in size for filing purposes.

I declare under the penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on October 13, 2020

_____

JT Morris

# Exhibit A:
# May 15, 2020 Agreed Scheduling Recommendations in Malibu Media v. Schmidt, 5:19-cv-00599-XR (W.D. Tex.)

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| | ) |
| Plaintiff, | )    Civil Action Case No.5:19-cv-00599-XR |
| | ) |
| v. | ) |
| | ) |
| JOSHUA SCHMIDT, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## AGREED[1] SCHEDULING RECOMMENDATIONS

The parties recommend that the following deadlines be entered in the scheduling order to control the course of this case:

## MOTIONS FOR LEAVE TO AMEND PLEADINGS.

The deadline for Plaintiff(s) to file a motion seeking leave to amend pleadings; or to join parties is July 15, 2020.[2]

The deadline for Defendant(s) to file a motion (1) to designate responsible third parties, pursuant to Texas Civil Practices & Remedies Code § 33.004(a); (2) seeking leave to amend pleadings; or (3) to join parties is July 27, 2020.[3]

## EXPERTS

All parties asserting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) on or before August 10, 2020.[4]

Parties resisting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) on or before September 9, 2020.[5]

All parties shall file all designations of rebuttal experts and serve on all parties the material required by Fed. R. of Civ. P. 26(a)(2)(B) for such rebuttal experts, to the extent not already served, within fifteen (15) days of receipt of the report of the opposing expert.

---

[1] This document should generally be filed as an agreed upon recommendation. If any party cannot agree to certain deadline, that party should indicate with specificity why a dispute exists as to the appropriate deadline.
[2] Generally 60 days from date of this order.
[3] Generally 75 days from date of this order.
[4] Generally 90 days from date of this order.
[5] Generally 120 days from date of this order.

An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within eleven (11) days from the receipt of the written report of the expert's proposed testimony, or within eleven (11) days from obtaining a copy of the expert's deposition, if a deposition is taken, whichever is later.

The deadline for filing supplemental reports required under Fed. R. Civ. P. 26(e) is _____.

## WITNESS LIST, EXHIBIT LIST, AND PRETRIAL DISCLOSURES

The deadline for filing Rule 26(a)(3) disclosures is _____.

The deadline for filing objections under Rule (26)(a)(3) is _____. Any objections not made will be deemed waived.

## COMPLETION OF DISCOVERY

Written discovery requests are not timely if they are filed so close to this deadline that under the Federal Rules of Civil Procedure the response would not be due until after the deadline.

The deadline for the completion of all discovery is <u>November 9, 2020</u>.[6]

## ALTERNATIVE DISPUTE RESOLUTION (ADR) REPORT

A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed on or before _____.

The parties asserting claims for relief shall submit a written offer of settlement to opposing parties on or before May 30, 2020, and each opposing party shall respond, in writing on or before <u>June 12, 2020.</u>

All offers of settlement are to be private, not filed. The parties are ordered to retain the written offers of settlement and response as the Court will use these in assessing attorneys' fees and costs at the conclusion of the proceedings.

If a settlement is reached, the parties should immediately notify the Court so the case may be removed from the Court's trial docket.

## PRETRIAL MOTIONS

No motion (other than a motion in limine) may be filed after this date except for good cause. The deadline to file motions (including dispositive motions and Daubert motions) is <u>90 days before the trial date.</u> [7] This deadline is also applicable to the filing of any summary judgment motion

---

[6] Generally 180 days from date of this order.

[7] This date should not be any later than 90 days before the case is scheduled for trial in order to allow the Court adequate time to rule.

under Fed. R. Civ. P. 56 and any defense of qualified immunity. Leave of court is automatically given to file motions, responses, and replies not to exceed 30 pages in length.[8] Fed. R. Civ. P. 6(d) does not apply to the time limits set forth in Local Rule CV-7 for responses and replies to motions.

## JOINT PRETRIAL ORDER AND MOTION IN LIMINE

The deadline to file a Final Joint Pretrial Order and any motion in limine is September 25, 2020.

(1) a short statement identifying the Court's jurisdiction. If there is an unresolved jurisdictional question, state it;

(2) a brief statement of the case, one that the judge could read to the jury panel for an introduction to the facts and parties;

(3) a summary of the remaining claims and defenses of each party;

(4) a list of facts all parties have reached agreement upon;

(5) a list of contested issues of fact;

(6) a list of the legal propositions that are not in dispute;

(7) a list of contested issues of law;

(8) a list of all exhibits expected to be offered. Counsel will make all exhibits available for examination by opposing counsel. All documentary exhibits must be exchanged before the final pre-trial conference. The exhibit list should clearly reflect whether a particular exhibit is objected to or whether there are no objections to the exhibit;

(9) a list of the names and addresses of witnesses who may be called with a brief statement of the nature of their testimony;

(10) an estimate of the length of trial;

(11) for a jury trial, include (a) proposed questions for the voir dire examination, and (b) a proposed charge, including instructions, definitions, and special interrogatories, with authority;

(12) for a nonjury trial, include (a) proposed findings of fact and (b) proposed conclusions of law, with authority;

(13) the signatures of all attorneys; and

---

[8] This supersedes the page limit specified in TXWD Local Rules CV-7(d)-(f).

(14) a place for the date and the signature of the presiding judge.

**FINAL PRETRIAL CONFERENCE**

The Final Pretrial Conference shall be held on [THIS DATE WILL BE COMPLETED BY THE COURT] _____.

Motions in limine, if any, will be heard on this date. Counsel should confer prior to this hearing on any issues raised in a motion in limine or the Joint Pretrial Order. Any party intending to use a demonstrative exhibit should provide the same to opposing counsel at least 3 days prior to the Final Pretrial conference so that if any objections or issues are raised about the demonstrative exhibit, they can be addressed at the final pretrial conference.

**TRIAL**

The Trial Date is [PARTIES MAY SUGGEST A TRIAL DATE. IT IS RECOMMENDED THAT THE PARTIES CONTACT THE COURTROOM DEPUTY TO DETERMINE AVAILABILITY ON THE COURT CALENDAR] December 15, 2021.

Dated: May 15, 2020

Respectfully Submitted

/s/ _____
PAUL S. BEIK
Texas Bar No. 24054444
S.D. Tex. ID No. 642213
BEIK LAW FIRM, PLLC
Washington Ave., Suite 1000
Houston, TX 77007
T: 713-869-6975
F: 713-868-2262
E-mail: paul@beiklaw.com
**ATTORNEY FOR PLAINTIFF**

/s/_____JOSHUA SCHMIDT___
JOSHUA SCHMIDT
**PRO SE DEFENDANT**
Prepared by:
JEFFREY F KANE
LAW OFC. OF JEFFREY F KANE
5337 Yorktown Blvd Ste 5-2
Corpus Christi, Texas 78413
T: 361-371-7186
F: 361-452-3273
E-mail: jfk@jeffkanelaw.com

4

# Exhibit B:
# Docket for Malibu Media v. Schmidt, 5:19-cv-00599-XR (W.D. Tex.)

COPYRIGHT

# U.S. District Court [LIVE]
## Western District of Texas (San Antonio)
## CIVIL DOCKET FOR CASE #: 5:19-cv-00599-XR

Malibu Media, LLC v. Doe
Assigned to: Judge Xavier Rodriguez
Demand: $150,000
Cause: 17:101 Copyright Infringement

Date Filed: 06/04/2019
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**Malibu Media, LLC**　　　　　represented by　**Paul Stephen Beik**
Beik Law Firm, P.L.L.C.
8100 Washington Avenue, Suite 1000
Houston, TX 77007
(713) 869-6975
Fax: (713) 868-2262
Email: paul@beiklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**John Doe**
*Infringer Using IP address 104.59.203.56*

**Defendant**

**JOSHUA SCHMIDT**　　　　　represented by　**David K. Sergi**
David K. Sergi & Associates, P.C.
329 S. Guadalupe
San Marcos, TX 78666
(512) 392-5010
Fax: (512) 392-5042
Email: david@sergilaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas M. Just**
Sergi & Associates, P.C.
329 S. Guadalupe Street
San Marcos, TX 78666
512-392-5010
Fax: 512-392-5042
Email: thomas@sergilaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Katherine Frank**
Sergi & Associates, P.C.

329 S. Guadalupe Street
San Marcos, TX 78666
512-392-5010
Fax: 512-392-5042
Email: katie@sergilaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/04/2019 | 1 | COMPLAINT ( Filing fee $ 400 receipt number 0542-12185550). No Summons requested at this time, filed by Malibu Media, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Civil Cover Sheet)(Beik, Paul) (Entered: 06/04/2019) |
| 06/04/2019 | 2 | Certificate of Interested Parties by Malibu Media, LLC. (Beik, Paul) (Entered: 06/04/2019) |
| 06/04/2019 | 3 | RULE 7 DISCLOSURE STATEMENT filed by Malibu Media, LLC. (Beik, Paul) (Entered: 06/04/2019) |
| 06/04/2019 | | Case assigned to Judge Xavier Rodriguez. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (bc) (Entered: 06/04/2019) |
| 06/04/2019 | | If ordered by the court, all referrals will be assigned to Magistrate Judge Bemporad (bc) (Entered: 06/04/2019) |
| 06/04/2019 | 4 | Report on Copyright sent to Register of Copyrights. (bc) (Entered: 06/04/2019) |
| 07/08/2019 | 5 | MOTION for Discovery by Malibu Media, LLC. (Attachments: # 1 Appendix Appendix - Exhibits A-C, # 2 Proposed Order)(Beik, Paul) (Entered: 07/08/2019) |
| 07/08/2019 | 6 | NOTICE *of Related Cases* by Malibu Media, LLC (Beik, Paul) (Entered: 07/08/2019) |
| 07/23/2019 | 7 | ORDER GRANTING 5 Motion for Discovery. Signed by Judge Xavier Rodriguez. (aej) (Entered: 07/23/2019) |
| 09/03/2019 | 8 | MOTION *for Extension of Time to Serve the Summons and Complaint* by Malibu Media, LLC. (Attachments: # 1 Proposed Order)(Beik, Paul) (Entered: 09/03/2019) |
| 09/05/2019 | 9 | ORDER, Plaintiffs motion (docket no. 8) is GRANTED. The Clerks office is therefore DIRECTED to administratively close this case pending further order of the Court. Signed by Judge Xavier Rodriguez. (aej) (Entered: 09/05/2019) |
| 09/06/2019 | 10 | Report on Copyright sent to Register of Copyrights. (aej) (Entered: 09/06/2019) |
| 01/03/2020 | 11 | AMENDED COMPLAINT against JOSHUA SCHMIDT amending, filed by Malibu Media, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Beik, Paul) (Entered: 01/03/2020) |
| 01/03/2020 | 12 | REQUEST FOR ISSUANCE OF SUMMONS by Malibu Media, LLC. (Beik, Paul) (Entered: 01/03/2020) |
| 01/06/2020 | 13 | Summons Issued as to JOSHUA SCHMIDT. (bc) (Entered: 01/06/2020) |
| 01/17/2020 | 14 | MOTION *for Extension of Time to Serve the Summons and Complaint* by Malibu Media, LLC. (Attachments: # 1 Proposed Order)(Beik, Paul) (Entered: 01/17/2020) |
| 01/21/2020 | 15 | ORDER GRANTING 14 Motion Plaintiff's Second Motion for Extension of Time to Serve Defendant. Plaintiff is given until February 20, 2020 to serve Defendant or to show cause |

| | | |
|---|---|---|
| | | why additional time is needed. Signed by Judge Xavier Rodriguez. (bc) (Entered: 01/21/2020) |
| 02/10/2020 | 16 | SUMMONS Returned Executed by Malibu Media, LLC. JOSHUA SCHMIDT served on 2/8/2020, answer due 3/2/2020. (Beik, Paul) (Entered: 02/10/2020) |
| 02/11/2020 | 17 | ORDER REOPENING CASE. Signed by Judge Xavier Rodriguez. (bc) (Entered: 02/11/2020) |
| 02/12/2020 | 18 | AMENDED ORDER RE-OPENING CASE re 17 Order Reopening Case. Signed by Judge Xavier Rodriguez. (bc) (Entered: 02/12/2020) |
| 04/14/2020 | 19 | PRO-SE PLAINTIFF'S ANSWER to 11 Amended Complaint filed by JOSHUA SCHMIDT.(wg) (Entered: 04/14/2020) |
| 04/14/2020 | 20 | Order for Scheduling Recommendations/Proposed Scheduling Order. ( Scheduling Recommendations/Proposed Scheduling Order due by 5/15/2020,), Notice of right to consent to disposition of a civil case by a U.S. Magistrate Judge within (30) days of the filing of this Order. Signed by Judge Xavier Rodriguez. (wg) (Entered: 04/15/2020) |
| 05/04/2020 | 21 | MOTION to Strike *Defendant's Affirmative Defenses* by Malibu Media, LLC. (Attachments: # 1 Proposed Order)(Beik, Paul) (Entered: 05/04/2020) |
| 05/15/2020 | 22 | Rule 26(f) Discovery Report/Case Management Plan by Malibu Media, LLC. (Attachments: # 1 Proposed Order)(Beik, Paul) (Entered: 05/15/2020) |
| 05/18/2020 | 23 | SCHEDULING ORDER: Pretrial Conference set for 12/2/2021 10:30 AM before Judge Xavier Rodriguez, Jury Selection and Trial set for 12/13/2021 10:30AM before Judge Xavier Rodriguez, ADR Report Deadline due by 6/25/2021, Amended Pleadings due by 7/15/2020, Discovery due by 11/9/2020, Motions due by 9/11/2021,. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 05/18/2020) |
| 05/18/2020 | 24 | ORDER SETTING STATUS CONFERENCE AND HEARING ON ALL PENDING MOTIONS ( Status Conference set for 6/10/2020 10:30 AM before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (mgr) (Entered: 05/18/2020) |
| 05/29/2020 | 25 | NON-CONSENT to Trial by US Magistrate Judge by Malibu Media, LLC. (Beik, Paul) (Entered: 05/29/2020) |
| 06/05/2020 | 26 | NOTICE of Attorney Appearance by David K. Sergi on behalf of JOSHUA SCHMIDT. Attorney David K. Sergi added to party JOSHUA SCHMIDT(pty:dft) (Sergi, David) (Entered: 06/05/2020) |
| 06/08/2020 | 27 | MOTION to Continue *Status Conference* by JOSHUA SCHMIDT. (Frank, Katherine) (Entered: 06/08/2020) |
| 06/08/2020 | 28 | MOTION to Continue *(Amended)* by JOSHUA SCHMIDT. (Frank, Katherine) (Entered: 06/08/2020) |
| 06/08/2020 | | Text Order TERMINATING 27 Motion to Continue entered by Judge Xavier Rodriguez. This motion is terminated in light of Defendant's re-filing the same motion (docket no. 28). (This is a text-only entry generated by the court. There is no document associated with this entry.) (arb) (Entered: 06/08/2020) |
| 06/08/2020 | 29 | NOTICE of Attorney Appearance by Katherine Frank on behalf of JOSHUA SCHMIDT. Attorney Katherine Frank added to party JOSHUA SCHMIDT(pty:dft) (Frank, Katherine) (Entered: 06/08/2020) |
| 06/08/2020 | 30 | NOTICE of Attorney Appearance by David K. Sergi on behalf of JOSHUA SCHMIDT (Sergi, David) (Entered: 06/08/2020) |

| 06/08/2020 | 31 | ORDER GRANTING 28 Motion to Continue Status Conference set for 6/18/2020 10:30 AM before Judge Xavier Rodriguez, Signed by Judge Xavier Rodriguez. (mgr) (Entered: 06/08/2020) |
| 06/10/2020 | 32 | ***DOCUMENT DEFICIENT-MISSING PROPOSED ORDER*** MOTION for Leave to File Defendant's First Amended Answer by JOSHUA SCHMIDT. (Attachments: # 1 Exhibit First Amended Answer)(Frank, Katherine) Modified on 6/11/2020 (mgr). (Entered: 06/10/2020) |
| 06/11/2020 | 33 | DEFICIENCY NOTICE: MISSING PROPOSED ORDER. Please do not re-file the entire document, please only file the proposedorder using the "Attachment" event and link to the motion re 32 MOTION for Leave to File Defendant's First Amended Answer (mgr) (Entered: 06/11/2020) |
| 06/12/2020 | 34 | SUPPLEMENT to 32 MOTION for Leave to File Defendant's First Amended Answer *Proposed Order Granting Motion* by JOSHUA SCHMIDT. (Frank, Katherine) (Entered: 06/12/2020) |
| 06/18/2020 | | Text Order DENYING 21 Motion to Strike entered by Judge Xavier Rodriguez. As stated in open court, this motion is denied without prejudice to refiling. (This is a text-only entry generated by the court. There is no document associated with this entry.) (arb) (Entered: 06/18/2020) |
| 06/18/2020 | | Text Order DENYING 32 Motion for Leave to File entered by Judge Xavier Rodriguez. As stated in open court, this motion is denied without prejudice to refiling. Defendant is ordered to file a new amended answer within fifteen (15) days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (arb) (Entered: 06/18/2020) |
| 06/18/2020 | 35 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 6/18/2020 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(mgr) (Entered: 06/18/2020) |
| 07/03/2020 | 36 | *Defendant's First Amended* ANSWER to 11 Amended Complaint by JOSHUA SCHMIDT.(Frank, Katherine) (Entered: 07/03/2020) |
| 07/23/2020 | 37 | Opposed MOTION to Strike *Defendant's Affirmative Defenses Alleged in Defendant's Amended Answer* by Malibu Media, LLC. (Attachments: # 1 Proposed Order)(Beik, Paul) (Entered: 07/23/2020) |
| 07/30/2020 | 38 | Response in Opposition to Motion, filed by JOSHUA SCHMIDT, re 37 Opposed MOTION to Strike *Defendant's Affirmative Defenses Alleged in Defendant's Amended Answer* filed by Plaintiff Malibu Media, LLC (Attachments: # 1 Proposed Order)(Sergi, David) (Entered: 07/30/2020) |
| 09/01/2020 | 39 | ORDER DENYING 37 Motion to Strike. Signed by Judge Xavier Rodriguez. (bc) (Entered: 09/04/2020) |
| 09/09/2020 | 40 | MOTION to Extend Scheduling Order Deadlines by JOSHUA SCHMIDT. (Attachments: # 1 Proposed Order)(Frank, Katherine) (Entered: 09/09/2020) |
| 09/10/2020 | | Text Order GRANTING 40 Motion to Extend Scheduling Order Deadlines entered by Judge Xavier Rodriguez. The deadline to designate an expert witness is extended to October 9, 2020. (This is a text-only entry generated by the court. There is no document associated with this entry.) (dc3) (Entered: 09/10/2020) |

**PACER Service Center**

| Transaction Receipt | | | |
|---|---|---|---|
| 09/25/2020 13:03:50 | | | |
| PACER Login: | jtmorr3405:4914451:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 5:19-cv-00599-XR |
| Billable Pages: | 4 | Cost: | 0.40 |

Exhibit C:
August 17, 2020 Motion to
Extend Deadlines in Malibu
Media v. Ardoin, 3:19-
cv-01112-M  (N.D. Tex.)

