# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOE,<br><br>Defendant. | CIVIL ACTION NO. 5-19-CV-00834-DAE |

## **ORDER**

The Court has fully considered Plaintiff's Opposed Motion for Extension of Discovery and Expert Deadlines [Dkt. 49] and the parties' respective arguments on the motion. The Court finds no good cause to grant the motion or otherwise modify the scheduling order. Therefore, the Court DENIES Plaintiff's motion.

SO ORDERED.

Dated:

_____