IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | § § | |
| *Plaintiff*, | § § | 5-19-CV-00834-DAE |
| vs. | § § | |
| JOHN DOE, INFRINGER USING IP ADDRESS 70.121.72.191; | § § § | |
| *Defendant*. | § § | |

**ORDER**

Pending before the Court is Plaintiff's Opposed Motion for Extension of Discovery and Expert Deadlines. S*ee* Dkt. No. 49. The District Court referred the motion for disposition pursuant to Rules CV-72 and 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. *See* Dkt. No. 52.

**IT IS ORDERED** that this case is set for a hearing on **November 16, 2020 at 3:00 pm**. Counsel must appear telephonically and are required to use the following call-in information to do so:

> Toll free number:  877-402-9753
> Access code: 8309798
> Participant Security Code:  93075

The parties must call-in at least 5 minutes before the start of the hearing and check in with the Courtroom Deputy, Ms. Amy Jackson. The use of speaker phones is prohibited during a telephonic appearance. The parties should be prepared to discuss the pending motion, Dkt. No. 49, at the hearing.

**IT IS SO ORDERED.**

SIGNED this 4th day of November, 2020.

RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE