**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
|     Plaintiff, | ) | Civil Action Case No. 5:19-CV-00834-DAE |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE, | ) | |
| | ) | |
|     Defendant. | ) | |
| | ) | |

**ORDER**

The Court has fully considered the parties' Joint Motion to Modify the Scheduling Order.

The Court finds good cause exists to grant the motion and ORDERS the Scheduling Order [Dkt. 25] is modified as follows:

1. All dispositive motions shall be filed no later than December 21, 2020.

This order does not modify any other deadline in the Scheduling Order.

SO ORDERED.

Dated:

_____
Hon. David A. Ezra
United States District Judge