UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Action Case No. 5:19-CV-834-DAE |
| v. | ) |
| JOHN DOE, | ) |
| Defendant. | ) |

## ORDER

The Court has fully considered the parties' Joint Motion to Modify the Scheduling Order.

The Court finds good cause exists to grant the motion and ORDERS the Scheduling Order [Dkt. 25] is modified as follows:

All dispositive motions shall be filed no later than **December 21, 2020.**

This order does not modify any other deadline in the Scheduling Order.

**IT IS SO ORDERED.**

**DATED**: November 23, 2020.

_____
David Alan Ezra
Senior United States District Judge