UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Action Case No. 5:19-CV-00834-DAE |
| v. | ) |
| JOHN DOE, | ) |
| Defendant. | ) |

## ORDER

The Court has fully considered the parties' Joint Motion for Extension of Summary Judgment Response Deadlines. The Court finds good cause exists to grant the motion and ORDERS that the deadline for each party to file a response to the pending cross-motions for summary judgment [Dkt. 59-60] is extended by 10 days, up to and including **January 14, 2021.**

IT IS SO ORDERED.

Dated: January 5, 2021.

_____
Hon. David A. Ezra
United States District Judge