| | |
|---|---|
| **From:** | paul beiklaw.com |
| **To:** | JT Morris |
| **Cc:** | Ramzi Khazen |
| **Subject:** | Re: Malibu-IPP terms |
| **Date:** | Monday, January 25, 2021 5:07:01 PM |

JT,

The agreement provided is the only version my client has - I asked the client to confirm again today -  Malibu does not have the first page of the agreement.

Paul S. Beik

Beik Law Firm, PLLC

8100 Washington Avenue, Suite 1000

Houston, Texas  77007

Tel: (713) 869-6975

Fax: (713) 868-2262

paul@beiklaw.com


**From:** JT Morris <jt@jtmorrislaw.com>
**Sent:** Saturday, January 23, 2021 11:07 AM
**To:** paul beiklaw.com <paul@beiklaw.com>
**Cc:** Ramzi Khazen <ramzi@jtmorrislaw.com>
**Subject:** Malibu-IPP terms

Paul,

In Malibu's production there is a file called "MM_IPP Agreement." It appears to be missing one or more pages, as the first page starts on section 2. See attached.

Please provide a complete version of this document immediately, and at any rate, before COB Tuesday.

Thanks,
JT

JT Morris
JT Morris Law, PLLC
Tel: (512) 717-5275
Fax: (512) 582-2948
jt@jtmorrislaw.com
Bio

NOTICE OF CONFIDENTIALITY:

The information contained in and transmitted with this e-mail may by confidential and/or subject to the ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE. It is intended only for the individual or entity designated in the e-mail. If you are not the intended recipient, please take notice that any disclosure, copying, distribution or use of the contents of this electronic transmission or any accompanying documents is prohibited. If you have received this e-mail in error, please notify the sender by reply immediately.