IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | § § § | |
| *Plaintiff*, | § § § | 5-19-CV-00834-DAE |
| vs. | § § § | |
| JOHN DOE, INFRINGER USING IP ADDRESS 70.121.72.191; | § § § § | |
| *Defendant*. | § § § | |

**ORDER SETTING HEARING**

Before the Court is the Motion for Sanctions filed by Defendant John Doe ("Doe"). *See* Dkt. No. 67. On January 15, 2021, The District Court referred motion for disposition pursuant to Rules CV-72 and 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. **IT IS ORDERED** that this case is set for a hearing at **2:30 p.m.** on **February 23, 2021.** The hearing will be held by video conference using the Zoom video platform. As the date for the hearing approaches, the Court will send, by separate communication, instructions for participating in the video conference. The parties should be prepared to ague the motion at the time of the hearing.

**IT IS SO ORDERED.**

SIGNED this 12th day of February, 2021.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE