IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | § § § | |
| *Plaintiff*, | § § | 5-19-CV-00834-DAE |
| vs. | § § § | |
| JOHN DOE, INFRINGER USING IP ADDRESS 70.121.72.191; | § § § § | |
| *Defendant*. | § § § | |

**ORDER**

Before the Court is a Motion for Sanctions, Dkt. No. 67, filed by Defendant John Doe, which was referred for disposition pursuant to Rules CV-72 and 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. *See* Jan. 15, 2021 text order. On February 23, 2021, the Court held a hearing on the motion at which all parties appeared through counsel of record. For the reasons stated on the record at the February 23, 2021 hearing **IT IS ORDERED THAT** the Motion, Dkt. No. 67, is **DENIED**.

**IT IS SO ORDERED**.

SIGNED this 24th day of February, 2021.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE