# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOE,<br><br>Defendant. | CIVIL ACTION NO.  5-19-CV-00834-DAE |

## NOTICE

Defendant John Doe gives notice of the following:

1. Malibu Media, LLC states it is a limited liability company organized and existing under the laws of the State of California [Dkt. 1, ¶ 8].

2. A recent search of the California Secretary of State website shows Malibu Media, LLC is suspended. Exhibit A is a true and accurate screenshot of this search from February 8, 2021.

3. Under California law, the "corporate powers, rights and privileges" of a domestic corporate taxpayer may be suspended for failure to pay certain taxes and penalties. Cal. Rev. & Tax Code § 23301. In turn, California law dictates a suspended company may not, among other things, prosecute or defend a legal action. *Grell v. Laci Le Beau Corp.*, 73 Cal. App. 4th 1300, 1306 (1999).

4. In providing this notice, Doe does not waive any rights to seek appropriate and necessary relief based on Malibu's suspended status, and affirmatively reserves any and all such rights.

Dated: March 9, 2021                                                      Respectfully,

/s/ JT Morris
JT Morris
Texas State Bar No. 24094444
jt@jtmorrislaw.com

Ramzi Khazen
Texas State Bar No. 24040855
ramzi@jtmorrislaw.com
JT Morris Law, PLLC
1105 Nueces Street, Suite B
Austin, Texas 78701
Tel: 512-717-5275
Fax: 512-582-2948

Counsel for Defendant John Doe

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 9, 2021, I electronically filed the foregoing documents with the Court using CM/ECF, and served on the same day all counsel of record by the CM/ECF notification system.

/s/ JT Morris
JT Morris