# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

MALIBU MEDIA, LLC,

      Plaintiff,

v.

WILLIAM MULLINS,

      Defendant.

Case No. 1:18-cv-06447

Judge Thomas M. Durkin

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered:

    In favor of Defendant/Counter-Plaintiff William Mullins, the prevailing party under 17 U.S.C § 505, and against Plaintiff/Counter-Defendant Malibu Media in the amount of $46,235.45 in costs and attorneys' fees, which does not include pre-judgment interest.

Post-judgment interest accrues on that amount, at the rate provided by law from the date of this judgment.

This action was decided by Judge Thomas M. Durkin on his order re: motion for costs and attorneys' fees (Docket 99).

Date: February 17, 2021                  Thomas G. Bruton, Clerk of Court

                                                            Emily Wall, Deputy Clerk