IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | § § § | |
| *Plaintiff*, | § § | 5-19-CV-00834-DAE |
| vs. | § § § | |
| JOHN DOE, INFRINGER USING IP ADDRESS 70.121.72.191; | § § § § | |
| *Defendant*. | § § § | |

**ORDER SETTING HEARING**

Before the Court is the Motion to Modify the Scheduling Order and Leave to File First Amended Answer, Second Amended Counterclaims, and to Join a Counterdefendant, filed by Defendant John Doe. *See* Dkt. No. 79. The District Court referred the motion for disposition pursuant to Rules CV-72 and 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas on March 29, 2021. **IT IS ORDERED** that this case is set for a hearing on **May 4, 2021** at **2:30 pm** The hearing will be held by video conference using the Zoom video platform. As the date for the hearing approaches, the Court will send, by separate communication, instructions for participating in the video conference.

**IT IS SO ORDERED.**

SIGNED this 20th day of April, 2021.

RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE