IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | § § § | |
| *Plaintiff*, | § § | 5-19-CV-00834-DAE |
| vs. | § § | |
| JOHN DOE, INFRINGER USING IP ADDRESS 70.121.72.191; | § § § | |
| *Defendant*. | § § | |

**ORDER**

Before the Court is Defendant John Doe's Motion to Modify the Scheduling Order and Leave to File First Amended Answer, Second Amended Counterclaims, and to Join a Counter Defendant that were referred for disposition pursuant to Rules CV-72 and 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. *See* Dkt. No. 79. On May 4, 2021, the Court held a hearing on the Motion at which all parties appeared through counsel of record.

For the reasons stated on the record at the May 4 hearing, **IT IS ORDERED THAT** the Motion, Dkt. No. 79, is **DENIED WITHOUT PREJUDICE**. Plaintiff Malibu Media, LLC shall have **60 days** from the date of this Order to take the necessary steps to cure the defect in its corporate status raised by Doe's Motion. Doe may re-urge his motion after the 60-day period lapses. To the extent, however, Malibu successfully cures the issue during this period, the Court questions whether good cause for the amendment would exist.

**IT IS SO ORDERED**.

SIGNED this 7th day of May, 2021.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE