**Dr. Shirley N. Weber**
**California Secretary of State**

 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Monday, July 5, 2021. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

### 201103910088    MALIBU MEDIA, LLC

| | |
|---|---|
| **Registration Date:** | 02/08/2011 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC |
| **Status:** | FTB SUSPENDED |
| **Agent for Service of Process:** | COLETTE PELISSIER |
| | 30700 RUSSELL RANCH ROAD, SUITE 250 |
| | WESTLAKE VILLAGE CA 91362 |
| **Entity Address:** | 30700 RUSSELL RANCH ROAD, SUITE 250 |
| | WESTLAKE VILLAGE CA 91362 |
| **Entity Mailing Address:** | 30700 RUSSELL RANCH ROAD, SUITE 250 |
| | WESTLAKE VILLAGE CA 91362 |
| **LLC Management** | One Manager |

*This entity is not eligible for online records requests. To order a Certificate of Status, please complete and return the* **Business Entities Records Order Form**

| Document Type ⇅ | File Date ⬇ | PDF |
|---|---|---|
| SI-COMPLETE | 10/03/2018 | |
| SI-COMPLETE | 05/26/2016 | |
| AMENDMENT | 03/06/2015 | |
| REGISTRATION | 02/08/2011 | |

\* Indicates the information is not contained in the California Secretary of State's database.

**Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

[ **Modify Search** ]   [ **New Search** ]   [ **Back to Search Results** ]