**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOE,<br><br>Defendant. | CIVIL ACTION NO.  5-19-CV-00834-DAE |

## ORDER

Having fully considered Defendant John Doe's Renewed Motion to Modify the Scheduling Order and Leave to File First Amended Answer, Second Amended Counterclaims, and to Join a Counterclaim Defendant, and the parties' arguments on the same, the Court finds good cause exists to grant Defendant's motion.

Accordingly, it is hereby ORDERED that

1. The First Amended Answer and Second Amended Counterclaims attached as Exhibit B to Defendant's motion is deemed filed as of the date on this Order;

2.  Plaintiff has 14 days from the date on this Order to file a responsive pleading.

3. Defendant shall serve Counterclaim Defendant Pelissier within 21 days of this order.

SO ORDERED.

SIGNED this _____ day of _____ 2021.

_____