IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | § | NO. 5:19-CV-834-DAE |
| | § | |
|    Plaintiff/Counter-Defendant, | § | |
| | § | |
| vs. | § | |
| | § | |
| JOHN DOE, infringer using IP address | § | |
| 70.121.72.191, | § | |
| | § | |
|    Defendant/Counter-Plaintiff. | § | |
| _____ | § | |

ORDER SETTING PRELIMINARY INJUNCTION HEARING

Before the Court is Defendant John Doe's ("Defendant") Motion for a Preliminary Injunction to Freeze Assets.  (Dkt. # 86.)  Upon consideration, the Court has determined the motion needs a response from Plaintiff Malibu Media, LLC ("Plaintiff").  Accordingly, it is **ORDERED** that Plaintiff must file a response to the motion **on or before Tuesday, July 13, 2021**.  Any reply shall be due **on or before Tuesday, July 20, 2021**.

It is further **ORDERED** that the above entitled and numbered case is set for a **PRELIMINARY INJUNCTION HEARING** before Senior U.S. District Judge David A. Ezra in Courtroom 5, on the Third Floor of the John H. Wood, Jr. United States Courthouse, 655 E. Cesar E. Chavez Boulevard, San Antonio, TX, on **Monday July 26, 2021 at 9:00 AM**.

**IT IS SO ORDERED.**

**DATED:** San Antonio, Texas, July 7, 2021.

_____
David Alan Ezra
Senior United States District Judge