**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Action Case No. 5:19-CV-00834-DAE |
| v. | ) |
| JOHN DOE, | ) |
| Defendant. | ) |

## ORDER

Having fully considered Plaintiff's unopposed motion for extension of response deadlines to motion for preliminary injunction and renewed motion to modify scheduling order and leave to amend answer and counterclaims, the Court finds good cause exists to grant the motion.

Accordingly, it is hereby ORDERED that

1. Plaintiff's response to the motion for preliminary injunction (Dkt. #86) shall be due on or before Tuesday, July 20, 2021.

2. Plaintiff's response to the renewed motion to modify scheduling order and leave to amend answer and counterclaims (Dkt. #88) shall be due on or before Wednesday, July 21, 2021.

SO ORDERED.

SIGNED this _____ day of _____2021.

_____