IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | § § | |
| *Plaintiff*, | § § | 5-19-CV-00834-DAE |
| vs. | § § § | |
| JOHN DOE, INFRINGER USING IP ADDRESS 70.121.72.191; | § § § | |
| *Defendant*. | § § § § | |

**ORDER SETTING HEARING**

Before the Court are (1) the Motion to Extend Deadline to Revive Corporate Status filed by Plaintiff Malibu Media, LLC, Dkt. No. 87, and (2) the Renewed Motion to Modify the Scheduling Order and Leave to File First Amended Answer, Second Amended Counterclaims, and to Join a Counter-Defendant filed by Defendant John Doe, Dkt. No. 88. The District Court referred the Motions, Dkt. Nos. 87 & 88, for disposition pursuant to Rules CV-72 and 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. *See* Jul. 7, 2021 text orders.

**IT IS ORDERED** that the Motions, Dkt. Nos. 87 & 88, are set for a hearing on **July 23, 2021 at 3:00 pm**. The hearing will be held by video conference using the Zoom video platform. As the date for the hearing approaches, the Court will send, by separate communication, instructions for participating in the video conference.

**IT IS SO ORDERED**.

SIGNED this 13th day of July, 2021.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE