**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOE,<br><br>Defendant. | CIVIL ACTION NO. 5-19-CV-00834-DAE |

## ORDER

Having fully considered Plaintiff's Motion to Extend Deadline to Revive Corporate Status and the parties' briefing and arguments on that motion, the Court finds no good cause for granting Plaintiff's motion.

Accordingly, Plaintiff's motion is DENIED.

SO ORDERED.

SIGNED this _____ day of _____ 2021.

_____