UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| Malibu Media, LLC, § § | |
| Plaintiff, § | NO: SA:19-CV-00834-DAE |
| vs. § § | |
| John Doe, et al. § § | |
| Defendants. § | |

## ORDER RESETTING IN PERSON PRELIMINARY INJUNCTION HEARING

It is hereby ORDERED that the hearing on Defendant John Doe's ("Defendant") Motion for a Preliminary Injunction to Freeze Assets (Dkt no. 86) is reset for **Monday, July 26, 2021 at 01:30 PM** before Senior U.S. District Judge David A. Ezra in **Courtroom 3**, on the First Floor of the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX

IT IS SO ORDERED.

DATED: San Antonio, Texas July 22, 2021.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE