UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOE,<br><br>Defendant. | CIVIL ACTION NO.  5-19-CV-00834-DAE |

## NOTICE OF PARTIAL WITHDRAWAL OF MOTION

Defendant John Doe gives notice that Doe is withdrawing the parts of Doe's renewed motion to modify the scheduling order and leave to file [Dkt. 88] that seek leave to (a) add allegations to Doe's abuse of process counterclaim and (b) add Colette Pelissier as a counterclaim defendant. Doe maintains the remainder of the motion.

Doe gives this notice without prejudice to renew the withdrawn parts of the motion.

Dated: July 23, 2021

Respectfully submitted,

/s/ JT Morris
JT Morris
Texas State Bar No. 24094444
jt@jtmorrislaw.com
Ramzi Khazen
Texas State Bar No. 24040855
ramzi@jtmorrislaw.com
JT Morris Law, PLLC
1105 Nueces Street, Suite B
Austin, Texas 78701
Tel: 512-717-5275
Fax: 512-582-2948

Counsel for Defendant John Doe

**CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2021, I electronically filed the foregoing documents with the Court using CM/ECF, and served on the same day all counsel of record by the CM/ECF notification system.

/s/ JT Morris

JT Morris