# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOE,<br><br>Defendant. | CIVIL ACTION NO. 5:19-CV-834-DAE |

## ORDER

Having fully considered the Unopposed Motion for Leave to File Under Seal Unopposed Motion to Withdraw as Defendant's Counsel, the Court finds good cause exists to grant the motion.

Accordingly, it is hereby ORDERED that

1. The motion is GRANTED; and

2. The clerk will file and keep under seal the Unopposed Motion to Withdraw as Defendant's Counsel, which is attached to Doe's sealing motion, until otherwise ordered by the Court.

   IT IS SO ORDERED.

   DATED: November 18, 2021.

_____
David Alan Ezra
Senior United States District Judge