## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Action Case No. 5:19-CV-00834-DAE |
| v. | ) |
| JOHN DOE, | ) |
| Defendant. | ) |

### UNOPPOSED MOTION REQUESTING STATUS CONFERENCE

Defendant John Doe respectfully moves the Court to set a status conference. Good cause exists to grant this motion for the following reasons:

1. A status conference is needed to discuss the current case status, pre-trial deadlines, and a trial date. No pre-trial deadlines or trial date have been set.

2. As well, a status conference will allow the parties to discuss with the Court of any scheduling conflicts leading up to trial. For instance, Doe has a lengthy overseas trip scheduled for this summer.

3. Finally, Doe's counsel filed a sealed Unopposed Motion to Withdraw as Counsel for Defendant on November 15, 2021. [Dkt. 111, Ex. 1]. Although the Court granted the sealing motion [Dkt. 112], it has yet to rule on the motion to withdraw. If the Court has questions about the motion to withdraw, a status conference is a suitable avenue to address those questions.

4. A status conference will not impact any pending deadline. Doe makes this request not for delay, but rather so that justice may be done.

For these reasons, Doe respectfully requests the Court set a status conference to address the above issues and any other matters the Court deems appropriate.

Dated: April 13, 2022 　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　By: /s/ JT Morris
　　　　　　　　　　　　　　　　　　　　　　JT Morris
　　　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24094444
　　　　　　　　　　　　　　　　　　　　　　jt@jtmorrislaw.com
　　　　　　　　　　　　　　　　　　　　　　JT Morris Law, PLLC
　　　　　　　　　　　　　　　　　　　　　　910 West Ave., Suite 5
　　　　　　　　　　　　　　　　　　　　　　Austin, Texas 78701
　　　　　　　　　　　　　　　　　　　　　　Tel: 512-717-5275
　　　　　　　　　　　　　　　　　　　　　　Fax: 512-582-2948
　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant, John Doe

## Rule 7.i Certificate of Conference

　　　I certify that I conferred with counsel for Plaintiff about this motion, who indicated Plaintiff does not oppose the motion.

　　　　　　　　　　　　　　　　　　/s/ JT Morris

## CERTIFICATE OF SERVICE

Under the Federal Rules of Procedure. I certify that on April 13, 2022, a copy of the foregoing was served on all parties by the Court's ECF filing system.

<u>/s/ JT Morris</u>
JT Morris