UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| | ) |
| Plaintiff, | ) Civil Action Case No. 5:19-CV-00834-DAE |
| | ) |
| v. | ) |
| | ) |
| JOHN DOE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER**

The Court has considered Defendant's Unopposed Motion Requesting Status Conference and finds good cause to grant the motion. Thus, the Court ORDERS the parties to appear for a status conference on _____, 2022. The conference will be held _____ in person/_____ by Zoom/_____ by telephone.

The parties should be prepared to discuss any issues about the status of the case, including the pretrial and trial schedule.

SO ORDERED.

Dated: _____

United States District Judge