# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Action Case No. 5:19-CV-00834-DAE |
| v. | ) |
| JOHN DOE, | ) |
| Defendant. | ) |

## ORDER

The Court has considered Defendant's Unopposed Motion Requesting Status Conference and finds good cause to grant the motion. The Court will set the status conference by separate order.

The parties should be prepared to discuss any issues about the status of the case, including the pretrial and trial schedule.

**IT IS SO ORDERED.**

**DATED:** San Antonio, Texas, April 29, 2022.

_____
David Alan Ezra
United States District Judge