UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Malibu Media, LLC, | § § | |
| Plaintiff, | § | NO:  SA:19-CV-00834-DAE |
| vs. | § § | |
| John Doe, et al. | § § | |
| Defendants. | § § | |

## ORDER SETTING IN PERSON STATUS CONFERENCE

It is hereby ORDERED that the above entitled and numbered case is set for a **IN PERSON** STATUS CONFERENCE before Senior U.S. District Judge David A. Ezra in Courtroom F, on the 3rd Floor of the United States Federal Courthouse, 262 W. Nueva Street, San Antonio, TX, on **Wednesday, June 01, 2022 at 09:00 AM**.

IT IS SO ORDERED.

DATED: San Antonio, Texas May 02, 2022.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE