**FILED**

May 12, 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ MGR

DEPUTY

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| | ) |
|      Plaintiff, | ) Civil Action Case No. 5:19-CV-00834-DAE |
| | ) |
| v. | ) |
| | ) |
| JOHN DOE, | ) |
| | ) |
|      Defendant. | ) |
| | ) |

## MOTION TO BE ADDED TO ECF

I, the Defendant John Doe, respectfully move the Court to approve adding me to the ECF system

so that it is easier for everyone to file and process documents related to this case.

Dated: May 12, 2022


Respectfully submitted,

/s/ John Doe_____
John Doe
jd6905788@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2022 I electronically filed the foregoing documents with the Court using its official dropbox, and served on the same day all counsel of record by email.


/s/ John Doe
John Doe