**FILED**
May 12, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____MGR_____
DEPUTY

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Action Case No. 5:19-CV-00834-DAE |
| v. | ) |
| JOHN DOE, | ) |
| Defendant. | ) |

## MOTION TO CONTINUE THE SCHEDULING CONFERENCE

As stated in late March, I, the Defendant John Doe, will be overseas this summer. I am traveling June 1, 2022 and will not be available to be in San Antonio in person until August 1, 2022. I respectfully move the Court to reschedule the date for the status conference. I can try to be available by phone between June 3, 2022 and June 17, 2022 assuming I can get proper connectivity. Between June 18, 2022 and July 31, 2022 I know I will not be able to get reliable connectivity and therefore can not be available even by phone.

Also, as the order granting the motion for the status conference stated that the parties should be prepared to discuss pretrial and trial schedule, in an effort to reduce the number of filings I must inform the court that I am not prepared for pretrial. Unfortunately, I have been denied access to plaintiff's productions. The plaintiff, flagged parts of the deposition as well as documents produced as highly confidential which resulted in me not being able to look at them. There is also the question about a spreadsheet produced by Mr Beik a few days prior to my deposition for which he did not provide the origin, custodian or description of its contents. These issues would need to be addressed during, or prior to, the conference.

Dated: May 12, 2022

Respectfully submitted,

/s/ John Doe
John Doe
jd6905788@gmail.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 12, 2022 I electronically filed the foregoing documents with the Court using its official dropbox, and served on the same day all counsel of record by email.

                /s/ John Doe
                John Doe