UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Malibu Media, LLC, | § § | |
| Plaintiff, | § | NO: SA:19-CV-00834-DAE |
| vs. | § § | |
| John Doe, | § § | |
| Defendant. | § § | |

### ORDER GRANTING MOTION TO CONTINUE THE SCHEDULING CONFERENCE AND ORDER RESETTING STATUS CONFERENCE

Before the Court is Defendant's Pro-Se Motion to Continue the Scheduling Conference. After review, the Court finds the motion (dkt no. 119) to be well taken and is GRANTED. <u>No further continuance requests will be considered. All parties are to appear in person.</u>

It is hereby ORDERED that the above entitled and numbered case is reset for a **<u>in person</u>** STATUS CONFERENCE before Senior U.S. District Judge David A. Ezra in Courtroom F, on the 3rd Floor of the United States Federal Courthouse, 262 W. Nueva Street, San Antonio, TX, on **Tuesday, September 06, 2022 at 09:00 AM**.

IT IS SO ORDERED.

DATED: San Antonio, Texas May 25, 2022.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE