UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, § | |
| § | |
| Plaintiff/Counter-Defendant, § | |
| § | |
| v. § | Case No. 5:19-CV-834-DAE |
| § | |
| JOHN DOE, infringer using IP address § | |
| 70.121.72.191, § | |
| § | |
| Defendant/Counter-Plaintiff. § | |

## NOTICE OF CHANGE OF ATTORNEY ADDRESS

PLEASE TAKE NOTICE of the following change of attorney address for Paul S. Beik, Beik Law Firm, PLLC, counsel for Plaintiff/Counter-Defendant Malibu Media, LLC in the above-captioned action, as follows:

> Paul S. Beik
> Beik Law Firm, PLLC
> 917 Franklin Street, Suite 220
> Houston, Texas  77002
> Tel: (713) 869-6975
> Fax: (713) 583-9169
> paul@beiklaw.com

Dated:  July 14, 2022                                   Respectfully submitted,

                                                        By: */s/ Paul S. Beik*
                                                        PAUL S. BEIK
                                                        Texas Bar No. 24054444
                                                        BEIK LAW FIRM, PLLC
                                                        917 Franklin Street, Suite 220
                                                        Houston, TX 77002
                                                        T: 713-869-6975
                                                        F: 713-583-9169
                                                        E-mail: paul@beiklaw.com
                                                        **ATTORNEY FOR PLAINTIFF**
                                                        **MALIBU MEDIA, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that, on July 14, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

/s/Paul S. Beik

Paul S. Beik