UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Malibu Media, LLC | § § | |
| vs. | § § § | NO: SA:19-CV-00834-DAE |
| John Doe, | § | |

**ADVISORY TO THE COURT**

The undersigned party in the above-captioned cause elects as follows (please only select one of the following options):

☐ I consent to proceed before a United States Magistrate Judge in accordance with the provisions of 28 U.S.C. § 636, for the **sole purpose of conducting the jury selection.**

☒ I do not consent to proceed before a United States Magistrate Judge for the **sole purpose of conducting jury selection**.

| Party or Party Represented | Signature of Party/ Attorney | Date |
|---|---|---|
| Malibu Media, LLC | /s/ | 01/06/2023 |

Dated: January 6, 2023

Respectfully submitted,

By: /s/ Paul S. Beik
PAUL S. BEIK
Texas Bar No. 24054444
BEIK LAW FIRM, PLLC
917 Franklin Street, Suite 220
Houston, TX 77002
T: (713) 869-6975
F: (713) 583-9169
E-mail: paul@beiklaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that, on January 6, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

/s/Paul S. Beik<br>
Paul S. Beik