IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | § | NO. 5:19-CV-00834-DAE |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| JOHN DOE, | § | |
| | § | |
| Defendant. | § | |
| _____ | § | |

ORDER OF DISMISSAL WITHOUT PREJUDICE

Before the Court is the status of this case. Plaintiff Malibu Media, LLC ("Malibu Media") filed an advisory with the Court on December 16, 2022, stating that it has been unable to cure the defect with its corporate status. (Dkt. # 125.) In response, the Court issued a Notice to the Parties stating that if Malibu Media's corporate status was not reinstated by Friday, January 20, 2023, the case would be dismissed without prejudice. (Dkt. # 126.)

The deadline has now passed, and a search of the California Secretary of State's website shows that Malibu Media's corporate status remains suspended. Accordingly, the case is **DISMISSED WITHOUT PREJUDICE** to Malibu Media seeking reconsideration at some future time when its capacity to defend

itself in federal court has been restored. The Clerk's office is instructed to **CLOSE THE CASE**.

**IT IS SO ORDERED**.

**DATED**: San Antonio, Texas, January 23, 2023.

David Alan Ezra
Senior United States District Judge