IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | § | NO. 5:19-CV-00834-DAE |
| Plaintiff, | § | |
| vs. | § | |
| JOHN DOE, | § | |
| Defendant. | § | |

ORDER DENYING DEFENDANT'S MOTION TO RECONSIDER

Before the Court is Defendant John Doe's ("Doe") Objections to Dismissal and Motion to Reconsider. (Dkt. # 129.) Doe contends that "there is still the counter-claim of non-infringement" and cites the Court's Order of July 21, 2021 (Dkt. # 97 at 38-40) in support. (Id. at 1.) However, the Court's Order disposed of all Doe's counter-claims except for his claim for declaratory judgment of non-infringement. (Dkt. # 97). This claim, and Doe's remaining affirmative defenses, are moot in light of the Court's dismissal of Plaintiff Malibu Media's suit against Doe.

Accordingly, Doe's Motion to Reconsider (Dkt. # 129) is **DENIED**.

**IT IS SO ORDERED**.

**DATED**: San Antonio, Texas, February 21, 2023.

_____
David Alan Ezra
Senior United States District Judge