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

MALIBU MEDIA, LLC,       )
                          )
        Plaintiff,      )     Civil Action Case No. 3:19-cv-01112-M
                          )
v.                       )
                          )
ERIC ARDOIN,        )
                          )
        Defendant.    )
_____  )

## MOTION FOR EXTENSION OF ALL CASE
## DEADLINES IMPOSED BY THE SCHEDULING ORDER [CM/ECF 30]

Plaintiff, Malibu Media, LLC, moves for entry of an order extending all case deadlines imposed by the Scheduling Order (the "Order") [CM/ECF 30], and states:

1.     This is a case for copyright infringement arising under United States Copyright Act of 1976, as amended, 17 U.S.C. §§ 101 et seq.

2.     Plaintiff filed its initial Complaint on May 8, 2019 [CM/ECF 1] and its Amended Complaint against Defendant, Eric Ardoin, on October 15, 2019 [CM/ECF 15].

3.     Pursuant to this Honorable Court's Scheduling Order ("Scheduling Order") entered on January 15, 2020, [CM/ECF 30], Plaintiff's Designation of Expert Witness is due no later than today, August 17, 2020.

4.     Due to circumstances surrounding the emergence and spread of the COVID-19 virus and the backlog it has created with several other ongoing cases, the parties have been unable to adhere to several deadlines imposed by this Honorable Court's Scheduling Order.

5.     This request is made in good faith and not made for the purpose of undue delay.

6.     Plaintiff has conferred with Defendant, through his counsel, who has advised that Defendant does not oppose the relief requested herein.

WHEREFORE, Plaintiff respectfully requests an extension of all case deadlines imposed by this Court's Scheduling Order by ninety (90) day from the date of entry of an order on this motion.

Dated: August 17, 2020

Respectfully submitted,

By: /s/ Paul S. Beik
PAUL S. BEIK
Texas Bar No. 24054444
BEIK LAW FIRM, PLLC
8100 Washington Ave., Suite 1000
Houston, TX 77007
T: 713-869-6975
F: 713-868-2262
E-mail: paul@beiklaw.com
**ATTORNEY FOR PLAINTIFF**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that, on August 17, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ Paul S. Beik
PAUL S. BEIK

2

Exhibit D:
April 23, 2020 Unilateral
Proposed Scheduling Order in
Malibu Media v. Pass, 4:18-
cv-04393  (S.D. Tex.)

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action Case No. 4:18-cv-04393 |
| | ) | |
| v. | ) | |
| | ) | |
| GARRICK PASS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## UNILATERAL DISCOVERY/CASE MANAGEMENT PLAN UNDER RULE 26(f) FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to the Court's Order (CM/ECF #41), Plaintiff, Malibu Media, LLC, hereby submits its Unilateral Discovery/Case Management Plan (JDCM Plan) Under Rule 26(f) Federal Rules of Civil Procedure. Plaintiff submits this JDCM Plan unilaterally because Defendant has not responded to Plaintiff's Amended Complaint. The Clerk issued its Certificate of Default on February 10, 2020. *See* CM/ECF #35. Plaintiff filed a motion for default judgment on February 14, 2020. *See* CM/ECF #37. The motion is currently pending before the Court.

**1.      State when the conference of the parties required by Rule 26(f) was held, and identify the counsel who represented each party.**

Pursuant to Fed. R. Civ. P. 26(f), the Plaintiff attempted to contact the *pro se* Defendant, but received no response. The Plaintiff therefore submits this unilateral report.

**2.      List the cases related to this one that are pending in any state or federal court with the case number and court.**

*See* Plaintiff's Notice of Related Cases. CM/ECF 7.

**3.      Specify the allegation of federal jurisdiction.**

This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338 (patents, copyrights, trademarks and unfair competition). Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) and (c), because: (i) a substantial part of the events or omissions giving rise to the claims occurred in this District; and, (ii) the

Defendant resides (and therefore can be found) in this District and resides in this State; additionally, venue is proper in this District pursuant 28 U.S.C. § 1400(a) (venue for copyright cases) because Defendant or Defendant's agent resides or may be found in this District.

**4.      Name the parties who disagree and the reasons.**

Unknown.

**5.      List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.**

Plaintiff does not currently anticipate any additional parties.  However, if Discovery shows that another individual committed the infringement, Plaintiff will seek to substitute the Defendant for the other party.

**6.      List anticipated interventions.**

None.

**7.      Describe class-action issues.**

None.

**8.      State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.**

The Plaintiff will provide its initial disclosures by May 29, 2020.

**9.      Describe the proposed agreed discovery plan, including:**

**A.      Responses to all the matters raised in Rule 26(f).**

Presently, Plaintiff asserts a standing objection to production of all documents protected by the privilege against disclosure of work product and which contain communications protected from disclosure by the federal rules.  This is particularly applicable to all documents in the possession of Plaintiff's experts and investigators which were hired in anticipation of litigation.  Such categories of documents include, but are not limited to Defendant's request for: (a) PCAPs; (b) .torrent files; (c) computer media files that correlate to each of the .torrent files downloaded and distributed by Defendant; (d) technical reports; (e) MySQL log files; and (f) Additional Evidence of Third-Party downloads.

**B.      When and to whom the plaintiff anticipates it may send interrogatories.**

Plaintiff will send twenty-five (25) interrogatories to Defendant within sixty days after receipt of Defendant's initial disclosures.

**C.   When and to whom the defendant anticipates it may send interrogatories.**

Unknown.

**D.   Of whom and by when the plaintiff anticipates taking oral depositions.**

Plaintiff intends on taking the deposition of Defendant, all individuals with the ability to use BitTorrent who reside in Defendant's home during the period of recorded infringement, all individuals who can support or refute any of Defendant's defenses, and all other individuals listed in Defendant's discovery responses and initial disclosures. These depositions will take place during discovery. The sequence of these depositions has not yet been determined. However, Plaintiff will exercise prudence and not conduct unwarranted discovery. Plaintiff agrees that each party shall be limited to ten (10) depositions.

**E.   Of whom and by when the defendant anticipates taking oral depositions.**

Unknown.

**F.   When the plaintiff (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B), and when the opposing party will be able to designate responsive experts and provide their reports.**

Plaintiff will designate liability experts and provide the reports required by Rule 26(a)(2)(B) by three months prior to the close of discovery. Since Plaintiff is suing for statutory damages, it does not intend on retaining a damages expert.

**G.   List expert depositions the plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).**

Plaintiff intends on deposing all of Defendant's experts before the discovery deadline.

**H.   List expert depositions the opposing party anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).**

Unknown.

**10.     If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.**

The Defendant's stance on the instant discovery plan is unknown.

**11.     Specify the discovery beyond initial disclosures that has been undertaken to date.**

To date, the only discovery which has taken place is Plaintiff's subpoena to Defendant's ISP to obtain Defendant's identity.

**12.     State the date the planned discovery can reasonably be completed.**

The Plaintiff proposes that discovery should be completed by nine months after initial disclosures.

**13.     Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.**

None.

**14.     Describe what each party has done or agreed to do to bring about a prompt resolution.**

Plaintiff is prepared to make a settlement demand.

**15.     From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable.**

Plaintiff is of the position that Mediation or a Settlement Conference before a Magistrate judge is suitable for the instant case.  Mediation is best scheduled at the close of Discovery.

**16.     Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.**

The Plaintiff respectfuly does not agree on a trial before a magistrate judge.

**17.     State whether a jury demand has been made and if it was made on time.**

Plaintiff timely made a jury demand.

**18.     Specify the number of hours it will take to present the evidence in this case.**

4

Plaintiff anticipates that trial may last up to 4 days which equates to 32 hours.

**19.     List pending motions that could be ruled on at the initial pretrial and scheduling conference.**

None.

**20.     List other motions pending.**

None.

**21.     Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.**

a.  **Plaintiff proposes the following claw back provision**: The Plaintiff proposes the following claw back provision: In the event that a document protected by the attorney-client privilege, the attorney work product doctrine or other applicable privilege or protection is unintentionally produced by any party to this proceeding, the producing party may request that the document be returned or destroyed.  In the event that such a request is made, all parties to the litigation and their counsel shall promptly return or destroy all copies of the document in their possession, custody, or control to the producing party and shall not retain or make any copies of the document or any documents derived from such document.  The producing party shall promptly identify the returned or destroyed document on a privilege log.  The unintentional disclosure of a privileged or otherwise protected document shall not constitute a waiver of the privilege or protection with respect to that document or any other documents involving the same or similar subject matter.

b.  **The Plaintiff's position regarding Production of Electronically Stored Information follows**:

   i.   The Plaintiff anticipates that the claims or defenses will involve extensive electronically stored information, and that a substantial amount of disclosure or discovery will involve information or records maintained in electronic form.  The Plaintiff acknowledges that it is required to preserve relevant electronically stored information.  The Plaintiff agrees that the preservation obligations arise independently in law and equity, and do not require the entry of any order preserving documents and things from destruction or alteration.

   ii.  **Plaintiff's Position.** Plaintiff's position is that Defendant must preserve, and must immediately take efforts to prevent the destruction, expiration, deletion, overwriting, concealment, or modification (even if such data would otherwise expire, be deleted or overwritten, concealed, or modified in the normal course of business, including through the termination of user accounts) of Electronically Stored Information ("ESI") reasonably related to this litigation in Defendant's possession, custody, or control.  This includes preservation of all the following:

1) Defendant's laptops, desktops, tablets, mobile phones, external storage devices, portable hard drives, external hard drives, Network Attached Storage, USB (thumb) drives, and any other device which can be used to connect to the internet, download media files, or store electronic data (collectively, "Hard Drives"). Defendant can achieve preservation by retaining an expert to create forensically sound images of Defendant's Hard Drives or not engaging in any of the following activities: (1) deleting any data within any of Defendant's Hard Drives; (2) using data shredding, overwriting, or wiping applications; (3) defragmenting any Hard Drives; (4) re-imaging or replacing drives; (5) compressing a Hard Drive; (6) deleting internet cookies; (7) deleting browser history and favorites; (8) running any "disk clean-up" processes; (9) installing and uninstalling software on any Hard Drive; (10) updating an operating system on any Hard Drive; and/or (11) taking any actions inconsistent with Defendant's preservation obligations for electronically stored information or computer Hard Drives;

2) All contents of any third party cloud storage service such as Amazon Cloud Drive, Apple iCloud, DropBox, Google Drive, MediaFire, Mega, Microsoft SkyDrive, OneDrive, SpiderOak, and Ubuntu One; and

3) Defendant's modem and router used in his home during the period of recorded infringement.

4) All emails, notifications, or correspondence from Defendant's Internet Service Provider ("ISP") to Defendant under the ISP's Copyright Alert System ("CAS").

5) All emails, notifications, or correspondence from Defendant's Internet Service Provider to Defendant regarding a DMCA notice.

iii.  **Plaintiff's position.** In discovery, Plaintiff will be requesting complete forensically sound copies of Defendant's Hard Drives. Plaintiff's position is that the forensically sound images should be created by a computer professional or Plaintiff's expert and produced in EnCase E01 format. It is Plaintiff's position that Defendant is responsible for the cost of duplicating the Hard Drives. Plaintiff agrees to pay the cost of Hard Drive examination. If examination of Defendant's Hard Drives reveals evidence of spoliation, examination may further include the restoration or recovery of deleted files or fragments. Nothing in this plan precludes Plaintiff from an award of costs should it succeed at trial.

**Plaintiff's position**. It is Plaintiff's position that Defendant should not turn on, use, or alter his computer hard drives until after a forensically sound image of each Hard Drive has been created by a computer professional and subsequently verified by Plaintiff's expert. This prohibition should include, but is not limited to, deleting any electronically stored information; utilizing such procedures as de-fragmenting computer hard drives, deleting internet cookies, deleting

browser history and favorites, running any "disk clean-up" processes; and/or taking any actions inconsistent with Defendant's preservation obligations for electronically stored information or computer hard drives.

iv.  **Plaintiff's position.** Plaintiff will be producing: (a) original copies of the Infringed Works as mp4 files, and (b) copies of the copyright registration information for the Infringed Works from https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?DB=local&PAGE=First as .pdf files.

**22.  List the names, bar numbers, addresses, telephone numbers of *all* counsel.**

See signature blocks below.

Dated: April 23, 2020

Respectfully Submitted

By: /s/ Paul S. Beik
PAUL S. BEIK
Texas Bar No. 24054444
S.D. Tex. ID No. 642213
BEIK LAW FIRM, PLLC
8100 Washington Ave., Suite 1000
Houston, TX 77007
T: 713-869-6975
F: 713-868-2262
E-mail: paul@beiklaw.com
**ATTORNEY FOR PLAINTIFF**

Exhibit E:
May 15, 2020 Motion to
Extend Time for Service,
Malibu Media v. Doe,
5:19-cv-00601-DAE
(W.D. Tex.)

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS

MALIBU MEDIA, LLC,                          )
                                            )
      Plaintiff,                         )    Civil Case No. 5:19-cv-00601-DAE
                                            )
v.                                          )
                                            )
JOHN DOE infringer using                    )
IP address 24.206.100.47,                   )
                                            )
      Defendant.                         )
                                            )

## PLAINTIFF'S FOURTH MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE DEFENDANT WITH A SUMMONS AND AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 4(m), Plaintiff, Malibu Media, LLC, moves for entry of an order extending the time within which Plaintiff has to serve Defendant with a Summons and Amended Complaint, and states:

1.      Plaintiff commenced this action against the internet subscriber assigned IP 24.206.100.47 ("Defendant") on June 4, 2019, at which time it filed a complaint alleging that Defendant copied and distributed one or more of Plaintiff's copyrighted works, all without Plaintiff's consent. *See* CM/ECF 1. Plaintiff asserted a claim for direct copyright infringement, and requested that Defendant delete and permanently remove, and be enjoined from continuing to infringe, Plaintiff's copyrighted works. *See id.*

2.      On July 8, 2019, Plaintiff filed its Motion for Leave to Serve a Third-Party Subpoena Prior to a Rule 26(f) Conference [CM/ECF 5] and on August 16, 2019, Plaintiff was granted leave to serve a third-party subpoena on Defendant's ISP, Earthlink, LLC., to obtain the Defendant's identifying information [CM/ECF 7]. Plaintiff issued the subpoena on August 21, 2019 and received the ISP's response on or about December 11, 2019.

1

3.      Upon receipt of the subscriber's identifying information, Plaintiff conducted a thorough investigation and determined that a good faith basis exists to name the subscriber as the defendant infringer.

4.      Pursuant to the Court's Order [CM/ECF7], Plaintiff was barred from disclosing Defendant's name in any filing.  As such, Plaintiff filed the Amended Complaint and Proposed Summons Under Seal [CM/ECF 10] and requested that the Clerk issue a summons as to the Defendant. At this time, Plaintiff is currently awaiting the issuance of summons. As a result, Plaintiff cannot yet serve Defendant.

5.      Pursuant to this Court's Order on Plaintiff's Third Motion for Extension of Time Within Which It Has to Effectuate Service on John Doe Defendant [CM/ECF 14], Plaintiff was required to effectuate service on the Defendant no later than May 15, 2020.

6.      Procedurally, Plaintiff respectfully requests that the time within which it has to effectuate service of the summons and Complaint on Defendant be extended until at least forty-five (45) days, or until June 29, 2020. The additional time will permit Plaintiff to await the issuance of the summons and effectuate service.

7.      Plaintiff files this Motion to in good faith to enable to proceed with its lawsuit while maintaining compliance with all applicable rules.

8.      This motion is not filed for any improper purposes, such as to delay, and Plaintiff's requested extension will neither prejudice the Court nor the parties.

WHEREFORE, Plaintiff respectfully requests that the time within which it must serve the Defendant with a summons and Amended Complaint be extended until June 29, 2020. A proposed order is attached for the Court's convenience.

Dated: May 15, 2020

Respectfully submitted,

By: /s/ Paul S. Beik
Paul S. Beik
Texas Bar No. 24054444
BEIK LAW FIRM, PLLC
8100 Washington Ave., Suite 1000
Houston, TX 77007
T: 713-869-6975
F: 713-868-2262
E-mail: paul@beiklaw.com
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that, on May 15, 2020 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ Paul S. Beik
PAUL S. BEIK

# Exhibit F:
# Docket for Malibu Media v. Reyes, 2:20-cv-00153 (S.D. Tex.)

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Corpus Christi)
## CIVIL DOCKET FOR CASE #: 2:20-cv-00153

Malibu Media, LLC v. Doe
Assigned to: Judge Nelva Gonzales Ramos
Related Case: 4:18-cv-04396
Cause: 17:101 Copyright Infringement

Date Filed: 11/19/2018
Date Terminated: 08/03/2020
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**Malibu Media, LLC**      represented by   **Paul Stephen Beik**
Beik Law Firm PLLC
8100 Washington Ave
Ste 1000
Houston, TX 77007
713-869-6975
Email: paul@beiklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**John Doe**
*subscriber assigned IP address*
*70.113.172.251*

**Defendant**

**JESUS REYES**      represented by   **JESUS REYES**
104 Woods
Laredo, TX 78041
956-337-6193
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 11/19/2018 | 1 | COMPLAINT against JOHN DOE (Filing fee $ 400 receipt number 0541-21308293) filed by Malibu Media, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Civil Cover Sheet)(Beik, Paul) (Entered: 11/19/2018) |
| 11/19/2018 | 2 | CERTIFICATE OF INTERESTED PARTIES by Malibu Media, LLC, filed.(Beik, Paul) (Entered: 11/19/2018) |
| 11/19/2018 | 3 | CORPORATE DISCLOSURE STATEMENT by Malibu Media, LLC, filed.(Beik, Paul) (Entered: 11/19/2018) |
| 11/20/2018 | 4 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 4/8/2019 at 01:00 PM in Courtroom 9F before Judge |

| | | |
|---|---|---|
| | | Nancy F Atlas. (Signed by Judge Nancy F Atlas) Parties notified.(SarahShelbyadi, 4) (Entered: 11/20/2018) |
| 11/20/2018 | 5 | Register of Copyrights, AO-121, Notified. (SarahShelbyadi, 4) (Entered: 11/20/2018) |
| 12/04/2018 | 6 | MOTION for Discovery by Malibu Media, LLC, filed. Motion Docket Date 12/26/2018. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Appendix, # 5 Proposed Order)(Beik, Paul) (Entered: 12/04/2018) |
| 12/04/2018 | 7 | NOTICE *OF RELATED CASES* by Malibu Media, LLC, filed. (Beik, Paul) (Entered: 12/04/2018) |
| 12/05/2018 | 8 | ORDER granting 6 FOR LEAVE TO SERVETHIRD PARTY SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE.(Signed by Judge Nancy F Atlas) Parties notified. (sashabranner, 4) (Entered: 12/05/2018) |
| 02/15/2019 | 9 | MOTION for Extension of Time to Serve Defendant with the Summons and Complaint by Malibu Media, LLC, filed. Motion Docket Date 3/8/2019. (Attachments: # 1 Proposed Order)(Beik, Paul) (Entered: 02/15/2019) |
| 02/19/2019 | 10 | ORDER granting 9 Motion for Extension of Time.Plaintiff shall have until April 4, 2018, to effectuate service of summons and Amended Complaint upon John Doe Defendant. (Signed by Judge Nancy F Atlas) Parties notified.(sashabranner, 4) (Entered: 02/19/2019) |
| 02/20/2019 | 11 | ORDER Joint Discovery/Case Management Plan due by 5/10/2019. Initial Conference set for 5/15/2019 at 01:00 PM in Courtroom 9F before Judge Nancy F Atlas(Signed by Judge Nancy F Atlas) Parties notified.(sashabranner, 4) (Entered: 02/20/2019) |
| 03/25/2019 | 12 | AMENDED COMPLAINT with Jury Demand against JESUS REYES filed by Malibu Media, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Beik, Paul) (Entered: 03/25/2019) |
| 03/25/2019 | 13 | Request for Issuance of Summons as to JESUS REYES, filed.(Beik, Paul) (Entered: 03/25/2019) |
| 03/26/2019 | 14 | Summons Issued as to JESUS REYES. Issued summons delivered to plaintiff by NEF, filed.(hlerma, 4) (Entered: 03/26/2019) |
| 04/03/2019 | 15 | MOTION for Extension of Time to Serve Defendant with the Summons and Complaint by Malibu Media, LLC, filed. Motion Docket Date 4/24/2019. (Attachments: # 1 Proposed Order)(Beik, Paul) (Entered: 04/03/2019) |
| 04/03/2019 | 16 | ORDER granting 15 Motion for Extension of Time.Plaintiff shall have untilMay 14, 2019, to effectuate service of a summons and Amended Complaint upon Defendant.(Signed by Judge Nancy F Atlas) Parties notified.(sashabranner, 4) (Entered: 04/03/2019) |
| 05/10/2019 | 17 | MOTION for Continuance of Initial Pretrial Conference by Malibu Media, LLC, filed. Motion Docket Date 5/31/2019. (Attachments: # 1 Proposed Order)(Beik, Paul) (Entered: 05/10/2019) |
| 05/10/2019 | 18 | NOTICE of Resetting. Parties notified. Initial Conference set for 5/15/2019 at 01:30 PM (TIME CHANGE ONLY) in Courtroom 9F before Judge Nancy F Atlas, filed. (sashabranner, 4) (Entered: 05/10/2019) |
| 05/10/2019 | 19 | ORDER granting 17 Motion for Continuance Initial Conference set for 7/15/2019 at 02:30 PM in Courtroom 9F before Judge Nancy F Atlas.(Signed by Judge Nancy F Atlas) Parties notified.(sashabranner, 4) (Main Document 19 replaced on 5/10/2019) (sashabranner, 4). (Entered: 05/10/2019) |
| 05/13/2019 | 20 | MOTION for Extension of Time to Serve Defendant with Summons and Complaint by |

| | | Malibu Media, LLC, filed. Motion Docket Date 6/3/2019. (Attachments: # 1 Proposed Order)(Beik, Paul) (Entered: 05/13/2019) |
|---|---|---|
| 05/14/2019 | 21 | ORDER granting 20 Plaintiff's Third Motion for Extension of Time within Which it Has to Effectuate Service on Defendant. Plaintiff shall have until June 7, 2019, to effectuate service of a summons and Amended Complaint upon Defendant. (Signed by Judge Nancy F Atlas) Parties notified.(rguerrero, 4) (Entered: 05/14/2019) |
| 06/03/2019 | 22 | RETURN of Service of SUMMONS Executed as to JESUS REYES served on 5/17/2019, answer due 6/7/2019, filed.(Beik, Paul) (Entered: 06/03/2019) |
| 06/07/2019 | 23 | DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINTAND/OR MOTION TO TRANSFER VENUE UNDER 28 U.S.C. § 1406 by JESUS REYES, filed. Motion Docket Date 6/28/2019. (bmendoza, 5) (Entered: 06/07/2019) |
| 06/07/2019 | 24 | MEMORANDUM Memorandum in Support of Motion to Dismiss or Transfer Venue Under Rule 12(b) re: 23 MOTION to Dismiss by JESUS REYES, filed.(bmendoza, 5) (Entered: 06/07/2019) |
| 06/27/2019 | 25 | RESPONSE in Opposition to 23 MOTION to Dismiss, filed by Malibu Media, LLC. (Attachments: # 1 Proposed Order)(Beik, Paul) (Entered: 06/27/2019) |
| 06/28/2019 | 26 | ORDER TO TRANSFER CASE (Signed by Judge Nancy F Atlas) Parties notified. (sashabranner, 4) (Entered: 06/28/2019) |
| 06/28/2019 | | Intradistrict Transfer to Corpus, filed. (sashabranner, 4) (Entered: 06/28/2019) |
| 07/02/2019 | 27 | MOTION for Continuance of Initial Pretrial Conference by Malibu Media, LLC, filed. Motion Docket Date 7/23/2019. (Attachments: # 1 Proposed Order)(Beik, Paul) (Entered: 07/02/2019) |
| 07/08/2019 | 28 | ORDER denying as moot 27 Second Motion for Continuance. This case was transferred to the Corpus Christi Division and will be set for hearing by the transferee court.(Signed by Judge Nancy F Atlas) Parties notified.(sashabranner, 4) (Entered: 07/08/2019) |
| 07/09/2019 | 29 | ORDER DENIED AS MOOT This case wastransferred to the Corpus Christi Division of the Southern District of Texas on June28, 2019. See Transfer Order [Doc. # 26]. This transfer terminated the case beforethe Court, along with the scheduled Initial Pretrial Conference before this Court.Once transfer is completed, the transferee court will set a date and time for theparties Initial Pretrial Conference.(Signed by Judge Nancy F Atlas) Parties notified.(sashabranner, 4) (Entered: 07/09/2019) |
| 06/05/2020 | | Case transferred in from Houston Division on 06/28/2019 ; Case Number 4:18-cv-4396. Case assigned to Judge Nelva Gonzales Ramos and Magistrate Judge Jason B Libby. filed by Malibu Media, LLC.(JenniferOlson, 4) (Entered: 06/05/2020) |
| 06/08/2020 | 30 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 7/9/2020 at 09:00 AM before Judge Nelva Gonzales Ramos(Signed by Judge Nelva Gonzales Ramos) Parties notified.(bcortez, 2) (Entered: 06/08/2020) |
| 06/09/2020 | 31 | CERTIFICATE OF INTERESTED PARTIES by Malibu Media, LLC, filed.(Beik, Paul) (Entered: 06/09/2020) |
| 07/02/2020 | 32 | STATUS REPORT by Malibu Media, LLC, filed.(Beik, Paul) (Entered: 07/02/2020) |
| 07/03/2020 | 33 | AFFIDAVIT of Colette Pelissier re: 30 Order for Initial Conference and Disclosure, filed. (Beik, Paul) (Entered: 07/03/2020) |

| 07/09/2020 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. INITIAL PRETRIAL CONFERENCE held on 7/9/2020. Parties announce they have reached a settlement. Closing documents to be filed within 30 days. Appearances:Jesus Reyes, Pro Se. Paul Stephen Beik.(Digital # 9:06-9:10)(ERO:G. Rogan), filed.(bcortez, 2) (Entered: 07/09/2020) |
| 07/31/2020 | [34](#) | STIPULATION of Dismissal *with Prejudice* by Malibu Media, LLC, filed. (Attachments: # [1](#) Proposed Order)(Beik, Paul) (Entered: 07/31/2020) |
| 07/31/2020 | [35](#) | FINAL JUDGMENT (Signed by Judge Nelva Gonzales Ramos) Parties notified.(fcarbia, 2) (Entered: 07/31/2020) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 09/25/2020 12:55:02 | | | |
| **PACER Login:** | jtmorr3405:4914451:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:20-cv-00153 |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |

# Exhibit G:
# Docket for Malibu Media
# v. Johnston, 4:19-
# cv-01720 (S.D. Tex.)

UA

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CIVIL DOCKET FOR CASE #: 4:19-cv-01720

Malibu Media, LLC v. Johnston
Assigned to: Judge Lynn N Hughes
Cause: 17:101 Copyright Infringement

Date Filed: 05/09/2019
Jury Demand: Both
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**Malibu Media, LLC**                    represented by   **Paul Stephen Beik**
                                                          Beik Law Firm PLLC
                                                          8100 Washington Ave
                                                          Ste 1000
                                                          Houston, TX 77007
                                                          713-869-6975
                                                          Email: paul@beiklaw.com
                                                          *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**John Johnston**                         represented by   **Delphine M James**
                                                          Attorney at Law
                                                          2616 South Loop West
                                                          Ste 415
                                                          Houston, TX 77054
                                                          713-661-4144
                                                          Fax: 713-661-4145
                                                          Email: dmjamesjd@aol.com
                                                          *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**John Johnston**                         represented by   **Delphine M James**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Malibu Media, LLC**                     represented by   **Paul Stephen Beik**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**John Johnston**                         represented by   **Delphine M James**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

## V.

### Counter Defendant

**Malibu Media, LLC**        represented by   **Paul Stephen Beik**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/09/2019 | 1 | COMPLAINT against JOHN DOE (Filing fee $ 400 receipt number 0541-22400055) filed by Malibu Media, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Civil Cover Sheet)(Beik, Paul) (Entered: 05/09/2019) |
| 05/09/2019 | 2 | CERTIFICATE OF INTERESTED PARTIES by Malibu Media, LLC, filed.(Beik, Paul) (Entered: 05/09/2019) |
| 05/09/2019 | 3 | CORPORATE DISCLOSURE STATEMENT by Malibu Media, LLC, filed.(Beik, Paul) (Entered: 05/09/2019) |
| 05/10/2019 | 4 | ORDER FOR CONFERENCE. Initial Conference set for 8/5/2019 at 10:30 AM in Room 11122 before Judge Lynn N Hughes (Signed by Judge Lynn N Hughes) Parties notified. (hcarradi, 4) (Entered: 05/10/2019) |
| 05/10/2019 | 5 | Register of Copyrights, AO-121, Notified. (hcarradi, 4) (Entered: 05/10/2019) |
| 05/20/2019 | 6 | MOTION for Discovery by Malibu Media, LLC, filed. Motion Docket Date 6/10/2019. (Attachments: # 1 Memorandum of Law, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Proposed Order)(Beik, Paul) (Entered: 05/20/2019) |
| 05/20/2019 | 7 | NOTICE *of Related Cases* by Malibu Media, LLC, filed. (Beik, Paul) (Entered: 05/20/2019) |
| 05/21/2019 | 8 | ORDER on Subscriber-Identity Subpoena. By 6/24/2019, Malibu Media may subpoena Suddenlink Communications for the identity of the subscriber 6 . (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 05/21/2019) |
| 07/02/2019 | 9 | MOTION for Extension of Time to Serve Defendant with Summons and Complaint by Malibu Media, LLC, filed. Motion Docket Date 7/23/2019. (Attachments: # 1 Proposed Order)(Beik, Paul) (Entered: 07/02/2019) |
| 07/09/2019 | 10 | ORDER on Service granting 9 . By 8/22/2019, Malibu Media must serve Subscriber 01454. (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 07/09/2019) |
| 07/09/2019 | 11 | Order: Initial Conference set for 9/9/2019 at 03:30 PM in Room 11122 before Judge Lynn N Hughes. (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 07/09/2019) |
| 08/13/2019 | 12 | AMENDED COMPLAINT with Jury Demand against Subscriber 01454 filed by Malibu Media, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Beik, Paul) (Entered: 08/13/2019) |
| 08/13/2019 | 13 | Request for Issuance of Summons as to Subscriber 01454, filed.(Beik, Paul) (Entered: 08/13/2019) |
| 08/14/2019 | 14 | Summons Issued as to John Johnston. Issued summons delivered to plaintiff by NEF, filed. (sanderson, 4) (Entered: 08/14/2019) |

| 08/21/2019 | [15](#) | MOTION for Extension of Time to Serve Defendant with Summons and Complaint by Malibu Media, LLC, filed. Motion Docket Date 9/11/2019. (Attachments: # [1](#) Proposed Order)(Beik, Paul) (Entered: 08/21/2019) |
| 08/23/2019 | [16](#) | ORDER on Service terminating [15](#) . By 9/11/2019, Malibu Media must serve Subscriber 01454. (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 08/23/2019) |
| 08/23/2019 | [17](#) | Order Resetting Conference. Initial Conference reset for 10/29/2019 at 11:00 AM in Room 11122 before Judge Lynn N Hughes. (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 08/23/2019) |
| 09/11/2019 | [18](#) | MOTION for Extension of Time to Serve Defendant with Summons and Complaint by Malibu Media, LLC, filed. Motion Docket Date 10/2/2019. (Attachments: # [1](#) Proposed Order)(Beik, Paul) (Entered: 09/11/2019) |
| 09/16/2019 | [19](#) | ORDER on Service granting [18](#) . By 11/11/2019, Malibu Media must serve Subscriber 01454. (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 09/17/2019) |
| 09/17/2019 | [20](#) | Order Resetting Conference. Initial Conference reset for 12/2/2019 at 04:00 PM in Room 11122 before Judge Lynn N Hughes. (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 09/17/2019) |
| 09/18/2019 | [21](#) | RETURN of Service of SUMMONS Executed as to John Johnston served on 9/12/2019, answer due 10/3/2019, filed.(Beik, Paul) (Entered: 09/18/2019) |
| 10/01/2019 | [22](#) | MOTION for Extension of Time time to file answer by John Johnston, filed. Motion Docket Date 10/22/2019. (Attachments: # [1](#) Proposed Order)(James, Delphine) (Entered: 10/01/2019) |
| 10/01/2019 | [23](#) | NOTICE of Appearance by Delphine James on behalf of John Johnston, filed. (James, Delphine) (Entered: 10/01/2019) |
| 10/02/2019 | [24](#) | Extension ORDER. By 11/2/2019, John Johnston must answer [22](#) . (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 10/02/2019) |
| 11/04/2019 | [25](#) | Unopposed MOTION to Transfer Case to Victoria Division by John Johnston, filed. Motion Docket Date 11/25/2019. (James, Delphine) (Entered: 11/04/2019) |
| 11/04/2019 | [26](#) | ANSWER to [12](#) Amended Complaint/Counterclaim/Crossclaim etc. with jury demand, COUNTERCLAIM against Malibu Media, LLC by John Johnston, filed. (Attachments: # [1](#) Exhibit Case Law)(James, Delphine) (Entered: 11/04/2019) |
| 11/08/2019 | [27](#) | ORDER Denying Transfer. The motion to transfer venue to Victoria, Texas, is denied [25](#) . (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 11/08/2019) |
| 11/21/2019 | [28](#) | MOTION to Strike *Defendant's Affirmative Defenses* by Malibu Media, LLC, filed. Motion Docket Date 12/12/2019. (Attachments: # [1](#) Proposed Order)(Beik, Paul) (Entered: 11/21/2019) |
| 11/21/2019 | [29](#) | MOTION to Dismiss *Defendant's Counterclaim* by Malibu Media, LLC, filed. Motion Docket Date 12/12/2019. (Attachments: # [1](#) Proposed Order)(Beik, Paul) (Entered: 11/21/2019) |
| 12/02/2019 | [30](#) | CERTIFICATE OF INTERESTED PARTIES by John Johnston, filed.(James, Delphine) (Entered: 12/02/2019) |
| 12/02/2019 | [31](#) | Minute Entry for INITIAL CONFERENCE held before Judge Lynn N Hughes on 12/2/2019. Order to be entered. Appearances: Paul Beik, Delphine James. (Court Reporter: |

| | | K. Miller) (ghassan, 4) (Entered: 12/03/2019) |
|---|---|---|
| 12/03/2019 | 32 | Management ORDER. By 12/10/2019, Johnston may respond to the motion to strike and motion to dismiss Johnston's counterclaim. By 12/6/2019, Malibu Media may ask Johnston written questions tailored to the facts of this case. By 12/20/2019, Johnston must respond to the interrogatories. By 12/6/2019, Johnston must give Malibu Media the information ordered. By 1/10/2020, the parties must jointly report the status of this case and the next steps to advance this litigation. Internal review set for 1/13/2020. (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 12/03/2019) |
| 12/10/2019 | 33 | RESPONSE in Opposition to 28 MOTION to Strike *Defendant's Affirmative Defenses*, filed by John Johnston. (James, Delphine) (Entered: 12/10/2019) |
| 12/10/2019 | 34 | RESPONSE in Opposition to 29 MOTION to Dismiss *Defendant's Counterclaim*, filed by John Johnston. (Attachments: # 1 Exhibit Case NY)(James, Delphine) (Entered: 12/10/2019) |
| 12/10/2019 | 35 | First AMENDED ANSWER to 12 Amended Complaint/Counterclaim/Crossclaim etc. with Jury Demand, Amended COUNTERCLAIM against All Plaintiffs by John Johnston, filed. (James, Delphine) (Entered: 12/10/2019) |
| 12/23/2019 | 36 | MOTION to Dismiss *Defendant's Counterclaim Alleged in Plaintiff's First Amended Answer* by Malibu Media, LLC, filed. Motion Docket Date 1/13/2020. (Attachments: # 1 Proposed Order)(Beik, Paul) (Entered: 12/23/2019) |
| 12/23/2019 | 37 | MOTION to Strike *Defendant's Affirmative Defenses Alleged in Plaintiff's Amended Answer* by Malibu Media, LLC, filed. Motion Docket Date 1/13/2020. (Attachments: # 1 Proposed Order)(Beik, Paul) (Entered: 12/23/2019) |
| 12/26/2019 | 38 | PARTIAL DISMISSAL. Johnston's abuse of process counterclaim against Malibu Media, LLC, is dismissed with prejudice 36 . (Signed by Judge Lynn N Hughes) Parties notified. (LoriPurifoy, 4) (Entered: 12/26/2019) |
| 12/30/2019 | 39 | ORDER Striking Affirmative Defenses. Johnston's affirmative defenses are struck 37 . (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 12/30/2019) |
| 01/10/2020 | 40 | STATUS REPORT by Malibu Media, LLC, filed.(Beik, Paul) (Entered: 01/10/2020) |
| 01/21/2020 | 41 | Scheduling ORDER. By 3/6/2020, Malibu Media may move for a judgment. By 4/3/2020, Johnston may respond. Internal review set for 4/6/2020. (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 01/21/2020) |
| 01/24/2020 | 42 | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit re: 39 Order on Motion to Strike, Order on Motion to Dismiss, 38 Order of Dismissal by John Johnston (Filing fee $ 505, receipt number 0541-24030799), filed. (James, Delphine) (Entered: 01/24/2020) |
| 01/27/2020 | 43 | Clerks Notice of Filing of an Appeal. The following Notice of Appeal and related motions are pending in the District Court: 42 Notice of Appeal,. Fee status: Paid. Reporter(s): K. Miller, filed. (Attachments: # 1 NOA) (scastillo, 1) (Entered: 01/27/2020) |
| 01/27/2020 | | Appeal Review Notes re: 42 Notice of Appeal. Fee status: Paid. The appeal filing fee has been paid. Hearings were held in the case. DKT13 transcript order form(s) due within 14 days of the filing of the notice of appeal. Number of DKT-13 Forms expected: 1, filed. (scastillo, 1) (Entered: 01/27/2020) |
| 02/06/2020 | 44 | DKT13 TRANSCRIPT ORDER REQUEST by johnston/delphine james. Transcript is unnecessary for appeal purposes This order form relates to the following: 42 Notice of Appeal,, filed.(James, Delphine) (Entered: 02/06/2020) |

| 02/14/2020 | [45](#) | DKT13 TRANSCRIPT ORDER REQUEST by Paul S. Beik. This is to order a transcript of Initial Conference on 12/2/2019 before Judge Hughes. Court Reporter/Transcriber: Kathleen Miller. This order form relates to the following: [31](#) Pretrial Conference, filed. (Beik, Paul) (Entered: 02/14/2020) |
| 02/14/2020 | [46](#) | DKT13 TRANSCRIPT ORDER REQUEST by Paul S. Beik. This is to order a transcript of Initial Conference on 12/2/2019 before Judge Hughes. Court Reporter/Transcriber: Kathleen Miller. This order form relates to the following: [31](#) Pretrial Conference, filed. (Beik, Paul) (Entered: 02/14/2020) |
| 03/03/2020 | [47](#) | Order of USCA Per Curiam re: [42](#) Notice of Appeal, ; USCA No. 20-20033. The appeal is dismissed for want of jurisdiction, filed.(dbenavides, 1) (Entered: 03/03/2020) |
| 03/19/2020 | [48](#) | TRANSCRIPT re: Hearing held on December 2, 2019 before Judge Lynn N Hughes. Court Reporter/Transcriber Kathleen Miller. Ordering Party Paul Beik Release of Transcript Restriction set for 6/17/2020., filed. (kmiller, ) (Entered: 03/19/2020) |
| 03/20/2020 | [49](#) | Notice of Filing of Official Transcript as to [48](#) Transcript. Party notified, filed. (ShoshanaArnow, 4) (Entered: 03/20/2020) |
| 04/06/2020 | [50](#) | Order: Hearing set for 7/22/2020 at 10:30 AM at Courtroom 11C before Judge Lynn N Hughes. (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 04/06/2020) |
| 07/21/2020 | [51](#) | MOTION for Continuance of Discovery by John Johnston, filed. Motion Docket Date 8/11/2020. (James, Delphine) (Entered: 07/21/2020) |
| 07/21/2020 | [52](#) | MOTION for Reconsideration of [41](#) Order by John Johnston, filed. Motion Docket Date 8/11/2020. (James, Delphine) (Entered: 07/21/2020) |
| 07/22/2020 | [53](#) | Minute Entry for HEARING held before Judge Lynn N Hughes on 7/22/2020. The motion for continuance was taken under advisement. Internal review set for 8/3/2020. Appearances: Paul Beik, Delphine James. (Court Reporter: H. Alcaraz) (ghassan, 4) (Entered: 07/23/2020) |
| 08/11/2020 | [54](#) | RESPONSE in Opposition to [51](#) MOTION for Continuance of Discovery, filed by Malibu Media, LLC. (Beik, Paul) (Entered: 08/11/2020) |
| 08/11/2020 | [55](#) | RESPONSE in Opposition to [52](#) MOTION for Reconsideration of [41](#) Order, filed by Malibu Media, LLC. (Beik, Paul) (Entered: 08/11/2020) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 09/25/2020 13:21:47 | | |
| **PACER Login:** | jtmorr3405:4914451:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:19-cv-01720 |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |

Exhibit H:
Docket for Malibu Media
v. Doe, 1:19-cv-04631
(N.D. Ill.)

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 6.3.3 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:19-cv-04631

Malibu Media, LLC v. Doe, subscriber assigned IP address 205.178.79.57
Assigned to: Honorable Charles P. Kocoras
Demand: $150,000
Cause: 17:101 Copyright Infringement

Date Filed: 07/10/2019
Date Terminated: 09/24/2020
Jury Demand: Both
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**Malibu Media, LLC**

represented by **Joel Alexander Bernier**
Boroja Bernier & Associates, Pllc
49139 Schoenherr
Shelby Township, MI 48315
(586) 991-7611
Email: bbclawgroup@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary K. Schulz**
Media Litigation Firm, P.C.
1144 E. State Street
Suite A260
Geneva, IL 60134
312-213-7196
Email: medialitigationfirm@gmail.com
*TERMINATED: 02/27/2020*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**John Doe, subscriber assigned IP address 205.178.79.57**

**Defendant**

**John Doe**

represented by **Erin Kathryn Russell**
The Russell Firm, LLC
833 W. Chicago Avenue
Suite 508
Chicago, IL 60642
312-994-2424
Email: erin@russellfirmip.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |

| 07/10/2019 | 1 | COMPLAINT filed by Malibu Media, LLC; Jury Demand. Filing fee $ 400, receipt number 0752-16012804. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Civil Cover Sheet)(Schulz, Mary) (Entered: 07/10/2019) |
|---|---|---|
| 07/10/2019 | 2 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Malibu Media, LLC (Schulz, Mary) (Entered: 07/10/2019) |
| 07/10/2019 | 3 | ATTORNEY Appearance for Plaintiff Malibu Media, LLC by Mary K. Schulz (Schulz, Mary) (Entered: 07/10/2019) |
| 07/10/2019 | | CASE ASSIGNED to the Honorable Charles P. Kocoras. Designated as Magistrate Judge the Honorable Sunil R. Harjani. Case assignment: Random assignment. (yt) (Entered: 07/10/2019) |
| 07/11/2019 | 4 | MAILED Copyright report to Registrar, Washington DC. (Attachments: # 1 Exhibit)(gcy, ) (Entered: 07/11/2019) |
| 07/15/2019 | 5 | MOTION by Plaintiff Malibu Media, LLCfor early discovery (Attachments: # 1 Text of Proposed Order)(Schulz, Mary) (Entered: 07/15/2019) |
| 07/15/2019 | 6 | MEMORANDUM by Malibu Media, LLC in support of motion for miscellaneous relief 5 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Schulz, Mary) (Entered: 07/15/2019) |
| 07/15/2019 | 7 | NOTICE of Motion by Mary K. Schulz for presentment of motion for miscellaneous relief 5 before Honorable Charles P. Kocoras on 7/30/2019 at 09:30 AM. (Schulz, Mary) (Entered: 07/15/2019) |
| 07/30/2019 | 8 | MINUTE entry before the Honorable Charles P. Kocoras: Motion hearing held. Motion for leave to serve a third party subpoena prior to a rule 26(f) conference 5 is granted. Mailed notice (vcf, ) (Entered: 07/30/2019) |
| 08/15/2019 | 9 | MINUTE entry before the Honorable Charles P. Kocoras: Status hearing set for 9/26/2019 at 9:30 AM. Mailed notice (vcf, ) (Entered: 08/15/2019) |
| 09/26/2019 | 10 | MINUTE entry before the Honorable Charles P. Kocoras: By request, status hearing set for 9/26/2019 is reset to 10/3/2019 at 9:30 AM. Mailed notice (vcf, ) (Entered: 09/26/2019) |
| 10/03/2019 | 11 | MINUTE entry before the Honorable Charles P. Kocoras: Status hearing held and continued to 10/29/2019 at 9:30 a.m. Mailed notice (vcf, ) (Entered: 10/03/2019) |
| 10/29/2019 | 12 | MINUTE entry before the Honorable Charles P. Kocoras: Status hearing held and continued to 11/26/2019 at 9:30 a.m. Mailed notice (vcf, ) (Entered: 10/29/2019) |
| 11/06/2019 | 13 | Notice of Lien by The Lomnitzer Law Firm, P.A. (Schneider, Jerold) (Entered: 11/06/2019) |
| 11/08/2019 | 14 | AMENDED complaint by Malibu Media, LLC against Max Tetrault (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Schulz, Mary) (Entered: 11/08/2019) |
| 11/08/2019 | | SUMMONS Issued as to Defendant Max Tetrault (jn, ) (Entered: 11/08/2019) |
| 11/12/2019 | 15 | ATTORNEY Appearance for Unknown The Lomnitzer Law Firm, P.A. by Jerold Schneider (Schneider, Jerold) (Entered: 11/12/2019) |
| 11/13/2019 | 16 | ATTORNEY Appearance for Unknown The Lomnitzer Law Firm, P.A. by Jerold Schneider (Schneider, Jerold) (Entered: 11/13/2019) |
| 11/14/2019 | 17 | ATTORNEY Appearance for Unknown The Lomnitzer Law Firm, P.A. by Jerold Schneider *(Corrected)* (Schneider, Jerold) (Entered: 11/14/2019) |

| 11/24/2019 | 18 | SUMMONS Returned Executed by Malibu Media, LLC as to Max Tetrault on 11/17/2019, answer due 12/9/2019. (Schulz, Mary) (Entered: 11/24/2019) |
|---|---|---|
| 11/26/2019 | 19 | MINUTE entry before the Honorable Charles P. Kocoras: Status hearing held and continued to 1/14/2020 at 9:30 a.m. Mailed notice (vcf, ) (Entered: 11/26/2019) |
| 01/09/2020 | 20 | SUMMONS Returned Executed by Malibu Media, LLC (Schulz, Mary) (Entered: 01/09/2020) |
| 01/13/2020 | 21 | ANSWER to amended complaint by Max Tetrault(Russell, Erin) (Entered: 01/13/2020) |
| 01/14/2020 | 22 | MINUTE entry before the Honorable Charles P. Kocoras: Status hearing held and continued to 1/28/2020 at 9:30 a.m. Mailed notice (vcf, ) (Entered: 01/14/2020) |
| 01/20/2020 | 23 | MOTION by Attorney Mary K. Schulz to withdraw as attorney for Malibu Media, LLC. New address information: Malibu Media, LLC, 30700 Russell Ranch Road, Suite 250, Westlake Village, CA 91362 (Attachments: # 1 Supplement)(Schulz, Mary) (Entered: 01/20/2020) |
| 01/20/2020 | 24 | NOTICE of Motion by Mary K. Schulz for presentment of motion to withdraw as attorney 23 before Honorable Charles P. Kocoras on 1/28/2020 at 09:30 AM. (Schulz, Mary) (Entered: 01/20/2020) |
| 01/24/2020 | 25 | MINUTE entry before the Honorable Charles P. Kocoras: On Court's own motion, motion and status hearing set for 1/28/2020 are reset to 2/27/2020 at 9:30 AM. Mailed notice (vcf, ) (Entered: 01/24/2020) |
| 02/06/2020 | 26 | ATTORNEY Appearance for Plaintiff Malibu Media, LLC by Joel Alexander Bernier (Bernier, Joel) (Entered: 02/06/2020) |
| 02/14/2020 | 27 | MOTION by Plaintiff Malibu Media, LLC for extension of time *to File Motion to Strike Defendant's Affirmative Defenses* (Attachments: # 1 Text of Proposed Order)(Bernier, Joel) (Entered: 02/14/2020) |
| 02/14/2020 | 28 | NOTICE of Motion by Joel Alexander Bernier for presentment of extension of time 27 before Honorable Charles P. Kocoras on 3/5/2020 at 09:30 AM. (Bernier, Joel) (Entered: 02/14/2020) |
| 02/26/2020 | 29 | MOTION by Plaintiff Malibu Media, LLC to continue *the Status Hearing* (Attachments: # 1 Text of Proposed Order)(Bernier, Joel) (Entered: 02/26/2020) |
| 02/26/2020 | 30 | NOTICE of Motion by Joel Alexander Bernier for presentment of motion to continue 29 before Honorable Charles P. Kocoras on 3/12/2020 at 09:00 AM. (Bernier, Joel) (Entered: 02/26/2020) |
| 02/27/2020 | 31 | MINUTE entry before the Honorable Charles P. Kocoras: Motion and status hearing held. Plaintiff's attorney's motion to withdraw 23 is granted. Plaintiff's motion for extension of time to file motion to strike Defendant's affirmative defenses by 3/19/2020 27 is granted. Motion hearings set for 3/5/2020 and 3/12/2020 are stricken. Plaintiff's unopposed motion to continue the status hearing 29 is granted. Status hearing is set for 3/19/2020 at 9:30 a.m. Motion hearing set for 3/12/2020 is stricken. Mailed notice (vcf, ) (Entered: 02/27/2020) |
| 03/16/2020 | 32 | MINUTE entry before the Honorable Charles P. Kocoras: Based upon Amended General Order 20-0012, status hearing previously set for 3/19/2020 is reset to 4/30/2020 at 9:30 AM. Mailed notice (vcf, ) (Entered: 03/16/2020) |
| 03/16/2020 | 33 | ORDER Amended General Order 20-0012 IN RE: CORONAVIRUS COVID-19 PUBLIC EMERGENCY Signed by the Chief Judge Rebecca R. Pallmeyer on March 16, 2020. All open cases are impacted by this Amended General Order. See attached Order for |

| | | guidance.Signed by the Honorable Rebecca R. Pallmeyer on 3/16/2020: Mailed notice. (td, ) (Entered: 03/18/2020) |
|---|---|---|
| 03/30/2020 | [34](#) | ORDER Seconded Amended General Order 20-0012 IN RE: CORONAVIRUS COVID-19 PUBLIC EMERGENCY Signed by the Chief Judge Rebecca R. Pallmeyer on March 30, 2020. All open cases are impacted by this Second Amended General Order. Amended General Order 20-0012, entered on March 17, 2020, and General Order 20-0014, entered on March 20, 2020, are vacated and superseded by this Second Amended General. See attached Order for guidance.Signed by the Honorable Rebecca R. Pallmeyer on 3/30/2020: Mailed notice. (docket1, ) (Entered: 03/31/2020) |
| 04/24/2020 | [35](#) | MINUTE entry before the Honorable Charles P. Kocoras: Based upon Second Amended General Order 20-0012, status hearing previously set for 4/30/2020 is stricken. New date to follow. Mailed notice (vcf, ) (Entered: 04/24/2020) |
| 04/24/2020 | [36](#) | ORDER Third Amended General Order 20-0012 IN RE: CORONAVIRUS COVID-19 PUBLIC EMERGENCY Signed by the Chief Judge Rebecca R. Pallmeyer on April 24, 2020. All open cases are impacted by this Third Amended General Order. Parties are must carefully review all obligations under this Order, including the requirement listed in paragraph number 5 to file a joint written status report in most civil cases. See attached Order. Signed by the Honorable Rebecca R. Pallmeyer on 4/24/2020: Mailed notice. (docket5, ) (Entered: 04/27/2020) |
| 05/25/2020 | [37](#) | MOTION by Plaintiff Malibu Media, LLC to strike answer to amended complaint [21](#) (Attachments: # [1](#) Text of Proposed Order)(Bernier, Joel) (Entered: 05/25/2020) |
| 05/25/2020 | [38](#) | MEMORANDUM by Malibu Media, LLC in support of motion to strike [37](#) (Bernier, Joel) (Entered: 05/25/2020) |
| 05/25/2020 | [39](#) | NOTICE of Motion by Joel Alexander Bernier for presentment of motion to strike [37](#) before Honorable Charles P. Kocoras on 6/25/2020 at 09:30 AM. (Bernier, Joel) (Entered: 05/25/2020) |
| 05/26/2020 | [40](#) | ORDER ORDER Fourth Amended General Order 20-0012 IN RE: CORONAVIRUS COVID-19 PUBLIC EMERGENCY Signed by the Chief Judge Rebecca R. Pallmeyer on May 26, 2020. This Order does not extend or modify any deadlines set in civil cases. For non-emergency motions, no motion may be noticed for presentment on a date earlier than July 15, 2020. See attached Order. Signed by the Honorable Rebecca R. Pallmeyer on 5/26/2020: Mailed notice. (docket6, ) (Entered: 05/26/2020) |
| 06/23/2020 | [41](#) | MINUTE entry before the Honorable Charles P. Kocoras: Motion hearing set for 6/25/2020 is stricken. Mailed notice (ags) (Entered: 06/23/2020) |
| 07/01/2020 | [42](#) | MINUTE entry before the Honorable Charles P. Kocoras Plaintiff's motion to strike Defendant's affirmative defenses [37](#) is entered and briefed as follows: Defendant's response is due by 7/15/2020. Court will rule by mail. Mailed notice (vcf, ) (Entered: 07/01/2020) |
| 07/10/2020 | [43](#) | ORDER Fifth Amended General Order 20-0012 IN RE: CORONAVIRUS COVID-19 PUBLIC EMERGENCY Signed by the Chief Judge Rebecca R. Pallmeyer on July 10, 2020. This Order does not extend or modify any deadlines set in civil cases. No motions may be noticed for in-person presentment; the presiding judge will notify parties of the need, if any, for a hearing by electronic means or in-court proceeding. See attached Order. Signed by the Honorable Rebecca R. Pallmeyer on 7/10/2020: Mailed notice. (Clerk5, Docket) (Entered: 07/10/2020) |
| 08/07/2020 | [44](#) | MINUTE entry before the Honorable Charles P. Kocoras: Plaintiff's motion to strike Defendant's affirmative defenses [37](#) is entered and briefed as follows: Defendant's |

| | | response is due by 8/14/2020. Court will rule by mail. Mailed notice (vcf, ) (Entered: 08/07/2020) |
|---|---|---|
| 08/20/2020 | 45 | MINUTE entry before the Honorable Charles P. Kocoras: Defendant's response to Plaintiff's motion to strike 37 is due by 8/24/2020. Mailed notice (vcf, ) (Entered: 08/20/2020) |
| 08/24/2020 | 46 | RESPONSE by John Doe, subscriber assigned IP address 205.178.79.57in Opposition to MOTION by Plaintiff Malibu Media, LLC to strike answer to amended complaint 21 37 (Russell, Erin) (Entered: 08/24/2020) |
| 09/04/2020 | 47 | ORDER: Malibu's Motion to Strike Tetrault's Affirmative Defenses is granted. Tetrault's Affirmative Defenses (Dkt. # 21 ) are hereby stricken. Telephonic hearing set for 10/8/2020 at 10:00 a.m. It is so ordered. Signed by the Honorable Charles P. Kocoras on 9/4/2020. For the telephonic status hearing, parties are to use the following call-in number: (888) 684 8852, conference code 8819984. Counsel of record will receive an email the morning of the telephonic hearing with instructions to join the call. Throughout the telephonic hearing, each speaker will be expected to identify themselves for the record before speaking. Please note that the conference call-in will be used by all cases that are on the court's calendar for the said date, therefore counsel must be in a quiet area while on the line and must have the telephone muted until your case is called. The public and media representatives may have access to the hearing via the same number. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Participants are directed to keep their device muted when they are not speaking. Thank you for your cooperation. Mailed notice(vcf, ) (Entered: 09/04/2020) |
| 09/10/2020 | 48 | MOTION by Defendant John Doe, subscriber assigned IP address 205.178.79.57For Leave To Resume Pseudonymous Status *(UNCONTESTED)* (Attachments: # 1 Exhibit Malibu 2981 Kness Order)(Russell, Erin) (Entered: 09/10/2020) |
| 09/10/2020 | 49 | NOTICE of Motion by Erin Kathryn Russell for presentment of motion for miscellaneous relief 48 before Honorable Charles P. Kocoras on 9/15/2020 at 09:30 AM. (Russell, Erin) (Entered: 09/10/2020) |
| 09/14/2020 | 50 | MINUTE entry before the Honorable Charles P. Kocoras: Defendant's unopposed motion for leave to resume his pseudonymous status pursuant to FED.R.CIV.P.8 48 is granted. The Clerk is directed to replace Defendant's name on the docket with the name John Doe. Motion hearing set for 9/15/2020 is stricken. Mailed notice (vcf, ) (Entered: 09/14/2020) |
| 09/22/2020 | 51 | Notice of Settlement by Malibu Media, LLC (Bernier, Joel) (Entered: 09/22/2020) |
| 09/24/2020 | 52 | MINUTE entry before the Honorable Charles P. Kocoras: Pursuant to Plaintiff's Notice of Settlement filed on 9/22/2020 51 , this case is dismissed with prejudice. Civil case terminated. Mailed notice (vcf, ) (Entered: 09/24/2020) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 09/25/2020 13:53:40 | | |
| **PACER Login:** | jtmorr3405:4914451:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:19-cv-04631 |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |

Exhibit I:
Docket for Malibu Media
v. Doe, 2:19-cv-03806
(E.D.N.Y.)

ACO,COPYRIGHT

# U.S. District Court
# Eastern District of New York (Central Islip)
# CIVIL DOCKET FOR CASE #: 2:19-cv-03806-DRH-SIL

| | |
|---|---|
| Malibu Media, LLC v. Doe | Date Filed: 06/30/2019 |
| Assigned to: Judge Denis R. Hurley | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Steven I. Locke | Nature of Suit: 820 Copyright |
| Demand: $150,000 | Jurisdiction: Federal Question |
| Cause: 17:101 Copyright Infringement | |

**Plaintiff**

**Malibu Media, LLC**       represented by    **Kevin T. Conway**
Kevin T. Conway, Esq.
80 Red Schoolhouse Road
Suite 110
Spring Valley, NY 10977
(845) 352-0206
Fax: (845) 352-0481
Email: kconway@ktclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**John Doe**
*subscriber assigned IP address*
*24.146.165.33*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/30/2019 | 1 | COMPLAINT against John Doe filing fee $ 400, receipt number ANYEDC-11622255 Was the Disclosure Statement on Civil Cover Sheet completed -Yes,, filed by Malibu Media, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Civil Cover Sheet) (Conway, Kevin) (Entered: 06/30/2019) |
| 06/30/2019 | 2 | Corporate Disclosure Statement by Malibu Media, LLC (Conway, Kevin) (Entered: 06/30/2019) |
| 07/03/2019 | 3 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made. (Bowens, Priscilla) Modified on 7/10/2019 (Flanagan, Doreen). (Additional attachment(s) added on 7/10/2019: # 1 Additional Quality Control Check Sheet) (Flanagan, Doreen). (Entered: 07/03/2019) |
| 07/10/2019 | | Case Assigned to Judge Denis R. Hurley and Magistrate Judge Steven I. Locke. Please download and review the Individual Practices of the assigned Judges, located on our |

| | | |
|---|---|---|
| | | **website**. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Flanagan, Doreen) (Entered: 07/10/2019) |
| 07/10/2019 | 4 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences.** **Do NOT return or file the consent unless all parties have signed the consent.** (Flanagan, Doreen) (Entered: 07/10/2019) |
| 07/10/2019 | 5 | Notice of Report on the Filing of an Action Regarding a Copyright. C/M to Register of Copyrights. (Attachments: # 1 Complaint, # 2 Exhibit A, # 3 Exhibit B) (Flanagan, Doreen) (Entered: 07/10/2019) |
| 07/11/2019 | 6 | MOTION for Leave to File Document *to serve a Third Party Subpoena on Defendant's ISP* by Malibu Media, LLC. (Attachments: # 1 Memorandum in Support, # 2 Declaration of Colette Pelissier, # 3 Declaration of Patrick Paige, # 4 Declaration of Tobias Fieser, # 5 Proposed Order) (Conway, Kevin) (Entered: 07/11/2019) |
| 07/11/2019 | 7 | Notice of Related Case (Conway, Kevin) (Entered: 07/11/2019) |
| 07/29/2019 | 8 | ORDER granting DE 6 Motion for Leave to File. Plaintiff's motion for expedited discovery under Fed. R. Civ. P. 26(d)(1) is granted, subject to the specific limitations and instructions set forth in the attached written Order. Ordered by Magistrate Judge Steven I. Locke on 7/29/2019. (Georgescu, Dora) (Entered: 07/29/2019) |
| 09/26/2019 | 9 | MOTION for Extension of Time to File *to Effectuate Service of Summons and Amended Complaint on Defendant* by Malibu Media, LLC. (Attachments: # 1 Proposed Order) (Conway, Kevin) (Entered: 09/26/2019) |
| 09/27/2019 | | Electronic ORDER granting DE 9 Motion for Extension of Time to File. The deadline by which Plaintiff must effectuate service of the Summons and Complaint is hereby extended to and including 1/27/2020. Ordered by Magistrate Judge Steven I. Locke on 9/27/2019. (Georgescu, Dora) (Entered: 09/27/2019) |
| 01/28/2020 | 10 | Second MOTION for Extension of Time to File *to Effectuate Service of Summons and Amended Complaint on Defendant* by Malibu Media, LLC. (Attachments: # 1 Proposed Order) (Conway, Kevin) (Entered: 01/28/2020) |
| 01/29/2020 | | Electronic ORDER granting DE 10 Motion for Extension of Time to File. The deadline by which Plaintiff must effectuate service of the Summons and Complaint is hereby extended to and including 3/27/2020. Ordered by Magistrate Judge Steven I. Locke on 1/29/2020. (Georgescu, Dora) (Entered: 01/29/2020) |
| 02/17/2020 | 11 | MOTION for Leave to Electronically File Document under Seal by Malibu Media, LLC. (Attachments: # 1 Exhibit A - Redacted Amended Complaint, # 2 Exhibit A to Amended Complaint, # 3 Exhibit B to Amended Complaint, # 4 Proposed Summons, # 5 Proposed Order) (Conway, Kevin) (Entered: 02/17/2020) |
| 03/23/2020 | 12 | Third MOTION for Extension of Time to File *to Effectuate Service of Summons and Amended Complaint on Defendant* by Malibu Media, LLC. (Attachments: # 1 Proposed Order) (Conway, Kevin) (Entered: 03/23/2020) |
| 03/31/2020 | | Electronic ORDER granting in part and denying in part DE 11 Motion for Leave to Electronically File Document under Seal. Plaintiff's application for permission to file |

| | | |
|---|---|---|
| | | under seal the Summons and Amended Complaint naming Defendant is granted. Plaintiff shall file its Amended Complaint on or before 4/30/2020. Plaintiff's request pertaining to Defendant's right to proceed in this matter anonymously, however, is denied without prejudice and with leave to renew at the initial conference to be scheduled at a future date. Ordered by Magistrate Judge Steven I. Locke on 3/31/2020. (Georgescu, Dora) (Entered: 03/31/2020) |
| 03/31/2020 | | Electronic ORDER granting DE 12 Motion for Extension of Time to File. The deadline for Plaintiff to effectuate service of the Summons and Amended Complaint is hereby extended to and including 5/18/2020. Ordered by Magistrate Judge Steven I. Locke on 3/31/2020. (Georgescu, Dora) (Entered: 03/31/2020) |
| 04/04/2020 | 13 | AMENDED COMPLAINT against John Doe, filed by Malibu Media, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Proposed Summons) (Conway, Kevin) (Entered: 04/04/2020) |
| 04/06/2020 | 14 | Summons Issued as to John Doe. (Cubano, Jazmin) (Entered: 04/06/2020) |
| 05/19/2020 | 15 | AFFIDAVIT/AFFIRMATION *of Service of Summons and Amended Complaint on Defendant* by Malibu Media, LLC (Conway, Kevin) (Entered: 05/19/2020) |
| 06/03/2020 | 16 | MOTION for Leave to Electronically File Document under Seal by Malibu Media, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Proposed Order) (Conway, Kevin) (Entered: 06/03/2020) |
| 06/11/2020 | | Electronic ORDER granting DE 16 Motion for Leave to Electronically File Document under Seal. Plaintiff's application for permission to file under seal the Request for Default naming Defendant is granted. Ordered by Magistrate Judge Steven I. Locke on 6/11/2020. (Georgescu, Dora) (Entered: 06/11/2020) |
| 06/17/2020 | 17 | Request for Certificate of Default by Malibu Media, LLC (Attachments: # 1 Exhibit A - Declaration in Support, # 2 Exhibit B - Proposed Certificate of Default) (Conway, Kevin) (Entered: 06/17/2020) |
| 06/22/2020 | 18 | Clerk's ENTRY OF DEFAULT: It appearing from the docket maintained in this action that defendant John Doe has failed to appear or otherwise defend this action, the default of defendant John Doe is hereby noted pursuant to Rule 55a of the Federal Rules of Civil Procedure. (Toritto, Jim) (Entered: 06/22/2020) |
| 06/22/2020 | 19 | REDACTION to 18 1 - Sealed Document Clerk's Entry of Default (Toritto, Jim) (Entered: 06/22/2020) |
| 06/24/2020 | 20 | MOTION for Default Judgment by Malibu Media, LLC. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A to Memo in Support, # 3 Exhibit B to Memo in Support - Declaration of Kevin T. Conway, # 4 Exhibit C to Memo in Support, # 5 Exhibit D to Memorandum in Support, # 6 Exhibit E to Memorandum in Support, # 7 Proposed Judgment) (Conway, Kevin) (Entered: 06/24/2020) |
| 09/23/2020 | | ORDER REFERRING MOTION: 20 MOTION for Default Judgment filed by Malibu Media, LLC :Pursuant to Rule 72 of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1), plaintiff's motion for default judgment is respectfully REFERRED to United States Magistrate Judge Steven I. Locke to issue a Report & Recommendation as to whether plaintiff has demonstrated that the allegations in the Complaint establish the defendant's liability such that the motion for default judgment should be granted, and, if so, to determine the appropriate amount of damages, costs, and/or fees, if any, to be awarded. It is further ORDERED that the scope of the foregoing reference shall be deemed to encompass such additional authority as reasonable or necessary to perform the foregoing duties and as is not inconsistent with the Constitution and laws of the United |

9/25/2020     Eastern District of New York - LIVE Database 1.5 (Revision ...

Case 5:19-cv-00834-DAE Document 53-1 Filed 10/14/20 Page 51 of 103

States. Ordered by Judge Denis R. Hurley on 9/23/2020. Motions referred to Steven I. Locke. (Gapinski, Michele) (Entered: 09/23/2020)

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 09/25/2020 14:19:45 | | |
| **PACER Login:** | jtmorr3405 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:19-cv-03806-DRH-SIL |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |

Exhibit J:
Docket for Malibu Media v.
Doe, 3:19-cv-00999 (D.
Conn.)

Query    Reports ▾    Utilities ▾    Help    Log Out

EFILE

# U.S. District Court
## District of Connecticut (New Haven)
## CIVIL DOCKET FOR CASE #: 3:19-cv-00999-VLB

Malibu Media, LLC v. Doe                  Date Filed: 06/25/2019
Assigned to: Judge Vanessa L. Bryant        Jury Demand: Plaintiff
Demand: $150,000                    Nature of Suit: 820 Copyright
Cause: 17:101 Copyright Infringement       Jurisdiction: Federal Question

**Plaintiff**

**Malibu Media, LLC**           represented by    **Kevin T. Conway**
                                       Kevin T. Conway, Esq.
                                       80 Red Schoolhouse Road
                                       Ste 110
                                       Spring Valley, NY 10977
                                       845-352-0206
                                       Fax: 845-352-0481
                                       Email: KConway@KTClaw.com
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**John Doe**
*subscriber assigned IP address 73.68.50.91*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/25/2019 | 1 | COMPLAINT against John Doe ( Filing fee $400 receipt number ACTDC-5334781.), filed by Malibu Media, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Civil Cover Sheet)(Conway, Kevin) (Entered: 06/25/2019) |
| 06/25/2019 | 2 | Corporate Disclosure Statement by Malibu Media, LLC. (Conway, Kevin) (Entered: 06/25/2019) |
| 06/25/2019 | | Judge Vanessa L. Bryant added. (Anastasio, F.) (Entered: 06/26/2019) |
| 06/25/2019 | 6 | Order on Pretrial Deadlines: Amended Pleadings due by 8/24/2019; Discovery due by 12/25/2019; Dispositive Motions due by 1/29/2020. Signed by Clerk on 6/25/2019. (Velez, F.) Modified on 6/27/2019 to indicate signed by Clerk (Velez, F.). (Entered: 06/27/2019) |
| 06/25/2019 | 7 | ELECTRONIC FILING ORDER FOR COUNSEL - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER. Signed by Judge Vanessa L. Bryant on 6/25/2019. (Velez, F.) (Entered: 06/27/2019) |
| 06/25/2019 | 8 | STANDING PROTECTIVE ORDER. Signed by Judge Vanessa L. Bryant on 6/25/2019. (Velez, F.) (Entered: 06/27/2019) |

| | | |
|---|---|---|
| 06/25/2019 | 9 | ORDER RE: Judge's Chambers Practices. Counsel are directed to read and comply with the Chambers Practices and Standing Orders prior to filing any document. So ordered. Signed by Judge Vanessa L. Bryant on 6/25/2019. (Velez, F.) (Entered: 06/27/2019) |
| 06/27/2019 | 3 | AMENDED COMPLAINT against John Doe, filed by Malibu Media, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Conway, Kevin) Modified on 6/27/2019 to note amendment (Hushin, Z.). (Entered: 06/27/2019) |
| 06/27/2019 | 4 | EXHIBIT *(CIVIL COVER SHEET)* by Malibu Media, LLC re 3 Complaint. (Conway, Kevin) (Entered: 06/27/2019) |
| 06/27/2019 | 5 | Corporate Disclosure Statement by Malibu Media, LLC. (Conway, Kevin) (Entered: 06/27/2019) |
| 06/27/2019 | 10 | NOTICE TO COUNSEL/SELF-REPRESENTED PARTIES : Counsel or self-represented parties initiating or removing this action are responsible for serving all parties with attached documents and copies of 1 Complaint filed by Malibu Media, LLC, 4 Exhibit filed by Malibu Media, LLC, 6 Order on Pretrial Deadlines, 3 Complaint filed by Malibu Media, LLC, 2 Corporate Disclosure Statement filed by Malibu Media, LLC, 5 Corporate Disclosure Statement filed by Malibu Media, LLC, 9 Order Re: Chambers Practices, 8 Standing Protective Order, 7 Electronic Filing Order. Signed by Clerk on 6/27/2019.(Velez, F.) (Entered: 06/27/2019) |
| 06/27/2019 | 11 | AO 121 Report on the Filing of an Action re: Copyright Form Completed. (Attachments: # 1 Complaint and Exhibits). (Velez, F.) (Entered: 06/27/2019) |
| 07/09/2019 | 12 | MOTION for Leave to Serve a Third Party Subpoena on Defendant's ISP, prior to a Rule 26(f) conference by Malibu Media, LLC.Responses due by 7/30/2019 (Attachments: # 1 Memorandum in Support, # 2 Exhibit A - Declaration of Colette Pelissier, # 3 Exhibit B - Declaration of Patrick Paige, # 4 Exhibit C - Declaration of Tobias Fieser)(Conway, Kevin) (Entered: 07/09/2019) |
| 07/09/2019 | 13 | AFFIDAVIT re 12 MOTION for Leave to Serve a Third Party Subpoena on Defendant's ISP, prior to a Rule 26(f) conference Signed By Tobias Fieser filed by Malibu Media, LLC. (Conway, Kevin) (Entered: 07/09/2019) |
| 07/09/2019 | 14 | NOTICE of Related Case by Malibu Media, LLC (Conway, Kevin) (Entered: 07/09/2019) |
| 08/02/2019 | 15 | ORDER GRANTING 12 Motion for Leave to Serve a Third Party prior to a Rule 26(f) Conference for the reasons set forth in the attached Order. Signed by Judge Vanessa L. Bryant on 08/02/2019. (Nault, James) (Entered: 08/02/2019) |
| 08/23/2019 | 16 | MOTION for Extension of Time until after the parties hold a conference pursuant to Fed. R. Civ. P. 26(f) and agree on a new pretrial schedule Extension of Pre-Trial Deadlines by Malibu Media, LLC. (Attachments: # 1 Text of Proposed Order)(Conway, Kevin) (Entered: 08/23/2019) |
| 08/26/2019 | 17 | ORDER GRANTING 16 Motion for Extension of Time. The pretrial deadlines set forth in Dkt. 6 are adjourned until after the parties hold a conference pursuant to Fed. R. Civ. P. 26(f) and agree on a new pretrial schedule. Signed by Judge Vanessa L. Bryant on 08/26/2019. (Nault, James) (Entered: 08/26/2019) |
| 09/17/2019 | 18 | MOTION for Extension of Time until January 20, 2020 to Effectuate Service of Summons and Amended Complaint on Defendant by Malibu Media, LLC. (Attachments: # 1 Text of Proposed Order)(Conway, Kevin) (Entered: 09/17/2019) |
| 09/18/2019 | 19 | ORDER granting 18 Motion for Extension of Time to Effectuate Service of Summons and Amended Complaint on Defendant until **01/20/2020**. Good cause has been shown and the |

| | | |
|---|---|---|
| | | Court finds that the motion was not filed for any dilatory motive or purpose of delay. Signed by Judge Vanessa L. Bryant on 09/18/2019. (Nault, James) (Entered: 09/18/2019) |
| 01/22/2020 | 20 | Second MOTION for Extension of Time until March 3, 2020 to Effectuate Service of Summons and Amended Complaint on Defendant by Malibu Media, LLC. (Attachments: # 1 Text of Proposed Order)(Conway, Kevin) (Entered: 01/22/2020) |
| 01/23/2020 | 21 | ORDER granting 20 Motion for Extension of Time until **March 3, 2020** to Effectuate Service of Summons and Amended Complaint on Defendant. Signed by Judge Vanessa L. Bryant on 1/23/2020. (Nault, James) (Entered: 01/23/2020) |
| 03/04/2020 | 22 | MOTION to Seal Summons and Amended Complaint and For Limited Protective Order, by Malibu Media, LLC. (Attachments: # 1 Exhibit A - Redacted Amended Complaint, # 2 Exhibit A to Amended Complaint, # 3 Exhibit B to Amended Complaint, # 4 Exhibit B - Limited Protective Order, # 5 Text of Proposed Order)(Conway, Kevin). Added MOTION for Limited Protective Order on 3/6/2020 (Velez, F.). Modified on 3/6/2020 to add Limited Protective Order (Velez, F.). (Entered: 03/04/2020) |
| 03/04/2020 | 23 | Third MOTION for Extension of Time until April 20, 2020 to Effectuate Service of Summons and Amended Complaint on Defendant by Malibu Media, LLC. (Attachments: # 1 Text of Proposed Order)(Conway, Kevin) (Entered: 03/04/2020) |
| 03/09/2020 | 24 | ORDER granting 22 Motion to Seal Second Amended Complaint and Proposed Summons pursuant to D. Conn. L. Civ. R. 5(e)3. As the Court has indicated in its previous order, the Defendant's identity shall remain sealed unless and until the Defendant has an opportunity to challenge disclosure. At this stage prior to service, sealing is supported by clear and compelling reasons and is narrowly tailored to serve those reasons. Order denying 22 Motion for Protective Order, as the Court has already issued a 8 Standing Protective Order identical to the protective order proposed by Plaintiff. Signed by Judge Vanessa L. Bryant on 03/09/2020. (Nault, James) (Entered: 03/09/2020) |
| 03/09/2020 | 25 | ORDER granting 23 Motion for Extension of Time until **04/20/2020** to Effectuate Service of Summons and Amended Complaint on Defendant. Signed by Judge Vanessa L. Bryant on 03/09/2020. (Nault, James) (Entered: 03/09/2020) |
| 04/22/2020 | 26 | Sealed Document: Summons and Amended Complaint by Malibu Media, LLC . (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C - Proposed Summons)(Conway, Kevin) (Entered: 04/22/2020) |
| 04/22/2020 | | Request for Clerk to issue summons as to Malibu Media, LLC. (Conway, Kevin) (Entered: 04/22/2020) |
| 04/24/2020 | 27 | Sealed Document: Electronic Summons Issued re 26 . (Velez, F.) (Entered: 04/24/2020) |
| 04/30/2020 | 28 | Fourth MOTION for Extension of Time until May 31, 2020 to Effectuate Service of Summons and Amended Complaint on Defendant by Malibu Media, LLC. (Attachments: # 1 Text of Proposed Order)(Conway, Kevin) (Entered: 04/30/2020) |
| 05/01/2020 | 29 | ORDER granting 28 Motion for Extension of Time until **05/31/2020** to Effectuate Service of Summons and Amended Complaint on Defendant. Signed by Judge Vanessa L. Bryant on 05/01/2020. (Nault, James) (Entered: 05/01/2020) |
| 05/19/2020 | 30 | Sealed Document: Affidavit of Service of Summons and Amended Complaint on Defendant John Doe by Malibu Media, LLC . (Conway, Kevin) (Entered: 05/19/2020) |
| 06/03/2020 | 31 | MOTION for Leave to File by Malibu Media, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Text of Proposed Order)(Conway, Kevin) (Entered: 06/03/2020) |

| 06/03/2020 | 32 | ANSWER to 3 Complaint. (Attachments: # 1 Attachment, # 2 Envelope) (Velez, F.) (Entered: 06/09/2020) |
| 06/09/2020 | 33 | ORDER denying 31 Motion for Leave to File Motion for Entry of Default under Seal in light of Defendant's 32 Answer. Signed by Judge Vanessa L. Bryant on 6/9/2020. (Nault, James) (Entered: 06/09/2020) |
| 06/12/2020 | 34 | RESPONSE re 3 Amended Complaint (Attachments: # 1 envelope)(Payton, R.) (Entered: 06/15/2020) |
| 08/27/2020 | 35 | ORDER for telephonic status conference. Plaintiff served Defendant with the Complaint on 5/12/2020. Dkt. 30. Defendant Answered the Complaint on 6/3/2020. Dkt. 32. The Parties are directed to contact the Court for a telephonic status conference to advise the Court's on Plaintiff's intent in pursuing this case further on **9/17/2020 at 10 AM**. The Clerk is directed to provide contact details to the Parties so that they can participate in the telephonic status conference. Signed by Judge Vanessa L. Bryant on 8/27/2020. (Nault, James) (Entered: 08/27/2020) |
| 08/27/2020 | 36 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Status teleconference set for **9/17/2020 at 10:00 AM** before Judge Vanessa L. Bryant. To participate in the teleconference, the parties are to dial **888-251-2909** and enter **2429024#** as the access code. (Shafer, J.) (Entered: 08/27/2020) |
| 09/16/2020 | 37 | VACATED: LETTER to Court in advance of the Court's Dkt. 36 Telephonic Hearing by Defendant. (Nault, James) Modified on 9/17/2020 (Shafer, J.). (Entered: 09/16/2020) |
| 09/16/2020 | 39 | ORDER Returning Submission as Deficient. Signed by Judge Vanessa L. Bryant on 9/16/2020. (Shafer, J.) (Entered: 09/17/2020) |
| 09/17/2020 | 38 | ORDER VACATING DOCKET ENTRY 37. The docket entry was entered in error. Signed by Judge Vanessa L. Bryant on 9/17/2020. (Nault, James) (Entered: 09/17/2020) |
| 09/17/2020 | 40 | Minute Entry for proceedings held before Judge Vanessa L. Bryant: status teleconference held on 9/17/2020. Defendant failed to appear. Total Time: 10 minutes. (Shafer, J.) (Entered: 09/17/2020) |
| 09/21/2020 | 41 | Sealed Document: Proposed Default Judgment with Exhibit A by Malibu Media, LLC . (Attachments: # 1 Exhibit A - Proposed Default Judgment)(Conway, Kevin) (Entered: 09/21/2020) |

| **PACER Service Center** | | |
| **Transaction Receipt** | | |
| 09/25/2020 14:20:35 | | |
| **PACER Login:** | jtmorr3405 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:19-cv-00999-VLB |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |

Exhibit K:
Docket for The
Lomnitzer Law Firm v.
Malibu Media, 9:20-
cv-80027(S.D. Fla.)

Query    Reports ⏷    Utilities ⏷    Help    Log Out

CLOSED,DLB,MEDIATION

# U.S. District Court
## Southern District of Florida (West Palm Beach)
## CIVIL DOCKET FOR CASE #: 9:20-cv-80027-RKA

The Lomnitzer Law Firm, P.A. v. Malibu Media, LLC
Assigned to: Judge Roy K. Altman
Referred to: Magistrate Judge Dave Lee Brannon
Cause: 28:1332 Diversity-Contract Dispute

Date Filed: 01/09/2020
Date Terminated: 06/29/2020
Jury Demand: Defendant
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**The Lomnitzer Law Firm, P.A.**
7999 N. Federal Highway
Suite 202
Boca Raton, FL 33487

represented by **Jerold Ira Schneider**
Schneider IP Law
7127 Corning Cir
Boynton Beach, FL 33437-3987
5613095374
Email:
jerold.schneider@schneideriplaw.legal
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Malibu Media, LLC**
9701 Wilshire Blvd
10th Floor
Beverly Hills, CA 90212

represented by **Antonio S. Gonzalez**
8306 Mills Drive
Miami, FL 33183
305-358-8300
Fax: 598-3218
Email: asgpa@aol.com
*TERMINATED: 04/15/2020*
*ATTORNEY TO BE NOTICED*

**David Samuel Jennis**
Jennis Law Firm
606 East Madison Street
Tampa, FL 33602
813-229-2800
Fax: 229-1707
Email: djennis@jennislaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/09/2020 | 1 | COMPLAINT against Malibu Media, LLC. Filing fees $ 400.00 receipt number 113C-12289460, filed by The Lomnitzer Law Firm, P.A.. (Attachments: # 1 Exhibit Statement of Account)(Schneider, Jerold) Text Modified on 1/9/2020 (mee). (Entered: 01/09/2020) |

| 01/09/2020 | 2 | Clerks Notice of Judge Assignment to Judge Roy K. Altman and Magistrate Judge Dave Lee Brannon.<br><br>Pursuant to 28 USC 636(c), the parties are hereby notified that the U.S. Magistrate Judge Dave Lee Brannon is available to handle any or all proceedings in this case. If agreed, parties should complete and file the Consent form found on our website. It is not necessary to file a document indicating lack of consent. (mee) (Entered: 01/09/2020) |
|---|---|---|
| 01/09/2020 | 3 | Clerks Notice to Filer re: Electronic Case. No Civil Cover Sheet. Filer is instructed to file a Notice (Other) with the Civil Cover Sheet attached within 24 hours of the notice. (mee) (Entered: 01/09/2020) |
| 01/09/2020 | 4 | NOTICE by The Lomnitzer Law Firm, P.A. re 1 Complaint *Filing of Civil Cover Sheet* (Schneider, Jerold) (Entered: 01/09/2020) |
| 01/09/2020 | 5 | NOTICE of Filing Proposed Summons(es) by The Lomnitzer Law Firm, P.A. re 1 Complaint filed by The Lomnitzer Law Firm, P.A. (Schneider, Jerold) (Entered: 01/09/2020) |
| 01/10/2020 | 6 | Summons Issued as to Malibu Media, LLC. (cbr) (Entered: 01/10/2020) |
| 01/29/2020 | 7 | SUMMONS (Affidavit) Returned Executed on 1 Complaint with a 21 day response/answer filing deadline pursuant to Fed. R. Civ. P. 12 by The Lomnitzer Law Firm, P.A.. Malibu Media, LLC served on 1/17/2020, answer due 2/7/2020. (Schneider, Jerold) (Entered: 01/29/2020) |
| 02/10/2020 | 8 | MOTION for Clerks Entry of Default as to Malibu Media, LLC by The Lomnitzer Law Firm, P.A.. (Schneider, Jerold) (Entered: 02/10/2020) |
| 02/10/2020 | 9 | SET ASIDE-ORDER by Clerk of Entry of Default re 8 Motion for Clerks Entry of Default as to Malibu Media, LLC. Signed by DEPUTY CLERK on 2/10/2020. *See attached document for full details.* Text Modified on 4/2/2020 (mee). Per d.e. 15 . (Entered: 02/10/2020) |
| 02/19/2020 | 10 | ORDER ON DEFAULT FINAL JUDGMENT PROCEDURE, plaintiff' must file responses by 2/27/2020. Signed by Judge Roy K. Altman on 2/19/2020. *See attached document for full details.* (mee) (Entered: 02/20/2020) |
| 02/26/2020 | 11 | Plaintiff's MOTION for Default Judgment by The Lomnitzer Law Firm, P.A.. (Attachments: # 1 Affidavit Affid of Lorri Lomnitzer in Support of Motion)(Schneider, Jerold) (Entered: 02/26/2020) |
| 03/10/2020 | 12 | Defendant's MOTION to Set Aside Default by Malibu Media, LLC. (Attachments: # 1 Text of Proposed Order)(Brito, Alejandro) (Entered: 03/10/2020) |
| 03/10/2020 | 13 | ANSWER to Complaint with Jury Demand by Malibu Media, LLC. (Attachments: # 1 Exhibit)(Brito, Alejandro) (Entered: 03/10/2020) |
| 03/11/2020 | 14 | RESPONSE in Opposition re 8 MOTION for Clerks Entry of Default as to Malibu Media, LLC, 12 Defendant's MOTION to Set Aside Default filed by The Lomnitzer Law Firm, P.A.. Replies due by 3/18/2020. (Schneider, Jerold) (Entered: 03/11/2020) |
| 04/02/2020 | 15 | ORDER, denied 11 Motion for Default Judgment ; granting 12 Motion to Set Aside Default. The Clerks Entry of Default [ECF No. 9] is SET ASIDE. Signed by Judge Roy K. Altman on 4/2/2020. *See attached document for full details.* (mee) (Entered: 04/02/2020) |
| 04/02/2020 | 16 | ORDER REQUIRING SCHEDULING REPORT AND CERTIFICATES OF INTERESTED PARTIES. Joint Scheduling Report,Certificates of Interested Parties and |

| | | Corporate Disclosure Statements due by 4/23/2020. Signed by Judge Roy K. Altman on 4/2/2020. *See attached document for full details.* (mee) (Entered: 04/02/2020) |
|---|---|---|
| 04/06/2020 | 17 | MOTION to Withdraw as Attorney *for Malibu Media, LLC* by Antonio S. Gonzalez for / by Malibu Media, LLC. Attorney Antonio S. Gonzalez added to party Malibu Media, LLC(pty:dft). Responses due by 4/20/2020 (Attachments: # 1 Text of Proposed Order) (Gonzalez, Antonio) (Entered: 04/06/2020) |
| 04/07/2020 | 18 | Plaintiff's Certificate of Other Affiliates/Corporate Disclosure Statement - NONE disclosed by The Lomnitzer Law Firm, P.A. (Schneider, Jerold) (Entered: 04/07/2020) |
| 04/07/2020 | 19 | RESPONSE to Motion re 17 MOTION to Withdraw as Attorney *for Malibu Media, LLC* by Antonio S. Gonzalez for / *Non-Opposition* filed by The Lomnitzer Law Firm, P.A.. Replies due by 4/14/2020. (Schneider, Jerold) (Entered: 04/07/2020) |
| 04/10/2020 | 20 | Plaintiff's MOTION for Disbursement of Funds *from Attorney Trust Account* by The Lomnitzer Law Firm, P.A.. (Schneider, Jerold) (Entered: 04/10/2020) |
| 04/15/2020 | 21 | ORDER, granting 17 Motion to Withdraw as Attorney. Antonio S. Gonzalez withdrawn from case. Deadline to obtain new counsel 4/24/2020. Signed by Judge Roy K. Altman on 4/15/2020. *See attached document for full details.* (mee) (Entered: 04/15/2020) |
| 04/17/2020 | 22 | NOTICE by Antonio S. Gonzalez re 21 Order on Motion to Withdraw as Attorney . Attorney Antonio S. Gonzalez added to party Antonio S. Gonzalez(pty:mov). (Gonzalez, Antonio) (Entered: 04/17/2020) |
| 04/23/2020 | 23 | NOTICE of Attorney Appearance by David Samuel Jennis on behalf of Malibu Media, LLC. Attorney David Samuel Jennis added to party Malibu Media, LLC(pty:dft). (Jennis, David) (Entered: 04/23/2020) |
| 04/23/2020 | 24 | Unopposed MOTION for Extension of Time to File Response/Reply/Answer as to 20 Plaintiff's MOTION for Disbursement of Funds from Attorney Trust Account by Malibu Media, LLC. (Attachments: # 1 Text of Proposed Order)(Jennis, David) Modified Link on 4/23/2020 (ls). (Entered: 04/23/2020) |
| 04/23/2020 | 25 | Unopposed MOTION for Extension of Time to File Joint Scheduling Report re 16 Order Requiring Joint Scheduling Report, by Malibu Media, LLC. Responses due by 5/7/2020 (Attachments: # 1 Exhibit Proposed Order Granting Defendant's Unopposed Motion to Extend Deadline to File Joint Scheduling Report)(Jennis, David) (Entered: 04/23/2020) |
| 04/23/2020 | 26 | Clerks Notice to Filer re 24 Unopposed MOTION for Extension of Time to File Response/Reply/Answer as to 16 Order Requiring Joint Scheduling Report, *to Plaintiff's Motion for Leave to Disburse Funds from Attorney Trust Account*. **Incorrect Document Link**; ERROR ; The filed document was not correctly linked to the related docket entry. The correction was made by the Clerk. It is not necessary to refile this document but future filings must comply with the instructions in the CM/ECF Attorney User's Manual. (ls) (Entered: 04/23/2020) |
| 04/23/2020 | 27 | Certificate of Other Affiliates/Corporate Disclosure Statement by Malibu Media, LLC identifying Other Affiliate Collette Pelissier for Malibu Media, LLC (Jennis, David) (Entered: 04/23/2020) |
| 04/23/2020 | 28 | PAPERLESS ORDER granting 24 Motion for Extension of Time. The Defendant shall respond to the Plaintiff's 20 Motion for Disbursement of Funds by May 8, 2020. Signed by Judge Roy K. Altman on 4/23/2020. (bsy) (Entered: 04/23/2020) |
| 04/23/2020 | 29 | PAPERLESS ORDER granting 25 Motion for Extension of Time. The parties shall file a Joint Scheduling Report by April 30, 2020. Signed by Judge Roy K. Altman on 4/23/2020. (bsy) (Entered: 04/23/2020) |

| 04/23/2020 | | Set/Reset Deadlines/Hearings Joint Scheduling Report due by 4/30/2020 per DE 29 (cbr) (Entered: 04/24/2020) |
|---|---|---|
| 04/23/2020 | | Set/Reset Deadlines/Hearings as to 20 Plaintiff's MOTION for Disbursement of Funds *from Attorney Trust Account*. Responses due by 5/8/2020 per DE 28 (cbr) (Entered: 04/24/2020) |
| 04/24/2020 | 30 | ORDER TO SHOW CAUSE. Show Cause Response due by 5/8/2020. Signed by Judge Roy K. Altman on 4/24/2020. *See attached document for full details.* (mee) (Entered: 04/24/2020) |
| 04/27/2020 | 31 | NOTICE by The Lomnitzer Law Firm, P.A. re 30 Order to Show Cause *Response to Order to Show Cause* (Schneider, Jerold) (Entered: 04/27/2020) |
| 04/27/2020 | 32 | STRIKEN-Initial Disclosure(s) *Plaintiff's Initial Disclosure* by The Lomnitzer Law Firm, P.A. (Schneider, Jerold)Text Modified on 4/29/2020 (mee). Per Order 33 . (Entered: 04/27/2020) |
| 04/29/2020 | 33 | ORDER. STRIKEN 32 Initial Disclosure(s) filed by The Lomnitzer Law Firm, P.A. Signed by Judge Roy K. Altman on 4/28/2020. *See attached document for full details.* (mee) (Entered: 04/29/2020) |
| 04/30/2020 | 34 | Joint SCHEDULING REPORT - **Rule 16.1** by The Lomnitzer Law Firm, P.A. (Attachments: # 1 Text of Proposed Order)(Schneider, Jerold) (Entered: 04/30/2020) |
| 04/30/2020 | 35 | Plaintiff's MOTION to Strike 20 Plaintiff's MOTION for Disbursement of Funds *from Attorney Trust Account and/or*, Plaintiff's MOTION to Withdraw Document 20 Plaintiff's MOTION for Disbursement of Funds *from Attorney Trust Account* by The Lomnitzer Law Firm, P.A.. Responses due by 5/14/2020 (Schneider, Jerold) (Entered: 04/30/2020) |
| 05/01/2020 | 36 | ORDER SETTING TRIAL AND PRE-TRIAL SCHEDULE, REQUIRING MEDIATION, AND REFERRING CERTAIN MATTERS TO MAGISTRATE JUDGE: ( Jury Trial set for 4/26/2021 before Judge Roy K. Altman., Calendar Call set for 4/20/2021 at 01:45 PM before Judge Roy K. Altman., Amended Pleadings due by 6/19/2020., Discovery due by 12/30/2020., Expert Discovery due by 12/30/2020., Fact Discovery due by 12/30/2020., Joinder of Parties due by 6/19/2020., Mediation Deadline 1/12/2021., In Limine Motions due by 4/12/2021., Dispositive Motions due by 1/20/2021., Motions due by 1/20/2021., Pretrial Stipulation due by 4/12/2021.), ORDER REFERRING CASE to Mediation. ( Mediation Deadline 1/12/2021.), ORDER REFERRING CASE to Magistrate Judge Dave Lee Brannon for all pretrial non-dispositive and discovery matters. Signed by Judge Roy K. Altman on 5/1/2020. *See attached document for full details.* (mee) (Entered: 05/01/2020) |
| 05/04/2020 | 37 | ORDER SETTING DISCOVERY PROCEDURE. Signed by Magistrate Judge Dave Lee Brannon on 5/4/2020. *See attached document for full details.* (mee) (Entered: 05/04/2020) |
| 05/04/2020 | 38 | PAPERLESS ORDER granting the Plaintiff's 35 Motion to Strike. The Plaintiff's 20 Motion for Disbursement shall be STRICKEN. Signed by Judge Roy K. Altman on 5/4/2020. (bsy) (Entered: 05/04/2020) |
| 05/15/2020 | 39 | Joint NOTICE of Mediator Selection. Selected/Added Mark E. Stein as Mediator. (Attachments: # 1 Text of Proposed Order)(Schneider, Jerold) (Entered: 05/15/2020) |
| 05/18/2020 | 40 | ORDER. The parties shall comply with the requirements of the Scheduling Order by May 22, 2020. Specifically, the parties must provide the address at which mediation is scheduled to take place. Signed by Judge Roy K. Altman on 5/18/2020. *See attached document for full details.* (mee) (Entered: 05/18/2020) |
| 05/19/2020 | 41 | Amended NOTICE of Mediator Selection. Selected/Added Mark E. Stein as Mediator. |

| | | (Attachments: # 1 Text of Proposed Order)(Schneider, Jerold) (Entered: 05/19/2020) |
|---|---|---|
| 05/20/2020 | 42 | ORDER SCHEDULING MEDIATION. Mediation Hearing set for 12/16/2020 at 10:00 AM before Mark E. Stein. Signed by Judge Roy K. Altman on 5/20/2020. *See attached document for full details.* (mee) (Entered: 05/20/2020) |
| 06/19/2020 | 43 | MOTION for Extension of Time of Deadline to File Motions to Amend the Pleadings re 36 Scheduling Order,,,, Order Referring Case to Mediation,,,, Order Referring Case to Magistrate Judge,,, by Malibu Media, LLC. Responses due by 7/6/2020 (Attachments: # 1 Text of Proposed Order Proposed Order Granting Defendant's Unopposed Motion to Extend Deadline to File Motions to Amend Pleadings)(Jennis, David) (Entered: 06/19/2020) |
| 06/22/2020 | 44 | PAPERLESS ORDER granting 43 Motion for Extension of Time. The parties shall file all motions to amend their pleadings by June 26, 2020. Signed by Judge Roy K. Altman on 6/22/2020. (bsy) (Entered: 06/22/2020) |
| 06/26/2020 | 45 | NOTICE of Settlement *and Request to Stay Pending Deadlines* by Malibu Media, LLC (Jennis, David) (Entered: 06/26/2020) |
| 06/26/2020 | 46 | Unopposed MOTION to Stay re 45 Notice of Settlement *(to Stay Deadlines Pending Settlement)* by Malibu Media, LLC. Responses due by 7/10/2020 (Jennis, David) (Entered: 06/26/2020) |
| 06/29/2020 | 47 | ORDER. The above-styled action is administratively CLOSED without prejudice to the parties to file a stipulation of dismissal on or before August 28, 2020. Denied as moot: 20 Plaintiff's MOTION for Disbursement of Funds *from Attorney Trust Account* filed by The Lomnitzer Law Firm, P.A., 46 Unopposed MOTION to Stay re 45 Notice of Settlement *(to Stay Deadlines Pending Settlement)* filed by Malibu Media, LLC. Signed by Judge Roy K. Altman on 6/29/2020. *See attached document for full details.* (mee) (Entered: 06/29/2020) |
| 08/11/2020 | 48 | STIPULATION *of Dismissal with Prejudice (Joint)* by Malibu Media, LLC (Jennis, David) (Entered: 08/11/2020) |
| 08/17/2020 | 49 | ORDER re 48 Stipulation filed by Malibu Media, LLC. The above-styled action shall remain CLOSED. Signed by Judge Roy K. Altman on 8/17/2020. *See attached document for full details.* (cds) (Entered: 08/18/2020) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 09/25/2020 13:30:57 | | |
| **PACER Login:** | jtmorr3405 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 9:20-cv-80027-RKA |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |

Exhibit L:
Screenshot of
Collette Pelissier's
Twitter Feed

**Page Vault**

| | |
|---|---|
| Document title: | Colette (@colettexart) / Twitter |
| Capture URL: | https://twitter.com/colettexart |
| Captured site IP: | 104.244.42.1 |
| Page loaded at (UTC): | Mon, 21 Sep 2020 22:11:35 GMT |
| Capture timestamp (UTC): | Mon, 21 Sep 2020 22:22:31 GMT |
| Capture tool: | v7.0.9 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 138 |
| Capture ID: | d66f8efd-1e81-4884-99f2-07fab33c5f99 |
| User: | jtml-trial |



Document title: Colette (@colettexart) / Twitter
Capture URL: https://twitter.com/colettexart
Capture timestamp (UTC): Mon, 21 Sep 2020 22:22:31 GMT



Document title: Colette (@colettexart) / Twitter
Capture URL: https://twitter.com/colettexart
Capture timestamp (UTC): Mon, 21 Sep 2020 22:22:31 GMT



Document title: Colette (@colettexart) / Twitter
Capture URL: https://twitter.com/colettexart
Capture timestamp (UTC): Mon, 21 Sep 2020 22:22:31 GMT

Page 3 of 137



Document title: Colette (@colettexart) / Twitter
Capture URL: https://twitter.com/colettexart
Capture timestamp (UTC): Mon, 21 Sep 2020 22:22:31 GMT



**Colette** @colettexart · Aug 22
#southbeach in #Malibu seems like the markets are still hot! #xart #colette
superhot.com ❤️📷🙏🙇 @ Miami Beach, Florida
instagram.com/p/CEM58CcI6y-/...

💬   ⟲   ♡ 2   ⬆️

⟲ Colette Retweeted
**X-Art** @xart · Feb 22, 2017
What do u think of #BelleKnox @LifeTimetv movie?!
#Xart wnu.com/secure/service...

> The following media includes potentially sensitive content.   **View**
> Change settings

💬 2   ⟲ 5   ♡ 20   ⬆️

⟲ Colette Retweeted
**X-Art** @xart · Aug 17
For real #sex & #Art 1000:s of unlimited #4k downloads and streaming
videos and 100'000's of HD photos nothing ever expires, no limits, Join now
X-Art.com/join and get superhot and Colette.com sites too! xxoo ~ Colette
or Paypal: wnu.com/secure/service...

> The following media includes potentially sensitive content.   **View**
> Change settings

💬 1   ⟲ 5   ♡ 19   ⬆️

⟲ Colette Retweeted
**ChoReb** @JethroGann · Aug 16
Maybe one of the most stunning and breathtaking artful shoots ever. But I'm
prejudiced. 😅

#Anjelica as Angelica in "Out Of This World"
at x-art.com
Newbies: x-art.com/join
@xart @XArtModels

> The following media includes potentially sensitive content.   **View**
> Change settings

💬   ⟲ 9   ♡ 73   ⬆️

⟲ Colette Retweeted
🔞**FILIPP_EROTICA**🔞 @Filipp_Erotica · Aug 3
"Set I Know You Love Me" A beautiful sweet charming and insanely sexy
beauty took off her shirt and showed her magnificent body Kenna James
INC.
@kennajames21 on set for X-Art
@xart Site X-Art.com and
@XArtModels see more here @superhot - SuperHot.com/KennaJames

> The following media includes potentially sensitive content.   **View**

---

Colette and don't... instagram.com/p/CEPugY7l6qg/...

💬   ⟲   ♡   ⬆️

Sign up now to get your own personalized timeline!

**Sign up**

## You might like

**Sabrisse**
@Sabrisse        **Follow**

**Tara @ Cupid...**
@CupidsClose...        **Follow**

**Tali Dova 🐇...**
@Tali_Dovahkiin        **Follow**

Show more

## What's happening

Premier League · 1 hour ago
**Wolves vs Manchester City**
Trending with: Wolves and Podence

Politics · Trending
**LMPD**
15.3K Tweets

Trending in United States
**Bobby Shmurda**
Trending with: Free Bobby
6,967 Tweets

🔴 etalk ✔ · Earlier today
**Ellen addresses workplace toxicity in first monologue of Season 18**

Trending in United States
**Shoe Size**
5,537 Tweets

Show more

Terms   Privacy policy   Cookies   Ads info
More ⌄   © 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in     Sign up

Document title: Colette (@colettexart) / Twitter
Capture URL: https://twitter.com/colettexart
Capture timestamp (UTC): Mon, 21 Sep 2020 22:22:31 GMT

Page 5 of 137





... @ São Paulo, Brazil instagram.com/p/CD-ffVaxFey?/...

**Colette** @colettexart · Aug 16
I know it's hard to speak about #politics and be "correct" about one party or person. (I used #correct instead of #right). To be clear about one thing. I, personally am someone who loves to read. I've never been very...
instagram.com/p/CD75-B5I4fM/...
♡ 1

**Colette** @colettexart · Aug 13
#canttouchthis #cantstopwontstop #canttouchthischallenge Hmm #kennajames with a big knife 🔪 in my kitchen. More like #Americanbeauty ❤️vs #AmericanPsycho 😎🔪🧁caption all 10 photos in comments or 5/10 and  the best... instagram.com/p/CDz5BNUFbdH/...
♡ 1

**Colette** @colettexart · Aug 8
#covid isn't the only scary green thing I've seen lately. I'm working on lots of #xart updates and collaboration with @NancyA_official she is so sweet and beautiful she can make any one #green with envy! See her on...
instagram.com/p/CDpOl6MIaQ2/...
♡♡ 1       ♡ 3

🔁 Colette Retweeted
**Colette** @colettexart · Jul 14
@NancyA_official is so beautiful inside and out join X-Art and see her cinematic videos and her personal stuff on superhot.com She is so wonderful. She makes me 😊xx ~ Love ❤️ @colettexart @ Moscow, Russia
instagram.com/p/CCnU10EF4GL/...
♡♡ 4       ♡ 9

**Colette** @colettexart · Jul 14
#prague sessions #erotic #art by @brighamxart naughtier content on Colette.com next Superhot.com (chat & privates w/ X-Art girls + eroticvideos.com X-Art.com/join Paypal: wnu.com/secure/service... 😍

The following media includes potentially sensitive content.    View
Change settings
♡♡ 5       ♡ 14

**Colette** @colettexart · Jul 14
X-Art.com/join ❤️ instagram.com/s/aGInaGxpZ2h0...
♡♡ 1       ♡ 3

**Colette** @colettexart · Jul 14
Superhot.com 💕😍⭐🔒❤️ instagram.com/p/CCju_RqF4bL/...
♡♡ 2       ♡ 7

🔁 Colette Retweeted
**ChoReb** @JethroGann · Jul 4
And never forget: fruits and vegetables makes your immune system strong!

**Colette**
8,847 Tweets

Sign up now to get your own personalized timeline!

**Sign up**

**You might like**

**Sabrisse**
@Sabrisse      Follow

**Tara @ Cupid...**
@CupidsClose...   Follow

**Tali Dova 🌿...**
@Tali_Dovahkin   Follow

Show more

**What's happening**

Premier League · 1 hour ago
**Wolves vs Manchester City**
Trending with: Wolves and Podence

Politics · Trending
**LMPD**
15.3K Tweets

Trending in United States
**Bobby Shmurda**
Trending with: Free Bobby
6,967 Tweets

etalk ✓ · Earlier today
**Ellen addresses workplace toxicity in first monologue of Season 18**

Trending in United States
**Shoe Size**
5,537 Tweets

Show more

Terms   Privacy policy   Cookies   Ads info
More ˅    © 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in    Sign up



Colette
8,847 Tweets

And never forget: fruits and vegetables makes your immune system strong!

@KatyaClover as Clover in "In My Room"
at x-art.com
For Newbies: x-art.com/join
@xart @XArtModels

The following media includes potentially sensitive content.
Change settings                                                    View

💬 3            ⟲ 12            ♡ 110            ⬆️

⟲ Colette Retweeted

ChoReb @JethroGann · Jul 3
The need that Silvie Luca and me have in common, #Baby satisfies in "I Can't
Wait": a close encounter of the Kaylee kind. 😎

#Candice_Luca (as Kaylee) and #Baby in "I Can't Wait"
at x-art.com
For Newbies: x-art.com/join
@xart @XArtModels

The following media includes potentially sensitive content.
Change settings                                                    View

💬            ⟲ 9            ♡ 51            ⬆️

⟲ Colette Retweeted

X-Art @xart · Jul 5
I promise all models regardless of gender or color had the same amount of
fun making these videos for Colette.com/join 🇺🇸PayPal: 🙏🙏🙏
🙏bill.ccbill.com/jpost/billingC... #onelove #lotsoffun #itsonlyskincolor
#BlackLivesMatter 👥 #AllLivesMatters #equalityin2020 #IndependanceDay
😍🇺🇸😊

The following media includes potentially sensitive content.
Change settings                                                    View

💬            ⟲ 9            ♡ 40            ⬆️

⟲ Colette Retweeted

ChoReb @JethroGann · Jul 6
🎶"Carve your name into my arm
Instead of stressed I lie here charmed
'Cause there's nothing else to do
Every me and every you..."🎶
(Placebo)

Here's a VERY special You of #Anjelica (as Angelica) at x-art.com
For Newbies: x-art.com/join
@xart @XArtModels

The following media includes potentially sensitive content.
Change settings                                                    View

💬 2            ⟲ 11            ♡ 71            ⬆️

Sign up now to get your own personalized
timeline!

Sign up

You might like

Sabrisse
@Sabrisse                        Follow

Tara @ Cupid...
@CupidsClose...                  Follow

Tali Dova 🐺 ...
@Tali_Dovahkiin                  Follow

Show more

What's happening

Premier League · 1 hour ago
Wolves vs Manchester
City
Trending with: Wolves and
Podence

Politics · Trending
LMPD
15.3K Tweets

Trending in United States
Bobby Shmurda
Trending with: Free Bobby
6,967 Tweets

🐕 etalk ✓ · Earlier today
Ellen addresses
workplace toxicity in
first monologue of
Season 18

Trending in United States
Shoe Size
5,537 Tweets

Show more

Terms   Privacy policy   Cookies   Ads info
More ⌄   © 2020 Twitter, Inc.

Don't miss what's happening
People on Twitter are the first to know.

Log in     Sign up





Colette
@colettexart
8,847 Tweets

Colette Retweeted

**Colette** @colettexart · Jun 18
Don't Think Twice It's All Right - Bob Dylan youtu.be/u-Y3KfJs6T0 via
@YouTube #bobdylan #nobellaureate #dontthinktwiceitsallright

> The following media includes potentially sensitive content.
> Change settings                                          View

💬         ♺ 5          ♡ 18         ⬆️

Colette Retweeted

**X-Art** @xart · Jul 3
I just posted a NEW #4K video; Check it out here: X-Art.com/videos Or
Paypal: wnu.com/secure/service...
#SYBIL #Prague #LIVE #MEETNGREET 😍🙈❤️💃😆 WHAT WOULD YOU
LIKE TO SEE NEXT? XOXO @colettexart  AND WHO IS YOUR FAVORITE
MODEL? LAST QUESTION: #1 IMPORATNT ISSUE? 😍🤔

> The following media includes potentially sensitive content.
> Change settings                                          View

💬 1        ♺ 10         ♡ 47         ⬆️

Colette Retweeted

**X-Art** @xart · Jul 11
Check out this #HOT set of #sybil during #Quarantine This is absolutely
awesome. It's absolutely #awesome it's like you are there with them@! X-
Art.com/models/sybil 😍 Colette.com 😍 X-Art.com/join 😆
Colette.com/join 😃 Superhot.com 😁 #ART

> The following media includes potentially sensitive content.
> Change settings                                          View

💬 2        ♺ 21         ♡ 119        ⬆️

Colette Retweeted

**X-Art** @xart · Jul 11
This Video is from X-Art.com Join to watch in 4K and over 4000 more videos
too unlimited streaming & downloads never expire! Only the best fashion
models & 18 year old beauties! X-Art.com/join or Paypal:
wnu.com/secure/service... Colette.com/models/caprice 🤗

> The following media includes potentially sensitive content.
> Change settings                                          View

> The following media includes potentially sensitive content.
> Change settings                                          View

💬         ♺ 4          ♡ 12         ⬆️

Colette Retweeted

**Superhot TM** @superhot · Jul 11
LOve Natasha! Only on X-Art.com, Colette.com, Eroticvideos.com and
SUPERHOT.com she is priceless! Paypal: wnu.com/secure/service...

> The following media includes potentially sensitive content.

Sign up now to get your own personalized timeline!

**Sign up**

**You might like**

Sabrisse
@Sabrisse                    Follow

Tara @ Cupid...
@CupidsClose...              Follow

Tali Dova 🧝‍♀️...
@Tali_Dovahkiin             Follow

Show more

**What's happening**

Premier League · 1 hour ago
**Wolves vs Manchester City**
Trending with: Wolves and Podence

Politics · Trending
**LMPD**
15.3K Tweets

Trending in United States
**Bobby Shmurda**
Trending with: Free Bobby
6,967 Tweets

etalk ✓ · Earlier today
**Ellen addresses workplace toxicity in first monologue of Season 18**

Trending in United States
**Shoe Size**
5,537 Tweets

Show more

Terms  Privacy policy  Cookies  Ads info
More ⌄  © 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up



**Colette**
8,847 Tweets

SUPERHOT.com she is priceless! Paypal: wnu.com/secure/service...

The following media includes potentially sensitive content.
Change settings                                                                 View

💬        ↻ 4        ♡ 19        ↑

Show this thread

**Colette** @colettexart · Jul 11
Love you @ArtfulPorn xoxo Colette X-Art.com/join X-Art.com lots of new
content uploading! xxx coco😍 Colette.com

The following media includes potentially sensitive content.
Change settings                                                                 View

💬 1        ↻ 1        ♡ 3        ↑

**Colette** @colettexart · Jul 11
X-Art.com/models/caprice 😍😍🙏

The following media includes potentially sensitive content.
Change settings                                                                 View

💬        ↻        ♡ 2        ↑

**Colette** @colettexart · Jul 11
Thank you!!! xoxoxo Love Colette X-Art.com 😍 #original Colette, Brig &
Franzi! X-Art.com/join 👯‍♀️💃🙏 Colette.com

The following media includes potentially sensitive content.
Change settings                                                                 View

The following media includes potentially sensitive content.
Change settings                                                                 View

💬 2        ↻ 1        ♡ 5        ↑

**Colette** @colettexart · Jul 10
Superhot.com/kennajames x-art.com/kennajames this is still happening!
❤️x-art.com/join 👧 PayPal: bill.ccbill.com/jpost/billingC...

The following media includes potentially sensitive content.
Change settings                                                                 View

The following media includes potentially sensitive content.
Change settings                                                                 View

💬 1        ↻ 5        ♡ 10        ↑

↻ Colette Retweeted
**Colette** @colettexart · Jul 10
X-Art.com/models/torri watch the hot scene X-Art.com/videos/torrid_...
#torriblack #xart Colette.com wait until the end for #Behindthescenes and
funny bloopers 😂😂😂after some super fun and #superhot superhot.com
erotic I'd did

---

Sign up now to get your own personalized
timeline!

**Sign up**

## You might like

**Sabrisse**        **Follow**
@Sabrisse

**Tara @ Cupid...**        **Follow**
@CupidsClose...

**Tali Dova 🐺...**        **Follow**
@Tali_Dovahkin

Show more

## What's happening

Premier League · 1 hour ago
**Wolves vs Manchester
City**
Trending with: Wolves and
Podence

Politics · Trending
**LMPD**
15.3K Tweets

Trending in United States
**Bobby Shmurda**
Trending with: Free Bobby
6,967 Tweets

📺 etalk ✓ · Earlier today
**Ellen addresses
workplace toxicity in
first monologue of
Season 18**

Trending in United States
**Shoe Size**
5,537 Tweets

Show more

Terms   Privacy policy   Cookies   Ads info
More ⌄   © 2020 Twitter, Inc.

---

**Don't miss what's happening**
People on Twitter are the first to know.                    **Log in**   **Sign up**

---

Document title: Colette (@colettexart) / Twitter
Capture URL: https://twitter.com/colettexart
Capture timestamp (UTC): Mon, 21 Sep 2020 22:22:31 GMT



Document title: Colette (@colettexart) / Twitter
Capture URL: https://twitter.com/colettexart
Capture timestamp (UTC): Mon, 21 Sep 2020 22:22:31 GMT





Document title: Colette (@colettexart) / Twitter
Capture URL: https://twitter.com/colettexart
Capture timestamp (UTC): Mon, 21 Sep 2020 22:22:31 GMT



Document title: Colette (@colettexart) / Twitter
Capture URL: https://twitter.com/colettexart
Capture timestamp (UTC): Mon, 21 Sep 2020 22:22:31 GMT
Page 15 of 137







Document title: Colette (@colettexart) / Twitter
Capture URL: https://twitter.com/colettexart
Capture timestamp (UTC): Mon, 21 Sep 2020 22:22:31 GMT



**Colette**
8,847 Tweets

♡ 2    ⟲ 13    ♡ 60    ⬆

⟲ Colette Retweeted

**X-Art** @xart · May 30
Replying to @GoldenAerith and @realnellajones
X-Art.com/join xx😍

The following media includes potentially sensitive content.
Change settings | View

♡    ⟲ 7    ♡ 28    ⬆

⟲ Colette Retweeted

**X-Art** @xart · May 30
Replying to @ArtfulPorn @xcritic and @littlekeish
Thank you @ArtfulPorn Patrick! Guys read his blog, it's great! There IS quite the sprinkling of #anal on X-Art.com & anal videos or anything you want from exclusive #model Superhot.com/Natasha! xoxo C X-Art.com/join

The following media includes potentially sensitive content.
Change settings | View

♡ 2    ⟲ 7    ♡ 53    ⬆

⟲ Colette Retweeted

**ChoReb** @JethroGann · Jun 3
Some team-up's are just different than others. They are HOT! 😍🔥🔥

#Candice_Luca as Kaylee and @IzzyDelphine as Izzy in "Blondes Love Brunettes"

at x-art.com
For Newbies: x-art.com/join
@xart @XArtModels

The following media includes potentially sensitive content.
Change settings | View

♡ 3    ⟲ 13    ♡ 106    ⬆

⟲ Colette Retweeted

**Superhot TM** @superhot · Jun 3
She has everything you want and need @TashaReign we are in love with you 😘❤ Do you want more motivation? enter this link and end your boredom
superhot.com/Tasha/🤣🤣🌈 #staysuperhot #StayHome🏠 @xart @colettedotcom

The following media includes potentially sensitive content.
Change settings | View

♡ 2    ⟲ 12    ♡ 53    ⬆

⟲ Colette Retweeted

**Superhot TM** @superhot · Jun 2
Welcome to our family Andrea!! 💕🌈 You will rock in #SUPERHOT 🍒 let's

New to Twitter?
Sign up now to get your own personalized timeline!

**Sign up**

**You might like**

**Sabrisse**
@Sabrisse    Follow

**Tara @ Cupid...**
@CupidsClose...    Follow

**Tali Dova 🧛 ...**
@Tali_Dovahkiin    Follow

Show more

**What's happening**

Premier League · 1 hour ago
**Wolves vs Manchester City**
Trending with: Wolves and Podence

Politics · Trending
**LMPD**
16K Tweets

Trending in United States
**Shoe Size**
5,583 Tweets

etalk ✓ · Earlier today
**Ellen addresses workplace toxicity in first monologue of Season 18**

Politics · Trending
**Manhattan DA**
8,184 Tweets

Show more

Terms   Privacy policy   Cookies   Ads info
More ⌄   © 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in | Sign up

Document title: Colette (@colettexart) / Twitter
Capture URL: https://twitter.com/colettexart
Capture timestamp (UTC): Mon, 21 Sep 2020 22:22:31 GMT





**Colette**
8,847 Tweets

The following media includes potentially sensitive content. View
Change settings

💬   🔁 9   ♡ 55   ⬆

Colette Retweeted
**ChoReb** @JethroGann · May 22
Glamour is one of the most overused terms. Glamour is not a style. Glamour
is when great photography meets great models!

@KatyaClover as Clover in "So Beautiful"
at x-art.com
For Newbies: x-art.com/join
@xart @XArtModels

The following media includes potentially sensitive content. View
Change settings

💬 3   🔁 21   ♡ 145   ⬆

Colette Retweeted
**X-Art** @xart · May 24
Who else is getting ready for #MemorialDay? #redwhiteandblue ❤️X-
Art.com/join or PayPal: api.ccbill.com/wap-frontflex/...🙏💃❤️💕😘😎
🎎🌸 Colette.com 😀

The following media includes potentially sensitive content. View
Change settings

💬   🔁 8   ♡ 36   ⬆

Colette Retweeted
**Dashaun** @Dashaunjackson7 · Apr 8
@colettexart can we get the opposite of this with five white guys and a black
girl?

it would blow up onto another meme. 😃

The following media includes potentially sensitive content. View
Change settings

💬 1   🔁 4   ♡ 6   ⬆

Colette Retweeted
**Rachel Goldstein** @rachelgold777 · Apr 20
Watch the most beautiful girls on Xart.com 😍
@kennajames21 , @lissapolooza , @elenakoshkaxoxo , @JennaJRoss ,
#AshlynMolloy , #VeronicaRadke ,
@NancyA_official , @alexgreyxxx & others...
@xart ☀️🌴🐚
@colettexart 🐍💃❤️
@colettedotcom 🌸🌸🌸
@superhot 🌈🍒💃

The following media includes potentially sensitive content. View
Change settings

Sign up now to get your own personalized timeline!

**Sign up**

**You might like**

**Sabrisse** @Sabrisse   Follow

**Tara @ Cupid...** @CupidsClose...   Follow

**Tali Dova 🧿 ...** @Tali_Dovahkiin   Follow

Show more

**What's happening**

Premier League · 1 hour ago
**Wolves vs Manchester City**
Trending with: Wolves and Podence

Politics · Trending
**LMPD**
16K Tweets

Trending in United States
**Shoe Size**
5,583 Tweets

🟣 etalk 🔵 · Earlier today
**Ellen addresses workplace toxicity in first monologue of Season 18**

Politics · Trending
**Manhattan DA**
8,184 Tweets

Show more

Terms   Privacy policy   Cookies   Ads info
More ⌄   © 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in   Sign up

Document title: Colette (@colettexart) / Twitter
Capture URL: https://twitter.com/colettexart
Capture timestamp (UTC): Mon, 21 Sep 2020 22:22:31 GMT



Document title: Colette (@colettexart) / Twitter
Capture URL: https://twitter.com/colettexart
Capture timestamp (UTC): Mon, 21 Sep 2020 22:22:31 GMT

Page 22 of 137



**Colette**
8,847 Tweets

post more to your supernot page! We have 25,000 fans already joined! xoxo
Colette

The following media includes potentially sensitive content.
Change settings                                                    View

💬        ⟲ 4        ♡ 10        ⬆

**Colette** @colettexart · May 11
X-Art #model #kenna is about to be exclusively SuperHot.com link to her
awesome page, access to custom videos, messages and more coming soon!
❤💋💦 instagram.com/p/CAD8NRpIuA-/...

💬        ⟲ 1        ♡ 2        ⬆

⟲ Colette Retweeted

**X-Art** @xart · May 11
Guess who's going to be a featured model on SuperHot.com? Go to X-
Art.com to see more of @kennajames_21 or PayPal
wnu.com/secure/service... ❤😂😎🌟#model #colette lots more coming
this week! 👆🙆‍♀️💃

💬 2        ⟲ 11        ♡ 67        ⬆

Show this thread

**Colette** @colettexart · May 11
#nofilter #whatcomesnext #SuperHot #kennajames #sunnyday
#beautifulday #superhotmodel new surprises coming to #xartdotcom &
SuperHot.com #love 😍😎💋💦🙆‍♀️🔫#colette 🙋‍♀️love u #kennajames
instagram.com/p/CACdHdgFFuz/...

💬        ⟲        ♡        ⬆

**Colette** @colettexart · May 11
#mothersday #quarantine with @kennajames looking #superhot in her
#mask #binging on #netflix 😂😂😂#athometogether #quarantine
#covid19 #makeyoulaugh what did you do for #mothersday #sunday? ❤
💋😎🤗#superhot #coronavirus instagram.com/p/CACcZ8Wlzh3/...

💬        ⟲        ♡        ⬆

**Colette** @colettexart · May 4
Tyler Childers - All Your'n (Official Video) youtu.be/DrHd3nkClz4 via
@YouTube I'm all in at X-Art.com and SuperHot.com who else is! I want to
make an erotic video like this! Who would watch it? XX ~ Colette X-
Art.com/join ❤❤❤

The following media includes potentially sensitive content.
Change settings                                                    View

💬        ⟲ 7        ♡ 26        ⬆

**Colette** @colettexart · May 4
Who's your favorite? And many more X-Art.com/models write me an idea for
a cool scene! ❤❤❤X-Art.com/join

Sign up now to get your own personalized
timeline!

**Sign up**

**You might like**

**Sabrisse**
@Sabrisse                           Follow

**Tara @ Cupid...**
@CupidsClose...                     Follow

**Tali Dova 🧛 ...**
@Tali_Dovahkiin                     Follow

Show more

**What's happening**

Premier League · 1 hour ago
**Wolves vs Manchester
City**
Trending with: Wolves and
Podence

Politics · Trending
**LMPD**
16K Tweets

Trending in United States
**Shoe Size**
5,583 Tweets

🔵 etalk ✓ · Earlier today
**Ellen addresses
workplace toxicity in
first monologue of
Season 18**

Politics · Trending
**Manhattan DA**
8,184 Tweets

Show more

Terms   Privacy policy   Cookies   Ads info.
More ⌄   © 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in        Sign up



Document title: Colette (@colettexart) / Twitter
Capture URL: https://twitter.com/colettexart
Capture timestamp (UTC): Mon, 21 Sep 2020 22:22:31 GMT







Document title: Colette (@colettexart) / Twitter
Capture URL: https://twitter.com/colettexart
Capture timestamp (UTC): Mon, 21 Sep 2020 22:22:31 GMT

Page 27 of 137





Document title: Colette (@colettexart) / Twitter
Capture URL: https://twitter.com/colettexart
Capture timestamp (UTC): Mon, 21 Sep 2020 22:22:31 GMT



**Colette**
8,847 Tweets

your Koran! But how about a break from @corona for a day

The following media includes potentially sensitive content.
Change settings | View

**Colette** @colettexart · Apr 12
#COVID__19 in a #vandownbytheriver. #restinpeace. This is not a war with @UScovid19 it is a huge science project. All schools in the world compete. The winner will receive a @NobelPrize or something similar. The people on the front lines are not only now, but daily, Blessed be ❤️

The following media includes potentially sensitive content.
Change settings | View

💬  ⟲ 1  ♡ 2  ⬆️

Show this thread

**Colette** @colettexart · Apr 12

The following media includes potentially sensitive content.
Change settings | View

💬 1  ⟲  ♡  ⬆️

Show this thread

**Colette** @colettexart · Apr 12
Make someone smile!

The following media includes potentially sensitive content.
Change settings | View

💬 1  ⟲ 5  ♡ 17  ⬆️

Show this thread

**Colette** @colettexart · Apr 12
Nooo! It's #EasterSunday. Let the #sexaddicts have the day! Believe me. I believe in God, in working hard, being fair and kind. Sex workers especially actors are also people and I'm not sure they all need to take care of their families. Everyone needs a smile today 😁

The following media includes potentially sensitive content.
Change settings | View

The following media includes potentially sensitive content.
Change settings | View

💬 2  ⟲ 2  ♡ 4  ⬆️

Show this thread

**Colette** @colettexart · Apr 12

Sign up now to get your own personalized timeline!

**Sign up**

**You might like**

Sabrisse
@Sabrisse          Follow

Tara @ Cupid...
@CupidsClose...    Follow

Tali Dova 🧿 ...
@Tali_Dovahkiin   Follow

Show more

**What's happening**

Premier League · 1 hour ago
**Wolves vs Manchester City**
Trending with: Wolves and Podence

Politics · Trending
**LMPD**
16K Tweets

Trending in United States
**Shoe Size**
5,583 Tweets

etalk ✔️ · Earlier today
**Ellen addresses workplace toxicity in first monologue of Season 18**

Politics · Trending
**Manhattan DA**
8,184 Tweets

Show more

Terms  Privacy policy  Cookies  Ads info
More ⌄  © 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in | Sign up



Document title: Colette (@colettexart) / Twitter
Capture URL: https://twitter.com/colettexart
Capture timestamp (UTC): Mon, 21 Sep 2020 22:22:31 GMT



Document title: Colette (@colettexart) / Twitter
Capture URL: https://twitter.com/colettexart
Capture timestamp (UTC): Mon, 21 Sep 2020 22:22:31 GMT
Page 32 of 137



Document title: Colette (@colettexart) / Twitter
Capture URL: https://twitter.com/colettexart
Capture timestamp (UTC): Mon, 21 Sep 2020 22:22:31 GMT







The following media includes potentially sensitive content.
Change settings    View

💬        ⟳ 1        ♡ 2        ⬆

**Colette** @collettexart · Mar 22
If you're going to practice social distancing, borrow a Lamborghini and drive out to the #RedRocks 🔴 See you soon #Malibu! Thank you #xart girls still working on custom videos  XArt.com/Join and especially...
instagram.com/p/B-BHJ6xINht/...

The following media includes potentially sensitive content.
Change settings    View

💬        ⟳ 1        ♡ 2        ⬆

**Colette** @collettexart · Mar 21
I know what #X-Art.com and COLETTE.com model @TashaReign is doing during #corona #quarantine see it's not all bad join X-Art.com/join and subscribe to Tasha at SuperHot.com/Tasha she is making awesome content! My... instagram.com/p/B9-0k8vFSQJ/...

The following media includes potentially sensitive content.
Change settings    View

💬 1        ⟳ 2        ♡ 10        ⬆

⟳ Colette Retweeted

**X-Art** @xart · Mar 21
This all in good fun. Our prayers to anyone affected by #corona health wise or economically. Just wanted to provide you some entertainment while you are all stuck at home. I'm uploading videos we shot right before this all started at  X-Art.com/join funny or bad taste?

The following media includes potentially sensitive content.
Change settings    View

💬 6        ⟳ 13        ♡ 45        ⬆

**Colette** @collettexart · Mar 15
We'll beat #corona it's a nice excuse for everyone to stay home & watch Colette.com eroticvideos.com or X-Artcams.com for live fun! Over 1500 4k exclusive videos X-Art.com/join for all! And look who's back! Better than ever #AlexisLove ❤️💕💋

The following media includes potentially sensitive content.
Change settings    View

💬        ⟳ 4        ♡ 33        ⬆

⟳ Colette Retweeted

**X-Art** @xart · Mar 14
Forget #coronapocalypse watch #PaulaShy in a new #threesome & 1500 plus 4k videos unlimited downloads & streaming, no limits & never expire! wnu.com/secure/service...

The following media includes potentially sensitive content.
Change settings    View

**Don't miss what's happening**
People on Twitter are the first to know.

Log in        Sign up

Sign up now to get your own personalized timeline!

Sign up

**You might like**

**Sabrisse**
@Sabrisse        Follow

**Tara @ Cupid...**
@CupidsClose...        Follow

**Tali Dova 🧿 ...**
@Tali_Dovahkiin        Follow

Show more

**What's happening**

Premier League · 1 hour ago
**Wolves vs Manchester City**
Trending with: Wolves and Podence

Politics · Trending
**LMPD**
16K Tweets

Trending in United States
**Shoe Size**
5,583 Tweets

etalk ✓ · Earlier today
**Ellen addresses workplace toxicity in first monologue of Season 18**

Politics · Trending
**Manhattan DA**
8,184 Tweets

Show more

Terms    Privacy policy    Cookies    Ads info
More ⌄    © 2020 Twitter, Inc.







Document title: Colette (@colettexart) / Twitter
Capture URL: https://twitter.com/colettexart
Capture timestamp (UTC): Mon, 21 Sep 2020 22:22:31 GMT